# GLOBAL NOTES AND STATEMENTS OF
# LIMITATION, METHODOLOGY, AND DISCLAIMERS
# REGARDING THE DEBTORS' SCHEDULES OF ASSETS
# AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

## Introduction

In connection with the commencement of their respective chapter 7 cases (the "**Cases**") before the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), Polished.com Inc. ("**Polished**"), Appliances Connection, Inc., 1 Stop Electronics Center, Inc., Gold Coast Appliances, Inc., Superior Deals Inc., AC Gallery Inc., Joe's Appliances LLC, and YF Logistics LLC (together, the "**Debtors**")[1] have filed herewith their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and their respective Statement of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements, pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and are unaudited.

While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on information that was currently available and accessible at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. The Schedules and Statements contain unaudited information that is subject to further review verification, and potential adjustment, which may be material, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of the Debtors. As such, there can be no assurance that these Schedules and Statements are as complete as practicable. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

Disclosure of information in one Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule or Statement. The Schedules and Statements, as well as these Global Notes, should not be relied upon by any person for information relating to current or future financial conditions, events, or performance of the Debtors. Moreover, nothing

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective federal taxpayer identification number are: Polished.com Inc. (3938); Appliances Connection, Inc. (8366), 1 Stop Electronics Center, Inc. (9485), Gold Coast Appliances, Inc. (1575), Superior Deals Inc. (0096), AC Gallery Inc. (3629), Joe's Appliances LLC (8354), and YF Logistics LLC (8373). The mailing address for the Debtors is 1870 Bath Avenue, Brooklyn, NY 11214.

contained in the Schedules and Statements shall constitute a waiver of the Debtors' rights with respect to these Cases, including with respect to any issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements for the Debtors are signed by J.E. "Rick" Bunka, Interim Chief Executive Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Bunka relied upon his knowledge of the business, accounting and financial data, and the efforts, statements, advice, and representations of former personnel of the Debtors and the Debtors' legal and financial advisors. Mr. Bunka has not and could not personally verify the accuracy of each statement and/or representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts or quantities owed to creditors, classification of such amounts and quantities and creditor addresses and contact information. Additionally, Mr. Bunka has not (and could not have) personally verified each amount, quantity or current value listed in each of the Schedules and Statements or the classification thereof.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. The Debtors, and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist, and other limitations described below impacted the Debtors' ability to do so in certain instances.

For the avoidance of doubt, the Debtors and their professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors, or their agents, attorneys, and financial advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, or financial advisors are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1.     **Description of Case**. On March 7, 2024, (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2.     **The Bank of America Credit Agreement**.   On May 9, 2022, Polished and Appliances Connection Inc. entered into a Credit Agreement (as amended from time to time, the "**Credit Agreement**") with the lenders identified therein and Bank of America, N.A.  ("**Bank of America**"), as administrative agent, swingline lender and letter of credit issuer. On July 25, 2023, Polished and Bank of America amended the Credit Agreement (the "**First Amendment**"), in part,

to require Polished maintain liquidity, which includes cash and certain qualifying customer and credit card account receivables, of $8.0 million. Polished and Bank of America amended the Credit Agreement on November 20, 2023 (the "**Second Amendment**"), which required Polished to establish a Bank of America cash collateral account where cash and cash equivalents deposited in the cash collateral account do not constitute Liquidity for purposes of the Credit Agreement. Further, the Second Amendment required that (i) at least $3.0 million of Liquidity be comprised of unrestricted cash and cash equivalents and (ii) more than $5.0 million of Liquidity be comprised of certain qualifying customer and credit card accounts receivable.

Polished entered into the Second Amendment, in part, to waive events of defaults on its existing Credit Agreement. The Term Loan Lenders, as part of the Second Amendment, agreed to defer the principal installment of the Term Loans in the amount of $937,500 required to be made on December 31, 2023 until the earliest to occur of (i) January 31, 2024, (ii) the date on which a subordinated Term Loan or an equity contribution, as applicable, is consummated (even if the date of such consummation precedes December 31, 2023) and (iii) an event of default. The Second Amendment required Polished to pay the existing Term Facility and Revolving Facility by November 30, 2024 (the "**Maturity Date**").

**3.**     **The Event of Default under the Bank of America Credit Agreement**. While the Debtors were exploring all available strategic alternatives which would have sustained the Debtors' operations, including attempts to raise additional capital, on February 6, 2024, Polished received a Notice of Additional Events of Default and Acceleration, Imposition of Default Rate, Set-Off and Termination of Commitments (the "**Notice of Acceleration**") from Bank of America, regarding the Credit Agreement. The Notice of Acceleration asserted certain events of default relating to non-payment of certain principal and interest amounts and fees due and payable under the Credit Agreement on January 31, 2024. Pursuant to the Notice of Acceleration, Bank of America demanded immediate repayment of all principal and accrued interest, as well as immediate repayment of all additional fees, costs, charges and other Obligations (as defined in the Credit Agreement) owing under the Credit Agreement and each other Loan Document (as defined in the Credit Agreement).

The Notice of Acceleration declared that Polished's outstanding obligations under the Credit Agreement bear interest at the Default Rate (as defined in the Credit Agreement) and that the commitments of the lenders to make loans and obligations of Bank of America, as the L/C Issuer, to make certain credit extensions pursuant to the Credit Agreement be immediately terminated. In addition, Bank of America, as Administrative Agent, exercised its rights of set-off against certain deposits contained in the accounts of certain of Polished's subsidiaries maintained at Bank of America in the aggregate amount of $1,989,754.83 and applied such amounts towards the repayment of a portion of Polished's outstanding liabilities and other obligations under the Credit Agreement.

**4.**     **Trust Funds for Unpaid Sales and Use Taxes**. On February 26, 2024, the Debtors were advised by Bank of America to "immediately engage with the Administrative Agent (Bank of America) to coordinate an insolvency filing." On February 27, 2024, Bank of America drafted $887,040.00 from debtors' bank accounts. On February 27, 2024, the Debtors were advised by Bank of America that the bank had swept excess funds from the account but were leaving sufficient cash to meet upcoming payroll obligations. On February 28, 2024, Polished requested that Bank

of America place debit blockers on all of the Debtors' bank accounts with Bank of America. This request to stop debiting was acknowledged that same day by Bank of America. Polished made this request because it had earmarked these funds (together, the "**Trust Funds**") to pay February sales and use taxes to various State taxing authorities (the "**Sales and Use Taxes**"). On March 4, 2024, Polished had $1.155 million reserved for estimated February trust fund payments of Sales and Use Taxes. On that same date, Polished requested in writing permission to wire those funds immediately for payment. Bank of America denied that request. In addition, despite these clear instructions by Polished, on March 4, 2024, $926,103 was drafted from Polished's bank account.

On March 5, 2024, the Debtors demanded that Bank of America immediately replace the Trust Funds so that the Debtors can pay (through a third-party payor) the Sales and Use Taxes. That demand noted that the Trust Funds were held by the Debtors for the benefit of the State taxing authorities, and that the Trust Funds were not Bank of America's Collateral under the Credit Agreement. Finally, in that demand, the Debtors claimed that Bank of America's failure to immediately make these Trust Funds available has and would continue to cause irreparable harm to the Debtors and their creditors and stakeholders and that this failure would make Bank of America liable to the Debtors for all the resulting damages, including, without limitation, under a theory of lender liability. By letter dated March 6, 2024, Bank of America declined to replace the Trust Funds.

**5.** <u>**Reservations and Limitations**</u>. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted *supra*, inadvertent errors or omissions may exist. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes do not limit in any respect the general reservation of rights contained in this paragraph.

    **a.** **No Admission**. Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the right to dispute any claim or assert any cause of action or defense against any party.

    **b.** **Recharacterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

    **c.** **Categories or Labels for Purpose of Presentation in Schedules and Statements**. Information requested by the Schedules and Statements requires the Debtors to make a judgment regarding the appropriate category in which information should be

presented or how certain parties, claims or other data should be labeled. The Debtors' decisions regarding the category or label to use were based on the best information available as of the filing of these Schedules and Statements and within the time constraints imposed. The Debtors reserve the right to modify, change or delete any information in the Schedules and Statements by amendment, including to the extent some information currently presented should be moved to a different category or labeled in a different way. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

d. **Classifications**. The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured" or (iv) listing a contract or lease on Schedule G as "executory" or "unexpired" do not constitute an admission by the Debtors of the legal rights of the claimant or counterparty, or a waiver of the Debtors' rights to object to such claim or recharacterize or reclassify such claim, contract or lease, or a waiver of the Debtors' rights to setoff such claims. The Debtors reserve all rights to revise, amend, supplement and/or adjust the Schedules and Statements in this regard and reserve all rights to assert that any contract listed on the Debtors' Schedules and Statements do not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, and the right to assert that any lease so listed do not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

e. **Claims Description**. Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtors. The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

f. **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

g. **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined" or "unknown." The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of the amount.

h. **Valuation**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly

burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, assets in the Schedules and Statements reflect net book values. Net book values may vary, sometimes materially, from market values. Certain other assets, such as investments in subsidiaries, are listed at undetermined amounts, as the net book values may differ materially from fair market values, or the amounts ultimately realized. In addition, certain depreciable assets with a net book value of zero may be included for completeness. The Debtors do not intend to amend these Schedules and Statements to reflect actual values.

      **i.**     **Excluded Assets and Liabilities**. The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules. The Debtors may have excluded certain items from the Schedules that were recorded solely for purposes of compliance with accounting principles generally accepted in the United States ("**GAAP**"). Other immaterial assets and liabilities may also have been excluded.

      **j.**     **Liabilities**. The Debtors have sought to allocate liabilities between their respective prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the Debtors' respective prepetition and postpetition periods may change. The Debtors reserve the right to, but is not required to, amend the Schedules and Statements as it deems appropriate to reflect this.

      The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

      **k.**     **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their claims, causes of action, potential claims or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, preferences and avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets, controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law. The Debtors reserve all of their rights with respect to any claims, causes of action, preference or avoidance actions they may have, and neither these Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, preference or avoidance actions or in any way prejudice or impair the assertion of such claims, or in any way act as an admission of

any fact or liability or the character thereof. Additionally, prior to the Petition Date, the Debtors, as plaintiffs, may have commenced various lawsuits in the ordinary course of their businesses against third parties seeking monetary damages.

**l.    Intellectual Property Rights**. Exclusion of certain intellectual property from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The value of the Debtors' intellectual property and license agreements are contingent and unliquidated. The Debtors' intellectual property has not been appraised by a professional and is listed with an unknown value as a result.

**m.    Insiders**. In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods including the following: (a) members of the board of directors of the Debtors; (b) employees of the Debtors that may be, or may have been during the relevant period, "officers," as such term is defined by applicable law; and (c) other persons who exercised "control" over the Debtors' operations. Persons listed as "insiders" have been included for informational purposes only.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the purposes of determining (a) control of the Debtor; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtor; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.

## 6.    Methodology.

**a.    Basis of Presentation**. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

As of the Petition Date, the Debtors did not conduct their normal accounting close process, therefore the normal procedures of reconciling accounts, recording adjusting

entries, and preparing financial statements (for the period ending as of the Petition Date) was not completed. As such, the Debtors developed the information presented in the Schedules and Statements as of the Petition Date based on currently available and accessible information, and in certain instances, amounts may reflect estimates. The subsequent receipt of additional data and information, including but not limited to vendor invoices, could be material.

These Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to fully reconcile to any financial statements previously prepared by the Debtors. Therefore, combining the assets and liabilities set forth in the Schedules and Statements could result in amounts that could be substantially different from any financial information regarding the Debtors prepared on a consolidated basis under GAAP.

b.   **Confidential, Sensitive or Personally Identifiable Information**.   There may be instances in which certain information such as names, addresses, or amounts in the Schedules and Statements intentionally has been redacted due to, among other things, the nature of an agreement between a Debtors and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual.

c.   **Master Agreements**.   Contracts and leases listed in the Schedules and Statements may be master agreements that cover relationships with the Debtors. The Debtors reserve all right to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

d.   **Duplication**.   Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.

e.   **Unliquidated Amounts**.   Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated." The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

f.   **Totals**.   All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

**g.        Setoffs and Recoupments**.  The Debtors may incur certain setoffs and other similar rights during the ordinary course of business.   Offsets in the ordinary course can result from various items, including, without limitation, collateral supporting credit card processors, intercompany transactions, pricing discrepancies, returns and other disputes between the Debtors and their account holders and/or suppliers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and may not be tracked separately.  Therefore, although such offsets and other similar rights may be included in the Schedules, other offsets are not independently accounted for, and as such, may be excluded from the Schedules.  The Debtors reserve all rights with respect to setoffs and offsets.

**h.        Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value.

**i.        Leases of Equipment and Other Assets**.  In the ordinary course of their business, the Debtors lease equipment and other assets from certain third-party lessors for use in the daily operation of their businesses.   The Debtors have made commercially reasonable efforts to list any such leases in Schedule G.   Except as otherwise noted herein, the property subject to any such leases is not reflected in Schedule A/B as either owned property or assets of the Debtors, and neither is such property or assets of third parties within the control of the Debtors.    Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

**j.        Allocation of Liabilities**.  The Debtors allocated liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.   As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change.

**k.        Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a post-petition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable.  The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a post-petition basis.

**l.        Solvency**.   Given the exclusion of intercompany balances and the uncertainty surrounding the collection, valuation and ownership of certain assets, including, among other things, net operating losses or other tax attributes, and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than

liabilities, nothing in the Schedules or Statements shall constitute an admission that such Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, nothing in the Schedules or Statements shall constitute an admission that such Debtor was insolvent as of the Petition Date or at any time before the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value or solvency. The Debtors reserve all rights with respect to these issues.

   **m.**  **Liens**. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

   **n.**  **Guarantees and Other Secondary Liability Claims**. The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees or indemnification claims have been identified, they have been included in the relevant Schedules E/F, G and H. The Debtors may have inadvertently omitted guarantees or indemnifications embedded in their contractual agreements and may identify additional guarantees or indemnifications as they continue to review their books and records and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified. In addition, the Debtors may have entered into certain guarantees of debt and other obligations of other subsidiaries or affiliates, including but not limited to cross-collateralization of obligations. The Debtors do not track these guarantees and thus have not listed them.

   **o.**  **Indemnification**. Each of the Debtors may have indemnification obligations toward its directors and officers pursuant to its organizational document and/or the law of the state in which it is incorporated. More specifically, Article VIII of the Amended and Restated Certificate of Incorporation of Polished.com Inc. (the "**Polished Charter**") and the Polished bylaws (the "**Polished Bylaws**") provide for the indemnification of (and advancement of expenses to) directors, officers and agents of Polished to the fullest extent permitted by Section 145 of the Delaware General Corporation Law (the "**DGCL**") or any other applicable law. Section 102(b)(7) of DGCL expands the provisions of the Polished Charter and the Polished Bylaws to include certain senior officers of the Debtors. The Debtors have also entered into separate indemnification agreements with their directors and certain officers. Each indemnification agreement provides for, among other things, indemnification to the fullest extent permitted by law and the Polished Charter and the Polished Bylaws against any and all expenses, judgments, fines, penalties and amounts paid in settlement of any claim. The indemnification agreements provide for the advancement or payment of all expenses to the indemnitee and for reimbursement to the Debtors if it is found that such indemnitee is not entitled to such indemnification under applicable law and the Debtors' amended and restated certificate of incorporation and bylaws.

   **p.**  **Directors and Officers Insurance**. The Debtors have obtained standard policies of insurance under which coverage is provided (a) to their directors and officers against loss rising from claims made by reason of breach of duty or other wrongful act, and

(b) to the Debtors with respect to payments which they may make to such officers and directors pursuant to the above indemnification provision or otherwise as a matter of law.

q. **Fiscal Year**. Each Debtors' fiscal year ends December 31st.

r. **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

s. **Interest in Subsidiaries and Affiliates**. Polished owns directly or indirectly all of the equity interests in Appliances Connection, Inc., 1 Stop Electronics Center, Inc., Gold Coast Appliances, Inc., Superior Deals Inc., AC Gallery Inc., Joe's Appliances LLC and YF Logistics LLC. Interests in these subsidiaries arise from stock ownership or ownership through a membership interest. Each Debtor's Schedule A/B 15 or Statement 25 schedules their ownership interests, if any, in subsidiaries and affiliates. Assets such as investments in subsidiaries are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values.

t. **Umbrella or Master Agreements**. Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements may have been listed in the Schedules and Statements of only the Debtors that signed the original umbrella or master agreement.

7. **General Disclosures Applicable to Statements**.

a. **Questions 1 and 2**. The gross revenue and non-business revenue reported for the current fiscal year was $34,134,725 through March 7, 2024.

b. **Questions 3 and 4**. For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

c. **Question 10**. The Debtors have made best efforts to collect applicable and responsive information, however, certain *de minimis* losses, which are not tracked separately, may have been omitted.

d. **Question 11**. Certain of the payments listed may have been paid for services outside of debt consolidation, restructuring or bankruptcy relief.

e. **Question 13**. While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally.

f. **Question 26d**. From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included financial institutions, investment banks, debtholders and their legal and financial advisors. Due to the confidentiality requirements of related non-disclosure agreements that were entered into as

part of the Debtors' strategic alternatives review process, and the number of parties that have received such statements as part of that process, such parties are not listed in response to this question.

g. **Question 30**. For this question, please reference Statement of Financial Affairs, Question 4.

8. **Specific Schedules Disclosures**.

a. **Schedules Summary**. Except as otherwise noted, the asset and liability totals represent amounts obtained utilizing trial balances through March 7, 2024.

b. **Schedule A/B – Part 1—*Cash and Cash Equivalents***. The reported bank balances (including investments and overnight accounts) and cash on hand include cash held in U.S. dollars as of the Petition Date. The Debtors have attempted to independently verify the cash balances as of the Petition Date. Where the Debtors have not been able to access an account, book balances are reported. The Polished.com bank account #0250 (which previously served as the payroll account) contains funds totaling $685,982.49 which are reserved to payment of February sales and use taxes (when amounts come due upon filing of sales tax returns). It is the Debtors understanding that Bank of America has agreed that these funds are reserved for the payment of sales and use taxes to be paid by the chapter 7 trustee when they become due and payable.

c. **Schedule A/B – Part 2—*Deposits and Prepayments***. Deposits and prepayments includes certain prepayments related to insurance, inventory, software, among other items, , which have been presented in AB7 at the net unamortized value as of the Petition Date.

d. **Schedule A/B Part 3 Question 11**. Receivables have been reported at net book value, which includes allowance for doubtful accounts. The Debtors did not perform a full assessment of the collectability of receivables in conjunction with the preparation of the Schedules. Therefore, the amount ultimately recovered may vary materially from the amount reported herein.

e. **Schedule A/B Part 4 - Investments**. The Debtors do not believe that any book value is indicative of the value of such assets and have not obtained a fair market valuation of the assets. Publicly traded equity securities and fixed income securities have been reported at the fair market value as of the Petition Date. Other investments have been reported at the funded amount or recorded cost per books and records, which may be materially different from the current fair market value of the investment.

f. **Schedule A/B Part 7 – Office furniture, fixtures and equipment; and collectibles**. Office furniture, fixtures and equipment have been reported at the net book value, which may materially differ from the current fair market of the related assets.

g. **Schedule A/B Part 8 – Prepaid Items**. Certain prepaid amounts disclosed in this schedule represent amounts as of December 31, 2023 and the prepaid amount as of the Petition Date may have materially changed.

**h.      Schedule A/B, Part 11 – *Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims*.**  The Debtors may be party to pending litigation in which such Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are listed on Schedule A/B, Part 11 as "undetermined."  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right do not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**i.      Schedule E/F – *Creditors Who Have Unsecured Claims*.**

*Part 2—Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a commercially reasonable attempt to set forth their unsecured obligations, although the actual amounts of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities, which have been listed on a gross accounts payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, may contain information regarding certain compensation-related or other claims of insiders of the Debtors, with such claims being listed as "contingent," "unliquidated," and/or "disputed."  In scheduling such claims, the Debtors make no representation or assertion as to the validity of such claims, and the Debtors reserve all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, may contain information regarding threatened or pending litigation involving the Debtors.  The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, do not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estate, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if, or when, the Debtors receives such invoices.

**j.      Schedule G – Executory Contracts and Unexpired Leases**. Although the Debtors' existing books, records and financial systems have been relied upon to identify

and schedule executory contracts and diligent efforts have been made to ensure the accuracy of the Debtors' Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors reserve all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve the right to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

Expired contracts and leases may have also been inadvertently included on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission.

9. **Specific Statements Disclosures**.

a. **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days**. Payments to the Debtors' bankruptcy professionals, insiders, third-party payroll processor (which includes the funding of employee wages and expense reimbursements), and intercompany transactions are not included in the payments to creditors. Payments to bankruptcy professionals are listed on Question 11 within the Statements, and payments to insiders are listed on Question 4 within the Statements.

Appliances Connections (d/b/a 1 Stop Electronics) ("Appliances Connections") purchases the majority of its appliances through a purchasing cooperative named Dynamic Marketing, Inc. ("**DMI**"). DMI is a chapter buying group called The Northeast Company, or "NECO." Under the terms of the buying agreement Appliances Connection was

required to maintain a deposit balance (equity balance) in excess of any purchase obligations made on a daily basis. Appliances Connection was required to maintain its accounts payable balances at no more than 95% of its equity balance. On December 29, 2023, at the direction of Appliances Connection, DMI applied $16 million of cash held by DMI against the outstanding payable balance. On January 17, 2024, an amount of $245,241.34 was paid to DMI, which was for the purpose of funding a security deposit with respect to the Lamberton facility.

      **b.**       **Statements, Part 2, Question 4 – Payments and Transfers to Insiders**. The Debtors have included all distributions made over the twelve months preceding the Petition Date to any individual or entity that may be considered an "insider." Solely for purposes of preparing the Schedules and Statements, the Debtors included the following for purposes of defining "insiders:" (a) members of the board of directors of the Debtor; (b) employees of the Debtors that may be, or may have been during the relevant period, "officers," as such term is defined by applicable law; and (c) other persons who exercised "control" over the Debtors' operations.

      The Debtors do not believe that all such Persons in these categories are in fact insiders with control over the Debtors. Persons listed as "insiders" have been included for informational purposes only and including them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code or otherwise. Moreover, the Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtors or such individual could successfully argue that they are not an "insider" under applicable law, or with respect to any theories of liability or for any other purpose.

      Payments to M3 Partners and Getzler Heinrich are not listed in Question 4 but are fully disclosed in Question 11. Payments to Getzler Heinrich represent financial advisory fees paid to M3 Partners which, in part, include fees attributable to Robert Gorin who served as the Chief Transition Officer from July 25, 2023 to November 28, 2023. Payments to M3 Partners represent financial advisory fees paid to M3 Partners which, in part, include fees attributable to Lyle Bauck who served as the Chief Transition Officer from November 28, 2023 to the time of the Chapter 7 filing.

      **c.**       **Statements, Part 3, Question 6 – Setoffs**. On March 1, 2024, DMI unilaterally set off Appliances Connections' outstanding payable balance against the equity balance maintained. The reported equity balance (prior to the offset noted above) excluded earned rebates and volume rebates earned from January 1, 2024 through February 29, 2024. The reported equity balance (prior to the offset noted above) excluded earned rebates and volume rebates earned from January 1, 2024 through February 29, 2024. *See* previous note in Question 3 regarding the DMI and Appliances Connection relationship.

      **d.**       **Statements, Part 3, Question 7 – Legal Actions or Assignments**. This section contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are

marked as contingent, unliquidated, and disputed in the Schedules and Statements. The Debtors may not have included in Statement 7 certain parties that may have asserted informal claims that were resolved or otherwise addressed without formal litigation or an administrative hearing or similar proceeding having been commenced.

  **e. Statements, Part 6, Question 11 – Payments Related to Bankruptcy**. The payments provided in Question 11 are reported for the representation of the Debtors. It is possible that some of the disclosed payments relate to non-bankruptcy related services.

  **f. Statements, Part 6, Question 13 – Transfers not already listed on this statement**. The Debtors reserve the right to supplement or amend should any non-ordinary course transfers be identified.

  **g. Schedule G**. Although the Debtors have undertaken efforts to identify all of the Debtors' contracts, agreements, and leases, it is possible and even likely that there may be unidentified items not reported on Schedule G. Additionally, the contracts, agreements, and leases listed on Schedule G may have expired, may have been rejected or mutually terminated after the Petition Date, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, it is the Debtors' intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

  Certain confidentiality, non-disclosure, and non-compete agreements may not be listed on Schedule G.

  Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal or other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G or Schedule F.

  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as subordination, non-disturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature, if any, have not been included on the Schedule G.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.   The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the Debtors.  The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate.  Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B ............................................................. $1,223,293.15

1b. **Total personal property:**
Copy line 91A from Schedule A/B .......................................................... $45,742,698.19

1c. **Total of all property:**
Copy line 92 from Schedule A/B ............................................................ $46,965,991.34

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) ........ $91,227,749.52
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F .......................... $0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ....... $239,315,860.31

**4. Total Liabilities** ................................................................................. $330,543,609.83
Lines 2 + 3a + 3b

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Bank of America | Operating Account | 1063 | $13,315.50 |
| 3.2 Bank of America | Formerly Payroll Account (currently reserved for sales taxes as of petition date). | 0250 | $685,982.49 |
| 3.3 Paypal | Paypal | TS2Y | $43.78 |

(*) Payments withheld to cover potential chargebacks.

| **4. Other cash equivalents** *(Identify all)* | | | |
|---|---|---|---|
| 4.1 American Expresss - Withholding (Restricted Cash) * | | | $602,607.65 |
| 4.2 Paypal * | | | $265,785.98 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,567,735.40 |
|---|

| Part 2: | **Deposits and prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | Collateral Account for DMI | $566.13 |
|---|---|---|

| 7.2 | Security Deposit - Westgate 200, LLC | $70,792.60 |
|---|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | None | $0.00 |
|---|---|---|

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| $71,358.73 |
|---|

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | _____ | – | _____ | = ........ ➤ | $0.00 |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. | Over 90 days old: | _____ | – | _____ | = ........ ➤ | $0.00 |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $0.00 |
|---|

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | |
|---|---|---|---|
| | None | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

| 15.1 | | | | |
|---|---|---|---|---|
| | Appliances Connection Inc. | 100 | None | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | |
|---|---|---|---|
| | None | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $0.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes

　　　Book value _____　　Valuation method _____　　Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 _____ | _____ | _____ | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 _____ | _____ | _____ | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 _____ | _____ | _____ | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 _____ | _____ | _____ | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 _____ | _____ | _____ | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　　　☐ No

　　　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes

　　　Book value _____　　Valuation method _____　　Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Office Furniture | $264.53 | Net Book Value | $264.53 |
| **40. Office fixtures** | | | |
| 40.1 None | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computer Hardware & Software | $47,224.78 | Net Book Value | $47,224.78 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $47,489.31 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>None | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Construction in Progress | $162,225.00 | Net Book Value | $162,225.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $162,225.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>Leasehold Improvements - St. Charles Warehouse | Leased | $1,223,293.15 | Net Book Value | $1,223,293.15 |
| 55.2<br>Showroom/Warehouse - 3817 Millstone Parkway, St. Charles, MO 63301 | Leased | N/A | N/A | Undetermined |
| 55.3<br>Vacant Space - 13850 Manchester Rd, Ballwin, MO 63011 | Leased | N/A | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $1,223,293.15 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 1stopappliance.com | N/A | None | Undetermined |
| 61.2 1stopappliancedistribution.com | N/A | None | Undetermined |
| 61.3 1stopappliancedistributors.com | N/A | None | Undetermined |
| 61.4 1stopappliances.com | N/A | None | Undetermined |
| 61.5 1stopcamera.com | N/A | None | Undetermined |
| 61.6 1stopcamera.info | N/A | None | Undetermined |
| 61.7 1stopdist.com | N/A | None | Undetermined |
| 61.8 1stopdistributor.com | N/A | None | Undetermined |
| 61.9 1stopdistributors.com | N/A | None | Undetermined |
| 61.10 1stopmarketing.com | N/A | None | Undetermined |
| 61.11 abfreightny.com | N/A | None | Undetermined |

| | | | | |
|---|---|---|---|---|
| 61.12 | airconditionconnection.com | N/A | None | Undetermined |
| 61.13 | airconditionsconnection.com | N/A | None | Undetermined |
| 61.14 | AJ-MADISON.COM | N/A | None | Undetermined |
| 61.15 | AJMADISON.US | N/A | None | Undetermined |
| 61.16 | APPCON.CO | N/A | None | Undetermined |
| 61.17 | APPLIANCECONNECTION.CO | N/A | None | Undetermined |
| 61.18 | appliance-connection.co | N/A | None | Undetermined |
| 61.19 | applianceconnection.com | N/A | None | Undetermined |
| 61.20 | APPLIANCECONNECTION.INFO | N/A | None | Undetermined |
| 61.21 | APPLIANCE-CONNECTION.INFO | N/A | None | Undetermined |
| 61.22 | APPLIANCECONNECTION.ME | N/A | None | Undetermined |
| 61.23 | APPLIANCE-CONNECTION.NET | N/A | None | Undetermined |
| 61.24 | APPLIANCE-CONNECTION.ORG | N/A | None | Undetermined |
| 61.25 | APPLIANCECONNECTION.US | N/A | None | Undetermined |
| 61.26 | APPLIANCE-CONNECTION.US | N/A | None | Undetermined |
| 61.27 | APPLIANCECONNECTIONCOM.COM | N/A | None | Undetermined |
| 61.28 | APPLIANCECONNECTIONCOM.NET | N/A | None | Undetermined |
| 61.29 | applianceconnectiondc.com | N/A | None | Undetermined |
| 61.30 | applianceconnectionnj.com | N/A | None | Undetermined |
| 61.31 | applianceconnectionny.com | N/A | None | Undetermined |

| 61.32 | APPLIANCE-CONNECTIONS.CO | N/A | None | Undetermined |
| 61.33 | applianceconnections.com | N/A | None | Undetermined |
| 61.34 | APPLIANCE-CONNECTIONS.COM | N/A | None | Undetermined |
| 61.35 | APPLIANCE-CONNECTIONS.NET | N/A | None | Undetermined |
| 61.36 | APPLIANCE-CONNECTIONS.ORG | N/A | None | Undetermined |
| 61.37 | applianceconnectionscavolini.com | N/A | None | Undetermined |
| 61.38 | APPLIANCECONNECTIONSCOM.COM | N/A | None | Undetermined |
| 61.39 | applianceconnectionwv.com | N/A | None | Undetermined |
| 61.40 | appliance-gallery.com | N/A | None | Undetermined |
| 61.41 | applianceinstallationservices.com | N/A | None | Undetermined |
| 61.42 | appliancesconnect.com | N/A | None | Undetermined |
| 61.43 | APPLIANCESCONNECTION.BIZ | N/A | None | Undetermined |
| 61.44 | APPLIANCESCONNECTION.CO | N/A | None | Undetermined |
| 61.45 | appliances-connection.co | N/A | None | Undetermined |
| 61.46 | appliancesconnection.com | N/A | None | Undetermined |
| 61.47 | appliancesconnection.org | N/A | None | Undetermined |
| 61.48 | APPLIANCES-CONNECTION.ORG | N/A | None | Undetermined |
| 61.49 | APPLIANCESCONNECTION.US | N/A | None | Undetermined |
| 61.50 | APPLIANCESCONNECTIONCOM.COM | N/A | None | Undetermined |
| 61.51 | appliancesconnectioncouponcodes.com | N/A | None | Undetermined |

| 61.52 | | | |
|---|---|---|---|
| appliancesconnectioncoupons.com | N/A | None | Undetermined |
| 61.53 | | | |
| appliancesconnectiondc.com | N/A | None | Undetermined |
| 61.54 | | | |
| appliancesconnectionemails.com | N/A | None | Undetermined |
| 61.55 | | | |
| appliancesconnectionforum.com | N/A | None | Undetermined |
| 61.56 | | | |
| appliancesconnectiongroup.com | N/A | None | Undetermined |
| 61.57 | | | |
| appliancesconnectionnj.com | N/A | None | Undetermined |
| 61.58 | | | |
| appliancesconnectionny.com | N/A | None | Undetermined |
| 61.59 | | | |
| appliancesconnectionpromocodes.com | N/A | None | Undetermined |
| 61.60 | | | |
| APPLIANCESCONNECTIONS.CO | N/A | None | Undetermined |
| 61.61 | | | |
| APPLIANCES-CONNECTIONS.CO | N/A | None | Undetermined |
| 61.62 | | | |
| APPLIANCESCONNECTIONS.COM | N/A | None | Undetermined |
| 61.63 | | | |
| APPLIANCES-CONNECTIONS.COM | N/A | None | Undetermined |
| 61.64 | | | |
| appliancesconnections.net | N/A | None | Undetermined |
| 61.65 | | | |
| APPLIANCES-CONNECTIONS.NET | N/A | None | Undetermined |
| 61.66 | | | |
| APPLIANCESCONNECTIONS.ORG | N/A | None | Undetermined |
| 61.67 | | | |
| APPLIANCES-CONNECTIONS.ORG | N/A | None | Undetermined |
| 61.68 | | | |
| appliancesconnectionscavolini.com | N/A | None | Undetermined |
| 61.69 | | | |
| APPLIANCESCONNECTIONSCOM.COM | N/A | None | Undetermined |
| 61.70 | | | |
| appliancesconnectionva.com | N/A | None | Undetermined |
| 61.71 | | | |
| appliancesconnectionwv.com | N/A | None | Undetermined |

| 61.72 | appliances-connetion.com | N/A | None | Undetermined |
| 61.73 | appliancesforum.com | N/A | None | Undetermined |
| 61.74 | appliancespackage.com | N/A | None | Undetermined |
| 61.75 | appliancespackages.com | N/A | None | Undetermined |
| 61.76 | appliances-review.com | N/A | None | Undetermined |
| 61.77 | appliancesreviews.com | N/A | None | Undetermined |
| 61.78 | APPLIANCESSUPPLIER.COM | N/A | None | Undetermined |
| 61.79 | APPLIANCESSUPPLIER.NET | N/A | None | Undetermined |
| 61.80 | APPLIANCESSUPPLIERS.COM | N/A | None | Undetermined |
| 61.81 | APPLIANCESSUPPLIERS.NET | N/A | None | Undetermined |
| 61.82 | APPLIANCESWHOLESALER.COM | N/A | None | Undetermined |
| 61.83 | APPLIANCESWHOLESALER.NET | N/A | None | Undetermined |
| 61.84 | bizzarini.com | N/A | None | Undetermined |
| 61.85 | black-friday-appliances.com | N/A | None | Undetermined |
| 61.86 | christmas-appliances.com | N/A | None | Undetermined |
| 61.87 | deskpwr.com | N/A | None | Undetermined |
| 61.88 | DISCOUNTAPPLIANCESCENTER.COM | N/A | None | Undetermined |
| 61.89 | edeskpower.com | N/A | None | Undetermined |
| 61.90 | electroluxpart.com | N/A | None | Undetermined |
| 61.91 | eshopperpro.com | N/A | None | Undetermined |

| | | | |
|---|---|---|---|
| 61.92 | | | |
| | eshopperpro4.com | N/A | None | Undetermined |
| 61.93 | | | |
| | forteairconditioner.com | N/A | None | Undetermined |
| 61.94 | | | |
| | forteairconditioners.com | N/A | None | Undetermined |
| 61.95 | | | |
| | forteappliance.com | N/A | None | Undetermined |
| 61.96 | | | |
| | forteappliances.com | N/A | None | Undetermined |
| 61.97 | | | |
| | fortebathroom.com | N/A | None | Undetermined |
| 61.98 | | | |
| | fortebathtubs.com | N/A | None | Undetermined |
| 61.99 | | | |
| | fortecooking.com | N/A | None | Undetermined |
| 61.100 | | | |
| | fortecooktop.com | N/A | None | Undetermined |
| 61.101 | | | |
| | fortecooktops.com | N/A | None | Undetermined |
| 61.102 | | | |
| | fortedishwasher.com | N/A | None | Undetermined |
| 61.103 | | | |
| | fortedishwashers.com | N/A | None | Undetermined |
| 61.104 | | | |
| | fortedryer.com | N/A | None | Undetermined |
| 61.105 | | | |
| | fortedryers.com | N/A | None | Undetermined |
| 61.106 | | | |
| | fortehoods.com | N/A | None | Undetermined |
| 61.107 | | | |
| | fortekitchen.com | N/A | None | Undetermined |
| 61.108 | | | |
| | fortelaundry.com | N/A | None | Undetermined |
| 61.109 | | | |
| | fortemicrowave.com | N/A | None | Undetermined |
| 61.110 | | | |
| | fortemicrowaves.com | N/A | None | Undetermined |
| 61.111 | | | |
| | forteoven.com | N/A | None | Undetermined |

61.112
    forteovens.com                      N/A            None            Undetermined

61.113
    forterange.com                      N/A            None            Undetermined

61.114
    forterangehood.com                N/A            None            Undetermined

61.115
    forterangehoods.com               N/A            None            Undetermined

61.116
    forteranges.com                    N/A            None            Undetermined

61.117
    forterefrigerator.com             N/A            None            Undetermined

61.118
    forterefrigerators.com           N/A            None            Undetermined

61.119
    fortesinks.com                      N/A            None            Undetermined

61.120
    fortestove.com                      N/A            None            Undetermined

61.121
    fortestoves.com                    N/A            None            Undetermined

61.122
    fortetrashcompactor.com         N/A            None            Undetermined

61.123
    fortetrashcompactors.com        N/A            None            Undetermined

61.124
    forteus.net                        N/A            None            Undetermined

61.125
    forteusa.com                      N/A            None            Undetermined

61.126
    forteusa.net                      N/A            None            Undetermined

61.127
    fortewasher.com                   N/A            None            Undetermined

61.128
    fortewashers.com                 N/A            None            Undetermined

61.129
    frigidaireaccessory.com          N/A            None            Undetermined

61.130
    frigidaireproduct.com             N/A            None            Undetermined

61.131
    frigidaireproductsllc.com        N/A            None            Undetermined

| 61.132 | | | | |
|---|---|---|---|---|
| | getfeliz.com | N/A | None | Undetermined |

| 61.133 | | | | |
|---|---|---|---|---|
| | goedekers.com | N/A | None | Undetermined |

| 61.134 | | | | |
|---|---|---|---|---|
| | goedekers.net | N/A | None | Undetermined |

| 61.135 | | | | |
|---|---|---|---|---|
| | goedekers.org | N/A | None | Undetermined |

| 61.136 | | | | |
|---|---|---|---|---|
| | goldcoastappliance.com | N/A | None | Undetermined |

| 61.137 | | | | |
|---|---|---|---|---|
| | goldcoastappliance.net | N/A | None | Undetermined |

| 61.138 | | | | |
|---|---|---|---|---|
| | goldcoastappliances.com | N/A | None | Undetermined |

| 61.139 | | | | |
|---|---|---|---|---|
| | goldcoastappliances.net | N/A | None | Undetermined |

| 61.140 | | | | |
|---|---|---|---|---|
| | hccost.com | N/A | None | Undetermined |

| 61.141 | | | | |
|---|---|---|---|---|
| | HCCOST.NET | N/A | None | Undetermined |

| 61.142 | | | | |
|---|---|---|---|---|
| | homeapplianceshub.com | N/A | None | Undetermined |

| 61.143 | | | | |
|---|---|---|---|---|
| | HOMECARECOST.CO | N/A | None | Undetermined |

| 61.144 | | | | |
|---|---|---|---|---|
| | hubmet.com | N/A | None | Undetermined |

| 61.145 | | | | |
|---|---|---|---|---|
| | ifeliz.com | N/A | None | Undetermined |

| 61.146 | | | | |
|---|---|---|---|---|
| | ilve.us | N/A | None | Undetermined |

| 61.147 | | | | |
|---|---|---|---|---|
| | ilveamerica.com | N/A | None | Undetermined |

| 61.148 | | | | |
|---|---|---|---|---|
| | ilve-america.com | N/A | None | Undetermined |

| 61.149 | | | | |
|---|---|---|---|---|
| | ilveamerican.com | N/A | None | Undetermined |

| 61.150 | | | | |
|---|---|---|---|---|
| | ilveamericas.com | N/A | None | Undetermined |

| 61.151 | | | | |
|---|---|---|---|---|
| | ilveappliance.com | N/A | None | Undetermined |

61.152

ilveappliances.biz                        N/A              None             Undetermined

61.153

ilveappliances.co                         N/A              None             Undetermined

61.154

ilveappliances.com                        N/A              None             Undetermined

61.155

ilveappliances.design                     N/A              None             Undetermined

61.156

ilveappliances.info                       N/A              None             Undetermined

61.157

ilveappliances.net                        N/A              None             Undetermined

61.158

ilveappliances.online                     N/A              None             Undetermined

61.159

ilveappliances.org                        N/A              None             Undetermined

61.160

ilveappliances.shop                       N/A              None             Undetermined

61.161

ilveappliances.store                      N/A              None             Undetermined

61.162

ilveappliancesonline.com                  N/A              None             Undetermined

61.163

ilveappliancesstore.com                   N/A              None             Undetermined

61.164

ilvebrand.com                             N/A              None             Undetermined

61.165

ilveco.com                                N/A              None             Undetermined

61.166

ilvecooking.com                           N/A              None             Undetermined

61.167

ilvecooktops.com                          N/A              None             Undetermined

61.168

ilvecorp.com                              N/A              None             Undetermined

61.169

ilvehome.com                              N/A              None             Undetermined

61.170

ilveinc.com                               N/A              None             Undetermined

61.171

ilvekitchen.com                           N/A              None             Undetermined

61.172

ilvellc.com                          N/A          None          Undetermined

61.173

ilvenorthamerica.biz                 N/A          None          Undetermined

61.174

ilvenorthamerica.co                  N/A          None          Undetermined

61.175

ilvenorthamerica.com                 N/A          None          Undetermined

61.176

ilvenorthamerica.info                N/A          None          Undetermined

61.177

ilvenorthamerica.live                N/A          None          Undetermined

61.178

ilvenorthamerica.net                 N/A          None          Undetermined

61.179

ilvenorthamerica.online              N/A          None          Undetermined

61.180

ilvenorthamerica.org                 N/A          None          Undetermined

61.181

ilvenorthamerica.shop                N/A          None          Undetermined

61.182

ilvenorthamerica.site                N/A          None          Undetermined

61.183

ilvenorthamerica.store               N/A          None          Undetermined

61.184

ilveparts.com                        N/A          None          Undetermined

61.185

ilveproducts.com                     N/A          None          Undetermined

61.186

ilveranges.com                       N/A          None          Undetermined

61.187

ilveranges.us                        N/A          None          Undetermined

61.188

ilveus.net                           N/A          None          Undetermined

61.189

ilveusa.biz                          N/A          None          Undetermined

61.190

ilveusa.com                          N/A          None          Undetermined

61.191

ilve-usa.com                         N/A          None          Undetermined

Debtor Polished.com Inc.
Name

Case number *(if known)* 24-xxxx1

| 61.192 | ilveusa.info | N/A | None | Undetermined |
| 61.193 | ilveusa.live | N/A | None | Undetermined |
| 61.194 | ilveusa.net | N/A | None | Undetermined |
| 61.195 | ilveusa.online | N/A | None | Undetermined |
| 61.196 | ilveusa.org | N/A | None | Undetermined |
| 61.197 | ilveusa.pro | N/A | None | Undetermined |
| 61.198 | ilveusa.shop | N/A | None | Undetermined |
| 61.199 | ilveusa.site | N/A | None | Undetermined |
| 61.200 | ilveusa.store | N/A | None | Undetermined |
| 61.201 | joesappliances.com | N/A | None | Undetermined |
| 61.202 | krushrappliances.com | N/A | None | Undetermined |
| 61.203 | krushrcompactors.com | N/A | None | Undetermined |
| 61.204 | krushrtrashcompactors.com | N/A | None | Undetermined |
| 61.205 | krushrusa.com | N/A | None | Undetermined |
| 61.206 | luxmor.com | N/A | None | Undetermined |
| 61.207 | luxmore.com | N/A | None | Undetermined |
| 61.208 | magn.com | N/A | None | Undetermined |
| 61.209 | microwavesconnection.com | N/A | None | Undetermined |
| 61.210 | miloitalia.com | N/A | None | Undetermined |
| 61.211 | miloloft.com | N/A | None | Undetermined |

61.212

milomod.com                          N/A              None          Undetermined

61.213

milomodern.com                       N/A              None          Undetermined

61.214

modernave.com                        N/A              None          Undetermined

61.215

monteusa.com                         N/A              None          Undetermined

61.216

number1direct.com                    N/A              None          Undetermined

61.217

numberonedirect.com                  N/A              None          Undetermined

61.218

onestopcamera.com                    N/A              None          Undetermined

61.219

polish.online                        N/A              None          Undetermined

61.220

polished.com                         N/A              None          Undetermined

61.221

polished.llc                         N/A              None          Undetermined

61.222

polished.nyc                         N/A              None          Undetermined

61.223

polished-appliance.com               N/A              None          Undetermined

61.224

polishedappliances.co                N/A              None          Undetermined

61.225

polishedappliances.com               N/A              None          Undetermined

61.226

polished-appliances.com              N/A              None          Undetermined

61.227

polishedappliances.net               N/A              None          Undetermined

61.228

polishedcompany.com                  N/A              None          Undetermined

61.229

polished-company.com                 N/A              None          Undetermined

61.230

polishedcorp.com                     N/A              None          Undetermined

61.231

polished-ecommerce.com               N/A              None          Undetermined

| 61.232 | | | | |
| --- | --- | --- | --- | --- |
| | polishedfitness.co | N/A | None | Undetermined |

| 61.233 | | | | |
| --- | --- | --- | --- | --- |
| | polishedfitness.com | N/A | None | Undetermined |

| 61.234 | | | | |
| --- | --- | --- | --- | --- |
| | polished-fitness.com | N/A | None | Undetermined |

| 61.235 | | | | |
| --- | --- | --- | --- | --- |
| | polishedfitness.net | N/A | None | Undetermined |

| 61.236 | | | | |
| --- | --- | --- | --- | --- |
| | polishedfitness.store | N/A | None | Undetermined |

| 61.237 | | | | |
| --- | --- | --- | --- | --- |
| | polishedfurniture.co | N/A | None | Undetermined |

| 61.238 | | | | |
| --- | --- | --- | --- | --- |
| | polishedfurniture.com | N/A | None | Undetermined |

| 61.239 | | | | |
| --- | --- | --- | --- | --- |
| | polished-furniture.com | N/A | None | Undetermined |

| 61.240 | | | | |
| --- | --- | --- | --- | --- |
| | polishedfurniture.net | N/A | None | Undetermined |

| 61.241 | | | | |
| --- | --- | --- | --- | --- |
| | polishedfurniture.online | N/A | None | Undetermined |

| 61.242 | | | | |
| --- | --- | --- | --- | --- |
| | polishedfurniture.store | N/A | None | Undetermined |

| 61.243 | | | | |
| --- | --- | --- | --- | --- |
| | polishedfurniture.us | N/A | None | Undetermined |

| 61.244 | | | | |
| --- | --- | --- | --- | --- |
| | polishedhomeappliance.com | N/A | None | Undetermined |

| 61.245 | | | | |
| --- | --- | --- | --- | --- |
| | polishedkitchens.co | N/A | None | Undetermined |

| 61.246 | | | | |
| --- | --- | --- | --- | --- |
| | polishedkitchens.com | N/A | None | Undetermined |

| 61.247 | | | | |
| --- | --- | --- | --- | --- |
| | polished-kitchens.com | N/A | None | Undetermined |

| 61.248 | | | | |
| --- | --- | --- | --- | --- |
| | projectorsconnection.com | N/A | None | Undetermined |

| 61.249 | | | | |
| --- | --- | --- | --- | --- |
| | rangesconnection.com | N/A | None | Undetermined |

| 61.250 | | | | |
| --- | --- | --- | --- | --- |
| | refrigeratorconnection.com | N/A | None | Undetermined |

| 61.251 | | | | |
| --- | --- | --- | --- | --- |
| | refrigeratorsconnection.com | N/A | None | Undetermined |

61.252

roomerpod.com                          N/A              None              Undetermined

61.253

scavoliniapplianceconnection.com       N/A              N/A               Undetermined

61.254

scavoliniappliancesconnection.com      N/A              N/A               Undetermined

61.255

scavolinibrooklyn.com                  N/A              N/A               Undetermined

61.256

scavolinibrooklyngallery.com           N/A              N/A               Undetermined

61.257

scavolinicabinet.com                   N/A              N/A               Undetermined

61.258

scavolinicabinets.com                  N/A              N/A               Undetermined

61.259

scavolinigallerybrooklyn.com           N/A              N/A               Undetermined

61.260

scavolinigallerynewyork.com            N/A              N/A               Undetermined

61.261

scavolinikitchen.com                   N/A              N/A               Undetermined

61.262

scavolininewyorkgallery.com            N/A              N/A               Undetermined

61.263

scavolininy.co                         N/A              N/A               Undetermined

61.264

scavolinishowroom.com                  N/A              N/A               Undetermined

61.265

scavolinistorebrooklyn.com             N/A              N/A               Undetermined

61.266

scavolinistorenewyork.com              N/A              N/A               Undetermined

61.267

scavolinistoreny.com                   N/A              N/A               Undetermined

61.268

superiorbrandmarketing.com             N/A              N/A               Undetermined

61.269

superiorbrandsinc.com                  N/A              N/A               Undetermined

61.270

superiorbrandsparts.com                N/A              N/A               Undetermined

61.271

superiormarketinginc.com               N/A              N/A               Undetermined

| 61.272 | | | |
|---|---|---|---|
| superiormkt.com | N/A | N/A | Undetermined |
| 61.273 | | | |
| superiormktg.com | N/A | N/A | Undetermined |
| 61.274 | | | |
| theapplianceconnectionny.com | N/A | N/A | Undetermined |
| 61.275 | | | |
| theappliancesconnection.com | N/A | N/A | Undetermined |
| 61.276 | | | |
| therail.com | N/A | N/A | Undetermined |
| 61.277 | | | |
| tvsconnection.com | N/A | N/A | Undetermined |
| 61.278 | | | |
| tvszone.com | N/A | N/A | Undetermined |
| 61.279 | | | |
| undercounterfridges.com | N/A | N/A | Undetermined |
| 61.280 | | | |
| vacuumsconnection.com | N/A | N/A | Undetermined |
| 61.281 | | | |
| wholesaledealersupport.com | N/A | N/A | Undetermined |
| 61.282 | | | |
| wolfranges.com | N/A | N/A | Undetermined |
| 61.283 | | | |
| yellowdoor.com | N/A | N/A | Undetermined |
| 61.284 | | | |
| YFLOGISTICSLLC.CO | N/A | N/A | Undetermined |
| 61.285 | | | |
| yflogisticsllc.com | N/A | N/A | Undetermined |
| 61.286 | | | |
| YFLOGISTICSLLC.NET | N/A | N/A | Undetermined |

**62. Licenses, franchises, and royalties**

| 62.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**63. Customer lists, mailing lists, or other compilations**

| 63.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**64. Other intangibles, or intellectual property**

64.1

_____    _____    _____    $0.00

**65. Goodwill**

65.1

None                         _____    _____    $0.00

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|--|--|--|--|--|

**71. Notes receivable**
Description (include name of obligor)

71.1

None               _____          _____    =  ➔    $0.00
                   total face amount   −   doubtful or uncollectible
                                           amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | | |
|--|--|--|--|
| 72.1 | CO NOL | Tax year | 2022 | $110,683.00 |
| 72.2 | Federal NOL | Tax year | 2022 | $3,511,759.00 |
| 72.3 | Federal NOL | Tax year | 2020 | $6,008,178.00 |
| 72.4 | FL NOL | Tax year | 2021 | $858,240.00 |
| 72.5 | FL NOL | Tax year | 2022 | $181,746.00 |
| 72.6 | IL NOL | Tax year | 2020 | $442,528.00 |

| 72.7 | | | | |
|---|---|---|---|---|
| | IL NOL | Tax year | 2021 | $506,453.00 |
| 72.8 | | | | |
| | IL NOL | Tax year | 2022 | $75,343.00 |
| 72.9 | | | | |
| | KS NOL | Tax year | 2022 | $7,258,808.00 |
| 72.10 | | | | |
| | KY NOL | Tax year | 2020 | $110,317.00 |
| 72.11 | | | | |
| | KY NOL | Tax year | 2021 | $142,902.00 |
| 72.12 | | | | |
| | NY NOL | Tax year | 2020 | $777,721.00 |
| 72.13 | | | | |
| | NY NOL | Tax year | 2022 | $294,255.00 |
| 72.14 | | | | |
| | NYC NOL | Tax year | 2022 | $294,255.00 |

**73. Interests in insurance policies or annuities**

| 73.1 | | |
|---|---|---|
| | See Schedule AB 73 Attachment | Undetermined |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

| | Albert Fouerti | Undetermined |
|---|---|---|
| Nature of Claim | Civil Action | |
| Amount requested | Undetermined | |

74.2

| | Mark Irmiyayev, et al. | Undetermined |
|---|---|---|
| Nature of Claim | Civil Action | |
| Amount requested | Undetermined | |

74.3

| | Moshe Naoulo | Undetermined |
|---|---|---|
| Nature of Claim | Civil Action | |
| Amount requested | Undetermined | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

| | None | $0.00 |
|---|---|---|
| Nature of Claim | | |
| Amount requested | | |

**76. Trusts, equitable or future interests in property**

| 76.1 | | |
|---|---|---|
| | None | $0.00 |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 77.1 | | |
|---|---|---|
| | Intercompany Receivable - Gold Coast Appliances, Inc. | $7,677,107.34 |

| 77.2 | | |
| | Intercompany Receivable - Superior Deals Inc. | $12,664,492.52 |
| 77.3 | | |
| | Tax Refund - IRS | $2,979,101.89 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$43,893,889.75

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,567,735.40 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $71,358.73 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $47,489.31 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $162,225.00 | |
| **88. Real property.** Copy line 56, Part 9. | ➜ | $1,223,293.15 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $43,893,889.75 | |
| **91. Total. Add lines 80 through 90 for each column** | 91a. $45,742,698.19 | 91b. $1,223,293.15 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

$46,965,991.34

| Insurer | Type | Policy No. | Start Date | End Date | Current Value |
|---|---|---|---|---|---|
| American Casualty Co of Reading PA | Commercial Auto | 7039405720 | 5/25/2003 | 5/25/2024 | Undetermined |
| The Continental Ins Co | Commercial Property & Crime | 7039405717 | 5/25/2003 | 5/25/2024 | Undetermined |
| Lloyds of London | Cyber Liability | W328D4230201 | 6/2/2023 | 7/30/2024 | Undetermined |
| XL Specialty Insurance Company | Directors and Officers - $5M Primary | ELU191706-23 | 7/30/2023 | 7/30/2024 | Undetermined |
| Allied World Specialty Ins Co | Directors and Officers - Excess $5M xs $5M | 03134897 | 7/30/2023 | 7/30/2024 | Undetermined |
| Capitol Specialty Ins Corp | Directors and Officers - Excess $5M xs $10M | DO2022103602 | 7/30/2023 | 7/30/2024 | Undetermined |
| Axis Insurance Company | Directors and Officers - Excess Side A; $5M xs $15M | P00100038718304 | 7/30/2023 | 7/30/2024 | Undetermined |
| Westchester Fire Ins Co | Directors and Officers - Excess Side A $5M xs $20M | G47418173001 | 7/30/2023 | 7/30/2024 | Undetermined |
| Atlantic Specialty Ins Co | Directors and Officers - Excess Side A $5M xs $25M | MMX0473223 | 7/30/2023 | 7/30/2024 | Undetermined |
| AXIS Insurance Company | Employment Practices Liability | P00100061039802 | 7/30/2023 | 7/30/2024 | Undetermined |
| National Fire Ins Co of Hartford | General Liability | 7039606307 | 5/25/2023 | 5/25/2024 | Undetermined |
| The Continental Ins Co | Umbrella | 7039405703 | 5/25/2023 | 5/25/2024 | Undetermined |
| Valley Forge Ins Co | Workers Compensation | 7039405748 | 5/25/2023 | 5/25/2024 | Undetermined |

☐ **Check if this is an amended filing**

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

| Part 1: | List Creditors Who Have Claims Secured by Property |

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of Claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

Bank of America, N.A., as Agent, Agency Management, 540 W. Madison Street, Chicago, IL 60601

**Date debt was incurred?**
7/21/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Assets

**Describe the lien**
Senior Secured Term Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$91,034,546.51        Undetermined

2.2

| Northpoint Commercial Finance LLC, PO Box 1445, Appharetta, GA 30009-1445 | Describe debtor's property that is subject to the lien: Inventory (i) manufactured, distributed or sold by Samsung Electronics | $193,203.01 | Undetermined |

**Date debt was incurred?**
8/30/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe the lien**
Lien on Samsung Inventory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                           $91,227,749.52

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1  Bank of America, N.A., as Agent, c/o Morgan Lewis, Attn: Jennifer Feldsher, 100 Park Ave, New York, NY 10178-0060 | 1 | |

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

Abdelkader, Tarchid [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $0.00
Priority amount: $0.00

2.2

Adam, Arena [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $0.00
Priority amount: $0.00

**2.3**

Admoun, Alkhabaz [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.4**

Ahmed, Ahmed [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.5**

Ajatee, Weah [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.6**

Aleksei, Zaichenko [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.7**

Alex, Shevchenko [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.8**

Alexander, Boyle [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.9**

Alexandria, Walker [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:     $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.10**

Alfredo, Martinez [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:     $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.11**

Amir, Jamil [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:     $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.12

Anano, Grdzelishvili [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00              $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.13

Aneudy, Castro [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00              $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.14

Angela, Ritrovato [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00              $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.15

Angela, Skinner [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.16

Anjana, Dittakavi [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.17

Anthony, Ingoglia [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.18

Anthony, Jackson [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.19

Anthony, Seegobin [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.20

Anup, Das [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.21

Ardonita, Jusufi [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.22

Arie, Lelchuk [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.23

Arline, Eulo [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.24

Arra, Poghossian [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00    $0.00

2.25

Audrey, Chan [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00    $0.00

2.26

Azure, Freeman [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00    $0.00

**2.27**

Bernice, Wilson [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.28**

Bonnie, Licameli [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.29**

Brad, Adelsky [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.30

Brady, Hirschhorn [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $0.00                $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.31

Brandon, Phillip [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $0.00                $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.32

Breanna, Miller [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $0.00                $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.33

Brian, Xicay Rodas [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.34

Brittany, Mercer [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.35

Bryant, Smith [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

**2.36**

Byron, Moreno [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                    $0.00

**2.37**

Carlton, Green [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                    $0.00

**2.38**

Celia, Ourahmoune [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                    $0.00

2.39

Chad, Dasilva [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.40

Charles, Ehret [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.41

Charles, Kan [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.42**

Christopher, Johnson [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:                $0.00                $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.43**

Christopher, Kinsey [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:                $0.00                $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.44**

Christopher, Schorfheide [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:                $0.00                $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.45

Christopher, Townsend [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.46

Christopher, Victorella [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.47

Corey, France [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.48

Craig, Jones Jr [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Wage Claim
**Is the claim subject to offset?**
☑ No
☐ Yes

2.49

Dame, Toure [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Wage Claim
**Is the claim subject to offset?**
☑ No
☐ Yes

2.50

Damir, Tokubayev [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Wage Claim
**Is the claim subject to offset?**
☑ No
☐ Yes

2.51

Daniel, Jean [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.52

Daniel, O'Brien [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.53

Daniela, Mangione [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.54

Danielle, Coleman [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.55

Danny, You [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.56

Dante, Snow [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.57

Darnell, Baker [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.58

Darren, Hirt [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.59

Darrin, Hui [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.60

Darwin, Castillo [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**           $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.61

Dashawn, Barlow [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**           $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.62

David, Ashurov [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**           $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.63**

David, Mathews [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

**2.64**

Davide, Costanzo [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

**2.65**

Davon, Christie [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.66

Demond, Carter [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.67

Denis, Wagner [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.68

Deniz, Bagriyanik [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.69

Diana, Beridzishvili [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.70

Djouher, Sadi Haddad [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.71

Dmytro, Shkuropatenko [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.72

Dominic, Minischetti [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

---

2.73

Dominique, Dilligard [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

---

2.74

Donn, Frye [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.75

Douglas, Lopez [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00          $0.00

2.76

Drivalda, Brecani [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00          $0.00

2.77

Eduard, Kogan [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00          $0.00

2.78

Edward, Barfield [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.79

Edward, Drabik [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.80

Edward, Reed [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.81

Edwin Yasmani, Tocto Pucha [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.82

Edwin, Rosa [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.83

Elaine, Wong [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.84

Eldar, Murselovic [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.85

Elene, Tchiladze [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.86

ELI, ZLITA [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.87

Elizabeth, Ola [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.88

Evgeniya, Veselkova [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.89

Fenescar, Cosmeus [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.90

Gabrielle, Butler [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:        $0.00              $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.91

Gabrielle, Politano [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:        $0.00              $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.92

Gary, Bennett [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:        $0.00              $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.93

George, Chukhua [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00                    $0.00

2.94

Gerald, Bray II [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00                    $0.00

2.95

Giorgi, Gulisashvili [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00                    $0.00

2.96

Gjule, Hysa [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                    $0.00

2.97

Gomattie, Shivsankar [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                    $0.00

2.98

Gregory, Rovansek [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                    $0.00

2.99

Hannah, Pregont [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.100

Hardeep, Singh [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.101

Heavenly, Paulling [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.102**

Hector, Corado [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:   $0.00   $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.103**

Hector, Hernandez [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:   $0.00   $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.104**

Hector, Mejia [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:   $0.00   $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.105**

Hinna, Zeeshan [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:     $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.106**

Hui Hong, Zheng [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:     $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.107**

Igor, Balburov [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:     $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.108

Isaiah, Santiago [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.109

Ismael, Santiago [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.110

Jaime, Sossa [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.111

Jaiyah, Haywood Braithwaite [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.112

Jaki, Azariaiev [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.113

James, Roberts [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.114

Jannete, Djemal [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.115

Janra, Rondon Gonzalez [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.116

Jaquelin, Flores [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.117

Jared, Arena [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00              $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.118

Jeanne, Ladias [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00              $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.119

Jeffrey, Comerford [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00              $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.120

Jeffrey, Mathews [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$0.00          $0.00

2.121

Jennifer, Quiroz [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$0.00          $0.00

2.122

Jennifer, Santiago [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$0.00          $0.00

**2.123**

Jeremy, Allcorn [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.124**

Jesus, Hernandez [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.125**

Joan Season, Barnett [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.126

Joanna, Barbaro [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.127

John, Bunka [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.128

John, Howells [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.129

John, Jungclaus Jr [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $0.00        $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.130

John, Prusakowski [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $0.00        $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.131

John, Winters [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $0.00        $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.132

Juan, Perdomo [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.133

Judy, Frankum [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.134

Juliana, Fuentes [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.135

Kamran, Muhammad [Address on File]
_____
**Date or dates debt was incurred**
_____
**Last 4 digits of account number**
_____
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Wage Claim
**Is the claim subject to offset?**
☑ No
☐ Yes

2.136

Kashing, Yeung [Address on File]
_____
**Date or dates debt was incurred**
_____
**Last 4 digits of account number**
_____
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Wage Claim
**Is the claim subject to offset?**
☑ No
☐ Yes

2.137

Katelyn, Sullivan [Address on File]
_____
**Date or dates debt was incurred**
_____
**Last 4 digits of account number**
_____
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Wage Claim
**Is the claim subject to offset?**
☑ No
☐ Yes

2.138

Katie, Bange [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.139

Kaydrene, Campbell [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.140

Kenneth, Strickland [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.141

Ketevan, Talakvadze [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.142

Ketevani, Sokhurashvili [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.143

Kevin, Sandoval [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.144

Kevonna, Venable [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.145

Kimberly, Ketcham [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.146

Kirstin, Currie [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.147

Kishan, Bhavsar [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00                    $0.00

2.148

Kristen, Johnson [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00                    $0.00

2.149

Kurt, Eddy [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00                    $0.00

2.150

Lali, Shekiladze [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.151

Lassane, Tiendrebeogo [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.152

LaToya, Johnson [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.153

Laurus, Sutton IV [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.154

Lawrence, Findley [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.155

Ledio, Vila [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.156**

Levan, Kharaishvili [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.157**

Lidia, Starshinova [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.158**

Lila, Ben Ouamer [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.159

Liliam, Navarro [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$0.00          $0.00

2.160

Luiggi, Newmann [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$0.00          $0.00

2.161

Maria, Ameri [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$0.00          $0.00

2.162

Mariami, Pruidze [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                    $0.00

2.163

Mariami, Tavkhelidze [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                    $0.00

2.164

Markus, Fyall [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                    $0.00

2.165

Marouane, Bennour [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.166

Marta, Nakani [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.167

Marvin, Hidalgo [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.168

Matthew, Musella [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.169

McCloud, Reynolds [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.170

MD JAHIRUL, HAQUE [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.171

Md, Islam [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.172

Meghan, Donnelly [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.173

Michael, Dunn [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.174

Michael, McKeon [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.175

Michael, Petruso [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.176

Michael, Rehfeld [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.177

Michael, Rogers [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.178

Michael, Smith [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.179

Micky, Huang [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.180

Mike, Salcedo [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                      $0.00                      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.181

Mina, Rajaeipour [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                      $0.00                      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.182

Mohamed, Abdul Wahab [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                      $0.00                      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.183**

Mohamed, Hassan [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.184**

Mohammed, Asif [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.185**

Momodou, Waggeh [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.186

Moses, Ganzfried [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.187

Muhammad, Kashif [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.188

Myra, Carter [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.189

Nandini, Doodnath [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.190

Natalie, Suede [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.191

Nathan, Bent [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.192

Natia, Aptsiauri [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:                $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.193

Nato, Nozadze [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:                $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.194

Nickson, Anthony [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:                $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.195

Nino, Gendzekhadze [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00              $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.196

Nino, Lezhava [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00              $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.197

Nino, Mosulishvili [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00              $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.198

Nino, Natsvlishvili [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.199

Nino, Tabagari [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.200

Oleg, Lobchenko [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.201

Perach, Elhananov [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.202

Peter, Grenier [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.203

Qi Qing, Lin [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.204

Rachel, Colo [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00          $0.00

---

2.205

Raisa, Rafailova [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00          $0.00

---

2.206

Ramanil, Aracena [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00          $0.00

2.207

Raymond, Rhoads [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.208

Reginald, Carter [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.209

Reza, Ghanbarinajafabad [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.210

Richard, Coleman [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00        $0.00

2.211

Richard, Maillaro [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00        $0.00

2.212

Richard, Russell [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00        $0.00

**2.213**

Robert, Barry [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.214**

Robert, DiLorenzo [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.215**

Robin, Kaplan [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.216**

Robin, Townsend [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.217**

Roman, Fylypiuk [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.218**

Rori, Sheeran [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.219

Ryland, Swartz [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Wage Claim
**Is the claim subject to offset?**
☑ No
☐ Yes

2.220

Sabino, Lobaton [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Wage Claim
**Is the claim subject to offset?**
☑ No
☐ Yes

2.221

Sabreen, Shahat [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Wage Claim
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.222**

Salman, Sufian [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:        $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.223**

Sama, Soliman [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:        $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.224**

Saman, Karimi [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:        $0.00                $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.225

Santiago, Di Santo [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.226

Saraphina, Boutros [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.227

Scotte, Ng [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.228

Segundo, Guanga Salinas [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                     $0.00

2.229

Seon, Gilmore [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                     $0.00

2.230

Shakirah, Yearwood [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00                     $0.00

2.231

Shane, Tapper [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.232

Shawn, Gibson [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.233

Sherry, Drakes [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.234**

Sophia, Saada [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00        $0.00

**2.235**

Sophiko, Burjaliani [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00        $0.00

**2.236**

Sophio, Gakhokia [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00        $0.00

2.237

Stephen, Bockhorn [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.238

Stephen, Sokolovsky [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.239

Steven, Frummerman [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.240

Svetlana, Tsyrenova [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.241

Tamar, Kirvalidze [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.242

Tamar, Tabatadze [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.243

Temitope, Odihili [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00      $0.00

2.244

Teona, Kopaleishvili [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00      $0.00

2.245

Tom, Patterson [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00      $0.00

2.246

Umair, Azhar [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.247

Vanessa, OBrien [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.248

Vasilii, Shpilchin [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

2.249

Vera, Novik [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.250

Victor, Orozco [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.251

VINCENT, MA [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.252

Wellington, Chen [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.253

Wildane, Benjamin [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.254

Wilmer, Guanga Salinas [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.255

Xing Yu, Situ [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.256

Yekaterina, Yun [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.257

Yerkebulan, Shakirbekov [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $0.00    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.258**

Yuliya, Barysevich [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00          $0.00

**2.259**

Yurii, Veselov [Address on File]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00          $0.00

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

1 Stop Electronics Center, Inc. 1870 Bath Avenue Brooklyn NY 11214

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$237,328,754.09

**3.2**

Appliance Gallery 1870 Bath Avenue Brooklyn NY 11214

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,511,558.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.3**

Brian Gossett c/o Glancy Prongay & Murray LLP Attn: Benjamin Isaac
Sachs-Michaels 745 Fifth Avenue, 5th Floor New York NY 10151

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.4**

James Dong Jr. c/o Gainey, McKenna & Eagleston Attn: Thomas J.
McKenna 501 Fifth Ave., 19th Floor New York NY 10017

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.5**

Medova

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $123,972.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.6**

Mei Ling Wong c/o The Brown Law Firm, P.C. Attn: Timothy William Brown 767 Third Avenue, Suite 2501 New York NY 10017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

**3.7**

Ryan Maschhoff c/o The Rosen Law Firm Attn: Gonen Haklay, Jacob A. Goldberg 101 Greenwood Avenue, Suite 440 Jenkintown PA 19046

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

**3.8**

Ryan Maschhoff c/o The Rosen Law Firm Attn: Phillip Kim 275 Madison Avenue, 40th Floor New York NY 10016

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

**3.9**

Three Zero Two-M Franklin Township, LLC c/o Greembaum, Rowe, Smith & Davis, LLP Attn: Luke J. Kealy 99 Wood Avenue South Iselin NJ 08830

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

3.10

West Loop

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15,570.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.11

YF Logistics LLC 400 Cabot Drive Hamilton NJ 08691

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $336,006.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $0.00 |
| **5b. Total claims from Part 2** | 5b. | $239,315,860.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $239,315,860.31 |

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Auto | American Casualty Co of Reading PA 151 N. Franklin Chicago IL |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Property & Crime | The Continental Ins Co 151 N. Franklin Chicago IL |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement Dated July 1, 2021, as amended | Peaceman Capital LLC 10 Keri Lane Spring Valley NY |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Financing Services Agreement dated October 7, 2022, as amended | Citizens Bank, N.A. Attn: General Counsel One Citizens Plaza Providence RI |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Cyber Liability | Lloyds of London One Lime Street London |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Data room Contract | Smart Room c/o BMC Group |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Directors and Officers - $5M Primary | XL Specialty Insurance Company 100 Constitution Plaza, 17th Floor Hartford CT |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Directors and Officers - Excess $5M xs $10M | Capitol Specialty Ins Corp Attn: Claims Dept. 1600 Aspen Commons, Suite 300 Middleton WI |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Directors and Officers - Excess $5M xs $5M | Allied World Specialty Ins Co Attn: Claims Dept. 1690 New Britain Ave., Suite 101 Farmington CT |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Directors and Officers - Excess Side A $5M xs $20M | Westchester Fire Ins Co Attn: Professional Liability Dept. Royal Centre Two 11575 Great Oaks Way, Suite 200 Alpharetta GA |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Directors and Officers - Excess Side A $5M xs $25M | Atlantic Specialty Ins Co One Beacon Lane Canton MA |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Directors and Officers - Excess Side A; $5M xs $15M | Axis Insurance Company 233 South Wacker Dr., Suite 3510 Chicago IL |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Disability Insurance | Shelter Point Life Insurance Co. PO Box 22072 Great Neck NY |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Employment Practices Liability | AXIS Insurance Company 233 South Wacker Dr., Suite 3510 Chicago IL |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | General Liability | National Fire Ins Co of Hartford c/o CNA Paramount 5565 Genridge Connector NE Glenridge Highlands Atlanta GA |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.16 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease (3817 Millstone Parkway St. Charles, MO 63301)

Westgate 200, LLC 7733 Forsyth Blvd., Ste. 1525 St. Louis MO

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.17 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease 13850 Manchester Rd, Ballwin, MO 63011)

SHJ LLC 120 S. Central Ave. Suite 1800 St. Louis MO

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.18 **State what the contract or lease is for and the nature of the debtor's interest**

Transportation Services Agreement

AM Logistics Attn: Martin Davis 130 Docks Corner Road Dayton NJ

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.19 **State what the contract or lease is for and the nature of the debtor's interest**

Umbrella

The Continental Ins Co 151 N. Franklin Chicago IL

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.20 **State what the contract or lease is for and the nature of the debtor's interest**

Workers Compensation

Valley Forge Ins Co 151 N. Franklin Chicago IL

**State the term remaining**    Unknown

**List the contract number of any government contract**

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

 Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 <br> 1 Stop Electronics Center, Inc. | 1870 Bath Avenue, Brooklyn, NY 11214 | Bank of America, N.A., as Agent | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 <br> ACI Inc. | 1870 Bath Avenue, Brooklyn, NY 11214 | Bank of America, N.A., as Agent | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 <br> Appliance Gallery | 1870 Bath Avenue, Brooklyn, NY 11214 | Bank of America, N.A., as Agent | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 <br> Gold Coast Appliances, Inc. | 1870 Bath Avenue, Brooklyn, NY 11214 | Bank of America, N.A., as Agent | ☑ D <br> ☐ E/F <br> ☐ G |

2.5
Joe's Appliances LLC       7812 5th Ave, Brooklyn, NY 11209       Bank of America, N.A., as Agent       ☑ D
     ☐ E/F
     ☐ G

2.6
Superior Deals Inc.       1870 Bath Avenue, Brooklyn, NY 11214       Bank of America, N.A., as Agent       ☑ D
     ☐ E/F
     ☐ G

2.7
YF Logistics LLC       400 Cabot Drive, Hamilton, NJ 08691       Bank of America, N.A., as Agent       ☑ D
     ☐ E/F
     ☐ G

2.8
ACI Inc.       1870 Bath Avenue, Brooklyn, NY 11214       Northpoint Commercial Finance LLC       ☑ D
     ☐ E/F
     ☐ G

**Fill in this information to identify the case:**

Debtor name: Polished.com Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-xxxx1

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 03/07/2024 | /s/ J. E. Bunka |
| Executed on | Signature of individual signing on behalf of debtor |
| | J. E. Bunka |
| | Printed name |
| | Interim Chief Executive Officer |
| | Position or relationship to debtor |