| Fill in this information to identify the case: |
|---|
| Debtor name: Polished.com Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 24-xxxx1 |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2024 | to Filing Date | ☑ Operating a business<br>☐ Other | $0.00 |
| **For prior year:** | From 1/1/2023 | to 12/31/2023 | ☑ Operating a business<br>☐ Other | $660,330.13 |
| **For the year before that:** | From 1/1/2022 | to 12/31/2022 | ☑ Operating a business<br>☐ Other | $4,568,619.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2024 | to Filing Date | | $0.00 |
| **For prior year:** | From 1/1/2023 | to 12/31/2023 | Interest Income ($16,701), Misc. Income ($231,758) | $248,459.01 |
| **For the year before that:** | From 1/1/2022 | to 12/31/2022 | Interest Income ($48,637), Gain on Interest Rate Swap ($3,177,764) | $3,226,401.00 |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 See SOFA 3 Attachment | | $1,688,213.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 See SOFA 4 Attachment<br><br>Relationship to debtor | | $981,841.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | <br>Last 4 digits of account number | | |

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1** **Name** Gossett v. Moore, et al. **Case number** 1:23-cv-1168 | Securities | **Name** U.S. District Court Eastern District of New York (Brooklyn) **Street** 225 Cadman Plaza E **City** Brooklyn **State** NY **Zip** 11201 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.2** **Name** James Dong, Jr, derivatively on behalf of v. Polished.com **Case number** 528769/2023 | Shareholder Derivative Action | **Name** Supreme Court of the State of New York, Kings County **Street** 360 Adams St #4 **City** Brooklyn **State** NY **Zip** 11201 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.3** **Name** Maschhoff v. Polished.com Inc., et al. **Case number** 1:22-cv-06606 | Securities Class Action | **Name** U.S. District Court Eastern District of New York (Brooklyn) **Street** 225 Cadman Plaza E **City** Brooklyn **State** NY **Zip** 11201 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.4** **Name** Polished.com v. Fouerti **Case number** 505260/2024 | Civil Action | **Name** Supreme Court of the State of New York **Street** 360 Adams St #4 **City** Brooklyn **State** NY **Zip** 11201 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.5** **Name** Polished.com v. Irmiyayev, et al. **Case number** MON-L-002942-24 | Civil Action | **Name** New Jersey Superior Court (Monmouth County) **Street** 71 Monument St, **City** Freehold **State** NJ **Zip** 07728 | ☑ Pending ☐ On appeal ☐ Concluded |

**7.6**

**Name**
Polished.com v. Naoulo

**Case number**
505712/2023

Civil Action

Name
Supreme Court of the State of New York

Street
360 Adams St #4

City: Brooklyn    State: NY    Zip: 11201

☑ Pending
☐ On appeal
☐ Concluded

**7.7**

**Name**
SEC Investigation

**Case number**

SEC Investigation

Name

Street

City    State    Zip

☑ Pending
☐ On appeal
☐ Concluded

**7.8**

**Name**
Three Zero Two-M-Franklin Township, L.L.C. v. Brook Warehousing Corp. t/a Brook Warehousing Systems v. Polished.com f/k/a 1847 Goedeker Inc. and YF Logistics, LLC

**Case number**
Mid-L-5788-23

Dispute re return of Security Deposit

Name
Superior Court of New Jersey, Middlesex County

Street
Middlesex County Courthouse 56 Paterson Street New Brunswick, NJ 08903-0964

City: New Brunswick    State: NJ    Zip: 08903-0964

☑ Pending
☐ On appeal
☐ Concluded

**7.9**

**Name**
Wong v. Moore et al.

**Case number**
1:23-cv-00559

Securities

Name
U.S. District Court
Eastern District of New York (Brooklyn)

Street
225 Cadman Plaza E

City: Brooklyn    State: NY    Zip: 11201

☑ Pending
☐ On appeal
☐ Concluded

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|

**8.1**

Custodian's name and address

Street

City    State    Zip

Case title

Case number

Date of order or assignment

Court name and address
Name

Street

City    State    Zip

### Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 <br> Recipient's name <br><br> Street <br><br> City    State    Zip <br><br> **Recipient's relationship to debtor** | | | |

### Part 5: Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 <br> Breaking and entering - theft from three trailers containing A/C units | None | 9/1/2023 | Unknown |
| 10.2 <br> Employee theft of goods shipped to Amazon.com | $550,000.00 | 7/2021 - 8/2023 | $5,513,636.00 plus unliquidated amounts |

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 <br><br> **Email or website address** <br><br> **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

12.1

Trustee

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1

Relationship to debtor

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|

14.1

Street: 13850 Manchester Rd.
From: 4/5/2019
to: 9/1/2021

City: Ballwin    State: MO    Zip: 63011

# Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
☐ diagnosing or treating injury, deformity, or disease, or
☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1

Street

City     State    Zip

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider

**How are records kept?**
Check all that apply:
☐ Electronically
☐ Paper

# Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?
   ☒ No. Go to Part 10.
   ☐ Yes. Fill in below:

**Name of plan**                              **Employer identification number of the plan**

Has the plan been terminated?
☐ No
☐ Yes

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.1
Name: M&T Bank
Street: 850 Main Street
City: Bridgeport   State: CT   Zip: 06604

7812

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

11/2023

$0.00

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

19.1
Name:
Street:
City:    State:    Zip:

Address:

☐ No
☐ Yes

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20.1
Name: Epiq eDiscovery Solutions, Inc.
Street: 777 3rd Ave. 12th Floor
City: New York   State: NY   Zip: 10017

Caitlyn Campbell
Address:
c/o McDermott, Will, & Emery LLP
200 Clarendon Street
Floor 58
Boston, MA 02116-5021

Emails

☐ No
☑ Yes

| 20.2 | Name | Debtors | Office 365 Emails and documents | ☐ No |
|---|---|---|---|---|
| | Microsoft | Address | | ☑ Yes |
| | Street | 1870 Bath Avenue | | |
| | One Microsoft Way | Brooklyn, NY 11214 | | |
| | City: Redmond   State: WA   Zip: 98052 | | | |

## Part 11: Property the Debtor Holds or Controls that the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

## Part 12: Details About Environmental Information

**For the purpose of Part 12, the following definitions apply:**
- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 Case Number | Name / Street / City, State, Zip | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 Name / Street / City, State, Zip | Name / Street / City, State, Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 Name / Street / City / State / Zip | Name / Street / City / State / Zip | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1<br>Appliances Connection Inc.<br>1870 Bath Avenue<br>Brooklyn, NY 11214 | Holding company | EIN  86-2958366<br>**Dates business existed**<br>From 10/20/2020  to Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1<br>Chris Townsend<br>1870 Bath Avenue<br>Brooklyn, NY 11214 | From 12/2022  to Present |
| 26a.2<br>Maria Johnson<br>1870 Bath Avenue<br>Brooklyn, NY 11214 | From 7/2021  to 10/2022 |
| 26a.3<br>Robert D. Barry<br>1870 Bath Avenue<br>Brooklyn, NY 11214 | From 10/2022  to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| **26b.1** Marcum LLP<br>730 3rd Avenue<br>11th Floor<br>New York, NY 10017 | From<br>7/6/2021 | to<br>12/20/2022 |
| **26b.2** Sadler, Gibb & Associates, LLC<br>344 W 13800 S<br>Draper, UT 84020 | From<br>12/26/2022 | to<br>Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1** Chris Townsend<br>1870 Bath Avenue<br>Brooklyn, NY 11214 | |
| **26c.2** Robert D. Barry<br>1870 Bath Avenue<br>Brooklyn, NY 11214 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

**26d.1**

Polished.com Inc. is a publicly traded company and all financials are publicly available through the Securities and Exchange Commission website at www.sec.gov.

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| **28.1** Clark R. Crosnoe<br>5327 Wenonah Drive<br>Dallas, TX 75209 | Director | 0.61% |
| **28.2** Edward J. Tobin<br>17 Rue Beautreillis<br>Paris, 4E ARR. 75004<br>France | Director | 0.93% |
| **28.3** Ellery W. Roberts<br>17025 NW 20th Street<br>Pembroke Pines, FL 33028 | Executive Chairman of Board of Directors | 0.38% |
| **28.4** Ellette A. Anderson<br>1260 Spruce Place<br>Mound, MN 55364 | Director | 0.02% |
| **28.5** G. Allan Shaw<br>19120 Peninsula Club Dr.<br>Cornelius, NC 28031 | Director | 0.03% |
| **28.6** Glyn C. Milburn<br>15160 Burbank Blvd<br>Apt. 104<br>Sherman Oaks, CA 91411 | Director | 0.03% |
| **28.7** Houman Akhavan<br>13600 Maringa Pointe Dr.<br>Unit 906<br>Marina Del Ray, CA 90292 | Director | 0.20% |

| 28.8 | | | |
|---|---|---|---|
| | J.E. "Rick" Bunka<br>1870 Bath Avenue<br>Brooklyn, NY 11214 | Interim CEO | 0.00% |

| 28.9 | | | |
|---|---|---|---|
| | James M. Schneider<br>600 Congress Ave.<br>Suite #500<br>Austin, TX 78701 | Director | 0.16% |

| 28.10 | | | |
|---|---|---|---|
| | Lyle Bauck<br>1700 Broadway, 19th Floor<br>New York, NY 10019 | Chief Transition Officer | 0.00% |

| 28.11 | | | |
|---|---|---|---|
| | Robert D. Barry<br>1870 Bath Avenue<br>Brooklyn, NY 11214 | Interim CFO and Secretary | 0.07% |

| 28.12 | | | |
|---|---|---|---|
| | Troy Dias<br>511 E 26th St<br>Houston, TX 77008 | Shareholder | 11.85% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| **Name and Address** | **Position and nature of any interest** | **Period during which position or interest was held** | |
|---|---|---|---|

| 29.1 | | | | |
|---|---|---|---|---|
| | Alan P. Shor<br>2828 Hood St<br>#1701<br>Dallas, TX 75219 | Director | From<br>1/2023 | to<br>1/2024 |

| 29.2 | | | | |
|---|---|---|---|---|
| | Jody Rusnek<br>[Address on File] | Former Chief Marketing Officer | From<br>11/2022 | to<br>11/2023 |

| 29.3 | | | | |
|---|---|---|---|---|
| | Robert Gorin<br>Getezler Henrich<br>295 Madison Ave<br>20th Floor<br>New York, NY 10017 | Former Chief Transition Officer | From<br>7/25/2023 | to<br>11/28/2023 |

29.4

The Vanguard Group
100 Vanguard Blvd
Malvern, PA 19355

Former Shareholder with > 5% Interest

From 12/30/2022

to 12/29/2023

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1

See SOFA 4

**Relationship To Debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

31.1

Polished.com Inc.    EIN    83-3713938

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

32.1

EIN

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| Bank of America, N.A. | 1 Financial Plaza Mailstop RI1-102-09-01 | | | Providence | RI | 02903 | Lender Charges | 12/31/2023 | $13,018.74 |
| Bank of America, N.A. | 1 Financial Plaza Mailstop RI1-102-09-01 | | | Providence | RI | 02903 | Lender Interest | 12/31/2023 | $421,862.10 |
| Bank of America, N.A. | 1 Financial Plaza Mailstop RI1-102-09-01 | | | Providence | RI | 02903 | Lender Principle | 12/31/2023 | $937,500.00 |
| Bank of America, N.A. | 1 Financial Plaza Mailstop RI1-102-09-01 | | | Providence | RI | 02903 | Lender Fees | 12/31/2023 | $6,319.44 |
| Bank of America, N.A. | 1 Financial Plaza Mailstop RI1-102-09-01 | | | Providence | RI | 02903 | Lender Fees | 12/31/2023 | $21,875.00 |
| Bank of America, N.A. | 1 Financial Plaza Mailstop RI1-102-09-01 | | | Providence | RI | 02903 | Lender Interest | 12/31/2023 | $132,877.55 |
| **Bank of America, N.A. Total** | | | | | | | | | **$1,533,452.83** |
| Cigna | PO Box 644546 | | | Pittsburgh | PA | 15264-4546 | Vendor | 3/4/2024 | $131,105.00 |
| **Cigna Total** | | | | | | | | | **$131,105.00** |
| GA Department of Revenue - Tax Payment | Attn: Compliance Division - Central Collection Section | 1800 Century Blvd NE | Suite 9100 | Atlanta | GA | 30345-3202 | Government Taxes and Fees | 2/20/2024 | $10,100.01 |
| **GA Department of Revenue - Tax Payment Total** | | | | | | | | | **$10,100.01** |
| People Center | | | | | | | Vendor | 12/31/2023 | $506.24 |
| People Center | | | | | | | Vendor | 12/31/2023 | $13,049.22 |
| **People Center Total** | | | | | | | | | **$13,555.46** |
| **Grand Total** | | | | | | | | | **$1,688,213.30** |

In re: Polished.com Inc.                                                                                           Page 1 of 1

**SOFA 4 ATTACHMENT**
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1847 Partners, LLC | 590 Madison Ave | New York | NY | 10022 | | Affiliate of Director | Management Services Agreement fees | 6/29/2023 | $62,500.00 |
| 1847 Partners, LLC | 590 Madison Ave | New York | NY | 10022 | | Affiliate of Director | Management Services Agreement fees | 3/31/2023 | $62,500.00 |
| **1847 Partners, LLC Total** | | | | | | | | | **$125,000.00** |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 1/19/2024 | $3,708.33 |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 12/21/2023 | $3,958.33 |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 11/21/2023 | $3,958.33 |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 10/27/2023 | $3,958.33 |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 9/21/2023 | $3,958.33 |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 8/21/2023 | $3,958.33 |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 7/19/2023 | $3,958.33 |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 6/22/2023 | $3,958.33 |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 5/19/2023 | $3,958.33 |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 4/21/2023 | $3,958.33 |
| Alan P. Shor | 2828 Hood St #1701 | Dallas | TX | 75219 | | Former Director | Board of Directors compensation | 3/20/2023 | $3,958.33 |
| **Alan P. Shor Total** | | | | | | | | | **$43,291.63** |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 2/22/2024 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 1/19/2024 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 12/21/2023 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 11/21/2023 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 10/27/2023 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 9/21/2023 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 8/21/2023 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 7/19/2023 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 6/22/2023 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 5/19/2023 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 4/21/2023 | $4,541.67 |
| Clark R. Crosnoe | 5327 Wenonah Drive | Dallas | TX | 75209 | | Director | Board of Directors compensation | 3/20/2023 | $4,541.67 |
| **Clark R. Crosnoe Total** | | | | | | | | | **$54,500.04** |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 2/22/2024 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 1/19/2024 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 12/21/2023 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 11/21/2023 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 10/27/2023 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 9/21/2023 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 8/21/2023 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 7/19/2023 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 6/22/2023 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 5/19/2023 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 4/21/2023 | $3,333.33 |
| Edward J. Tobin | 17 Rue Beautreillis | Paris | | 75004 | France | Director | Board of Directors compensation | 3/20/2023 | $3,333.33 |
| **Edward J. Tobin Total** | | | | | | | | | **$39,999.96** |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 2/22/2024 | $7,500.00 |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 1/19/2024 | $7,500.00 |

**SOFA 4 ATTACHMENT**
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 12/21/2023 | $7,500.00 |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 11/21/2023 | $7,500.00 |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 10/27/2023 | $7,500.00 |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 9/21/2023 | $7,500.00 |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 8/21/2023 | $7,500.00 |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 7/19/2023 | $7,500.00 |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 6/22/2023 | $7,500.00 |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 5/19/2023 | $7,500.00 |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 4/21/2023 | $7,500.00 |
| Ellery W. Roberts | 17025 NW 20th Street | Pembroke Pines | FL | 33028 | | Director | Executive Chairman of Board of Directors compensation | 3/20/2023 | $7,500.00 |
| **Ellery W. Roberts Total** | | | | | | | | | **$90,000.00** |
| | | | | | | | | | |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 2/22/2024 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 1/19/2024 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 12/21/2023 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 11/21/2023 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 10/27/2023 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 9/21/2023 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 8/21/2023 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 7/19/2023 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 6/22/2023 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 5/19/2023 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 4/21/2023 | $3,958.33 |
| Ellette A. Anderson | 1260 Spruce Place | Mound | MN | 55364 | | Director | Board of Directors compensation | 3/20/2023 | $3,958.33 |
| **Ellette A. Anderson Total** | | | | | | | | | **$47,499.96** |
| | | | | | | | | | |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 2/22/2024 | $4,916.67 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 1/19/2024 | $4,916.67 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 12/21/2023 | $4,083.33 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 11/21/2023 | $4,083.33 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 10/27/2023 | $4,083.33 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 9/21/2023 | $4,083.33 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 8/21/2023 | $4,083.33 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 7/19/2023 | $4,083.33 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 6/22/2023 | $4,083.33 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 5/19/2023 | $4,083.33 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 4/21/2023 | $4,083.33 |
| G. Allan Shaw | 19120 Peninsula Club Dr. | Cornelius | NC | 28031 | | Director | Board of Directors compensation | 3/20/2023 | $4,083.33 |
| **G. Allan Shaw Total** | | | | | | | | | **$50,666.64** |
| | | | | | | | | | |
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 1/19/2024 | $4,250.00 |

**SOFA 4 ATTACHMENT**
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 12/21/2023 | $4,250.00 |
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 11/21/2023 | $4,250.00 |
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 10/27/2023 | $4,250.00 |
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 9/21/2023 | $4,250.00 |
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 8/21/2023 | $4,250.00 |
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 7/19/2023 | $4,250.00 |
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 6/22/2023 | $4,250.00 |
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 5/19/2023 | $4,250.00 |
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 4/21/2023 | $4,250.00 |
| Glyn Milburn | 15160 Burbank Blvd, Apt. 104 | Sherman Oaks | CA | 91411 | | Director | Board of Directors compensation | 3/20/2023 | $4,250.00 |
| **Glyn Milburn Total** | | | | | | | | | **$46,750.00** |
| | | | | | | | | | |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 2/22/2024 | $3,958.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 1/19/2024 | $3,958.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 12/21/2023 | $3,333.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 11/21/2023 | $3,333.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 10/27/2023 | $3,333.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 9/21/2023 | $3,333.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 8/21/2023 | $3,333.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 7/19/2023 | $3,333.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 6/22/2023 | $3,333.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 5/19/2023 | $3,333.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 4/21/2023 | $3,333.33 |
| Houman Akhavan | 13600 Maringa Pointe Dr., Unit 906 | Marina Del Ray | CA | 90292 | | Director | Board of Directors compensation | 3/20/2023 | $3,333.33 |
| **Houman Akhavan Total** | | | | | | | | | **$41,249.96** |
| | | | | | | | | | |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 2/22/2024 | $4,666.67 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 1/19/2024 | $4,666.67 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 12/21/2023 | $4,666.67 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 11/21/2023 | $3,833.33 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 10/27/2023 | $3,833.33 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 9/21/2023 | $3,833.33 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 8/21/2023 | $3,833.33 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 7/19/2023 | $3,833.33 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 6/22/2023 | $3,833.33 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 5/19/2023 | $3,833.33 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 4/21/2023 | $3,833.33 |
| James Schneider | 600 Congress Ave., Suite 500 | Austin | TX | 78701 | | Director | Board of Directors compensation | 3/20/2023 | $3,833.33 |
| **James Schneider Total** | | | | | | | | | **$48,499.98** |
| | | | | | | | | | |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 2/20/2024 | $2,488.74 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 2/20/2024 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 2/6/2024 | $2,488.74 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 2/6/2024 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 1/23/2024 | $2,573.77 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 1/23/2024 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 1/9/2024 | $1,663.72 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 1/9/2024 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 12/26/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 12/19/2023 | $1,989.54 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 12/12/2023 | $3,276.60 |

**SOFA 4 ATTACHMENT**
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 12/12/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 11/28/2023 | $1,885.15 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 11/28/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 11/14/2023 | $2,986.83 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 11/14/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 10/31/2023 | $3,477.93 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 10/31/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 10/17/2023 | $1,607.36 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 10/17/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 10/3/2023 | $4,250.55 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 10/3/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 9/19/2023 | $1,403.86 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 9/19/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 9/5/2023 | $1,634.73 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 9/5/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 8/22/2023 | $3,156.86 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 8/22/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 8/8/2023 | $3,781.56 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 8/8/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 7/25/2023 | $3,071.84 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 7/25/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 7/11/2023 | $2,047.84 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 7/11/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 6/27/2023 | $3,662.66 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 6/27/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 6/13/2023 | $5,416.88 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 6/13/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 5/30/2023 | $1,991.34 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 5/30/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 5/16/2023 | $2,561.54 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 5/16/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 5/2/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 4/18/2023 | $3,716.51 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 4/18/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 4/4/2023 | $3,109.13 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 4/4/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 3/21/2023 | $3,411.59 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 3/21/2023 | $12,500.00 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Expense Reimbursement | 3/7/2023 | $1,728.35 |
| Robert D. Barry | 1870 Bath Avenue | Brooklyn | NY | 11214 | | Interim CFO and Secretary | Salary | 3/7/2023 | $12,500.00 |
| **Robert D. Barry Total** | | | | | | | | | **$394,383.62** |
| **TOTAL** | | | | | | | | | **$981,841.79** |

**Fill in this information to identify the case:**

**Debtor name:** Polished.com Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number:** 24-xxxx1

☐ **Check if this is an amended filing**

---

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
03/07/2024

| | |
|---|---|
| /s/ J. E. Bunka | J. E. Bunka |
| Signature of individual signing on behalf of debtor | Printed name |

Interim Chief Executive Officer
Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No
☐ Yes