**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| POLISHED.COM INC.,[1] | ) | Case No. 24-10353 (TMH) |
|  | ) |  |
| Debtor. | ) | (Joint Administration Requested) |
|  | ) |  |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE

The undersigned counsel hereby certifies that:

1.      Attached hereto as **Exhibit A** is an order (the "Omnibus Hearing Order") that states with specificity the time and date of the omnibus hearing presently scheduled, subject to Court approval.

2.      George L. Miller, Chapter 7 Trustee to the estates of the above-captioned debtors (the "Debtors") hereby requests the Court to enter the Omnibus Hearing Order.

3.      Notice of this Certification of Counsel and the enclosed Omnibus Hearing Order will be provided to: (i) the Office of the United States Trustee for the District of Delaware; and (ii) those parties that requested service and notice of papers in accordance with Fed. R. Bankr. P. 2002.

*[Remainder of page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

Dated:  April 3, 2024

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*

Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
        crobinson@pszjlaw.com
        pkeane@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

## **EXHIBIT A**

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| POLISHED.COM INC.,[1] | ) | Case No. 24-10353 (TMH) |
|  | ) |  |
| Debtor. | ) | (Joint Administration Requested) |
|  | ) |  |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| May 7, 2024 | (Omnibus Hearing)<br>10:00 a.m.(Prevailing Eastern Time)<br><br>5th Floor, Courtroom No. 4 |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).