IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| POLISHED.COM INC.,[1] | ) | Case No. 24-10353 (TMH) |
|  | ) |  |
| Debtor. | ) | (Joint Administration Requested) |
|  | ) |  |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| May 7, 2024 | (Omnibus Hearing)<br>10:00 a.m. (Prevailing Eastern Time)<br><br>5th Floor, Courtroom No. 4 |

**Dated: April 3rd, 2024**
**Wilmington, Delaware**

THOMAS M. HORAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

4862-0817-1699.1 57099.00001