**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| POLISHED.COM INC., et al., [1] | ) | Case No. 24-10353 (TMH) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Hearing date:  May 7, 2024 @ 10:00 a.m. ET** |
| _____ | ) | **Objection deadline:  April 29, 2024 @ 4:00 p.m. ET** |

**NOTICE OF LANDLORD'S MOTION TO COMPEL TRUSTEE TO COMPLY WITH SECTION 365(d)(3) OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, TO COMPEL THE TRUSTEE TO REJECT AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**

**PLEASE TAKE NOTICE** that on April 22, 2024, Westgate 200 LLC (the "Landlord"), filed the *Motion to Compel Trustee to Comply with Section 365(d)(3) of the Bankruptcy Code or, in the Alternative, to Compel the Trustee to Reject an Unexpired Lease of Non-Residential Real Property* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion is scheduled **May 7, 2024 at 10:00 a.m. (ET)** (the "Hearing") before the Honorable Thomas M. Horan, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be submitted **on or before April 29, 2024 at 4:00 p.m. (ET)**.  Only properly and timely submitted responses will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629);Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

Dated: April 22, 2024
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Email: GTaylor@ashbygeddes.com

-and-

**THOMPSON COBURN LLP**
David A. Warfield, Esq.
One US Bank Plaza
St. Louis, MO 63101
Tel: (314) 552-6079
Email: dwarfield@thompsoncoburn.com

*Counsel to Westgate 200 LLC*