# **Exhibit B**



One US Bank Plaza
St. Louis, MO 63101

314 552 6000 main
314 552 7000 fax
thompsoncoburn.com

**David A. Warfield**
314 552 6079 direct
dwarfield@thompsoncoburn.com

April 10, 2024

Bradford J. Sandler, Esq. bsandler@pszjlaw.com
Colin R. Robinson, Esq. crobinson@pszjlaw.com
Peter J. Keane, Esq. pkeane@pszjlaw.com
Edward A. Corma, Esq. ecorma@pszjlaw.com
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

Re:    In re Polished.Com, Inc. Case No. 24-10353 (TMH) (the "Bankruptcy Case") and the Lease Agreement with 1847 Goedeker Inc., n/k/a Polished.Com Inc. ("Debtor") dated January 13, 2021 (as the same has been amended from time to time, the "Lease")

Counsel:

This Firm represents Westgate 200, LLC (the "Landlord") in connection with the Lease of West Gate 200 – Fountain Lakes Commerce Center, located at 3817 – 1833 Millstone Parkway, St. Charles, Missouri 63301 (the "Premises").

I have previously contacted the Trustee and his counsel on multiple occasions regarding the Trustee's obligations under 11 U.S.C. §365(d)(3) (A), and I made a proposal to address those obligations on a consensual basis. However, I have heard nothing.

Therefore, please be advised that the Trustee is in default in the performance of his obligations under 11 U.S.C. §365(d)(3) (A) pertaining to the Lease because of the Trustee's failure to remit to Landlord the April 2024 rent and expense payment, which was due on April 1, 2024 and is delinquent as of April 8, 2024. The April obligations, which are immediately due and payable, are as follows:

| | |
|---|---|
| Base Rent | $33,056.33 |
| CAM | $3,050.00 |
| INS. | $1,500.00 |
| Tax | $5,970.00 |
| | $43,576.33 |

Please be advised that if the aforesaid amount is not paid within seven days of the date of this letter, the Landlord will pursue all legal remedies available to it.

Furthermore, the Landlord does not waive its rights to claim that portion of the March 2024 rent and related expenses arising after the date the Debtor commenced its bankruptcy case. In that regard, you should be aware that there is still considerable estate property in the Premises.

32322637

April 10, 2024
Page 2

**FOR THE AVOIDANCE OF ANY DOUBT, THE LANDLORD DOES NOT NOW SEEK PAYMENT OF ANY AMOUNTS FROM THE DEBTOR ARISING BEFORE THE FILING OF THE BANKRUPTCY CASE ON MARCH 7, 2024.**

Very truly yours,

Thompson Coburn LLP

By _/s/ David A. Warfield_
David A. Warfield
Partner

DAW/lam

cc:  Bradford J. Sandler, Esq. (via first class mail)
     Colin R. Robinson, Esq. (via first class mail)
     Peter J. Keane, Esq. (via first class mail)
     Edward A. Corma, Esq. (via first class mail)

32322637