IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| POLISHED.COM INC. et al.,[1] | ) | Case No. 24-10353 (TMH) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | Related Docket No. ___ |

**ORDER GRANTING LANDLORD'S MOTION TO COMPEL TRUSTEE TO COMPLY WITH SECTION 365(d)(3) OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, TO COMPEL THE TRUSTEE TO REJECT AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**

Upon consideration of the *Motion to Compel Trustee to Comply with Section 365(d)(3) of the Bankruptcy Code or, in the Alternative, to Compel the Trustee to Reject an Unexpired Lease of Non-Residential Real Property* (the "Motion") filed by Westgate 200 LLC ("Landlord")[2]; and this Court having jurisdiction over this Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629);Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

[2] Capitalized terms not otherwise defined herein shall have the meaning given to such terms in the Motion.

Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Trustee shall immediately pay to Landlord all Rent Installments due under the Lease for the months of April and May 2024.

3. Until such time that an order of the Court is entered assuming or rejecting the Lease, the Trustee shall timely pay all Rent Installments under the Lease pursuant to the Debtor's obligations set forth in Bankruptcy Code section 365(d)(3).

4. This Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation, and enforcement of this Order.