# **CERTIFICATE OF SERVICE**

I, Gregory A. Taylor, hereby certify that, on April 22, 2024, I caused one copy of the *Motion to Compel Trustee to Comply with Section 365(d)(3) of the Bankruptcy Code or, in the Alternative, to Compel the Trustee to Reject an Unexpired Lease of Non-Residential Real Property* to be served upon (i) all parties of record via CM/ECF and (ii) the parties listed below via electronic mail.

| |
|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Bradford J. Sandler<br>Colin R. Robinson<br>Peter J. Keane<br>Edward A. Corma<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |

Dated: April 22, 2024              */s/ Gregory A. Taylor*
                Gregory A. Taylor (DE Bar No. 4008)

{02009021;v1 }