**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> YF LOGISTICS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-10361 (TMH) <br><br> **Related Docket No. \_\_\_\_\_** |
| In re: <br><br> POLISHED.COM INC., et al., <br><br> Debtors.¹ | Chapter 7 <br><br> Case No. 24-10353 (TMH) <br><br> **Related Docket No. \_\_\_\_\_** |

**ORDER SHORTENING NOTICE AND EXPEDITING HEARING ON DYNAMIC MARKETING INC.'S EMERGENCY MOTION TO COMPEL THE CHAPTER 7 TRUSTEE TO IMMEDIATELY SURRENDER THE PREMISES OR ALTERNATIVELY, PAY THE FULL AMOUNT OF ANY HOLDOVER RENT**

Upon the motion (the "Motion to Shorten")² of Dynamic Marketing Inc. ("DMI") to shorten notice and schedule an expedited hearing on *Dynamic Marketing Inc.'s Emergency Motion to Compel the Chapter 7 Trustee to Immediately Surrender the Premises or Alternatively, Pay the Full Amount of Any Holdover Rent* (the "Motion to Compel"); and upon consideration of the Motion to Shorten and all pleadings related thereto; and due and proper notice of the Motion to Shorten having been given under the circumstances; and it appearing that no other or further notice is required; and it appearing that the United States District Court for the District of Delaware has

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

47570941

jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this matter is a core proceeding within the meaning of 28 U.S.C. § 157; and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten being adequate and appropriate under the particular circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion to Shorten is granted as set forth herein.

2. A hearing on the Motion to Compel will be held on April 30, 2024 at 10:00 a.m. (ET) Before the Hon. Craig T. Goldblatt (the "Hearing").

3. Objections to the Motion to Compel may be raised at or before the Hearing.

4. The Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

**Dated:** April 27th, 2024
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**