# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YF LOGISTICS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-10361 (TMH)<br><br>**Re: Docket Nos. 21, 22 and 23** |
| In re:<br><br>POLISHED.COM INC., et al.,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>**Hearing Date: April 30, 2024 at 10:00 a.m.**<br>**Objection Deadline: At or Before the Hearing**<br>**Re: Docket Nos. 30, 31 and 33** |

### NOTICE OF HEARING ON DYNAMIC MARKETING INC.'S EMERGENCY MOTION TO COMPEL THE CHAPTER 7 TRUSTEE TO IMMEDIATELY SURRENDER THE PREMISES OR ALTERNATIVELY, PAY THE FULL AMOUNT OF ANY HOLDOVER RENT

**PLEASE TAKE NOTICE** that, on April 26, 2024, Dynamic Marketing Inc. ("DMI") filed the *Emergency Motion to Compel the Chapter 7 Trustee to Immediately Surrender the Premises or Alternatively, Pay the Full Amount of Any Holdover Rent* [Docket No. 30] (the "Motion to Compel") in Case No. 24-10353 and [Docket No. 21] in Case No. 24-10361 with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 27, 2024, the Court entered *Order Shortening Notice and Expediting Hearing on Dynamic Marketing Inc.'s Emergency Motion to Compel the Chapter 7 Trustee to Immediately Surrender the Premises or Alternatively, Pay the Full Amount of Any Holdover Rent* [Docket No. 33] (the "Order Shortening Notice).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, objections to the Motion to Compel, if any, may be in writing or raised at the hearing on April 30, 2024 at 10:00 a.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629);Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

47578494

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Motion to Compel will be held on **April 30, 2024 at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801.

Dated:  April 28, 2024                             **COLE SCHOTZ P.C.**

*/s/ Stacy L. Newman*
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117
Email:   snewman@coleschotz.com

*Counsel to Dynamic Marketing Inc.*