**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

Chapter __7__

In Re:

Adv. Case No. __24__ - __50040__ (__TMH__)

Case No. __24__ - __10353__ (__TMH__)

Debtor: POLISHED.COM, et al.,

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Rene S. Roupinian__

to represent HINNA ZEESHAN and SOPHIA SAADA, on behalf of themselves and all others similarly situated, in this action.

/s/ Christopher D. Loizides

Firm Name: Loizides, P.A.
Address: 1225 King Street, Suite 800
Wilmington, DE 19801
Phone: (302) 654-0248
Email: loizides@loizides.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Firm Name: RAISNER ROUPINIAN LLP
Address: 270 Madison Avenue, Suite 1801
New York, New York 10016
Phone: (212) 221-1747
Email: rsr@raisnerroupinian.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: April 29th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105