# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) Case No. 24-10353 (TMH) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 30, 2024 AT 10:00 A.M. (EASTERN TIME)

> This proceeding will be conducted in-person before the **Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801**.
>
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website

**I.    CONTESTED MATTER**

1.  Dynamic Marketing Inc.'s Emergency Motion to Compel the Chapter 7 Trustee to Immediately Surrender the Premises or Alternatively, Pay the Full Amount of Any Holdover Rent [Filed: 4/26/24] (Docket No. 30)

    Response Deadline:  At or before the Hearing

    Related Documents:

    a)  Declaration of Alan Joskowicz [Filed: 4/26/24] (Docket No. 31)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

b) Motion of Dynamic Marketing Inc. for Entry of an Order Shortening Notice and Expediting Hearing on Dynamic Marketing Inc.'s Emergency Motion to Compel the Chapter 7 Trustee to Immediately Surrender the Premises or Alternatively, Pay the Full Amount of Any Holdover Rent [Filed: 4/26/24] (Docket No. 32)

c) Order Shortening Notice and Expediting Hearing on Dynamic Marketing Inc.'s Emergency Motion to Compel the Chapter 7 Trustee to Immediately Surrender the Premises or Alternatively, Pay the Full Amount of Any Holdover Rent [Filed 4/27/24] (Docket No. 33)

d) Notice of Hearing on Dynamic Marketing Inc.'s Emergency Motion to Compel the Chapter 7 Trustee to Immediately Surrender the Premises or Alternatively, Pay the Full Amount of Any Holdover Rent [Filed 4/28/24] (Docket No. 34)

Witness/Exhibit List

To be filed.

Status: The hearing on this matter is going forward.

Dated: April 29, 2024        **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
     crobinson@pszjlaw.com
     pkeane@pszjlaw.com
     ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*