**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| POLISHED.COM INC., *et al.*,[1] | ) | Case No. 24-10353 (TMH) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) | **Ref. Docket No. 26** |
|  | ) |  |

**Hearing Date: May 7, 2024 at 10:00 a.m. (ET)**

**RESPONSE AND RESERVATION OF RIGHTS OF CHAPTER 7**
**TRUSTEE TO LANDLORD'S MOTION TO COMPEL TRUSTEE TO**
**COMPLY WITH SECTION 365(d)(3) OF THE BANKRUPTCY CODE**
**OR, IN THE ALTERNATIVE, TO COMPEL THE TRUSTEE TO**
**REJECT AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**

George L. Miller, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), files this response and reservation of rights (the "Response") to the *Landlord's Motion to Compel Trustee to Comply with Section 365(d)(3) of the Bankruptcy Code or, in the Alternative, to Compel the Trustee to Reject an Unexpired Lease of Non-Residential Real Property* [Docket No. 26] (the "Motion") filed by Westgate 200 LLC (the "Landlord").[2]  In support of this Response, the Trustee respectfully states as follows:

**Response**

1. Since his appointment in these cases, the Trustee has been negotiating a sharing agreement with Bank of America, the agent for the Debtors' secured lenders.  Such an agreement must be reached before the Trustee can make any payments to the Landlord.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are:  Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4857-1762-3737.1 57099.00001

2.      At this time, the Trustee does not have access to unencumbered cash collateral of the secured lenders.  However, upon information and belief, the Premises is a warehouse location that may contain certain collateral of the Debtors' lenders that the Trustee may be able to sell to provide funding for items such as unpaid rent.  The Trustee does not expect to assume and assign the applicable lease, so once the Trustee is able to remove the collateral, he will reject the lease.

**<u>Reservation of Rights</u>**

3.      The Trustee reserves all rights to supplement this Response on any and all available substantive and non-substantive grounds that bankruptcy and non-bankruptcy law may permit, to conduct discovery into the matters raised by the Motion, and to present evidence at any hearing on the Motion.

Dated:  April 29, 2024                                          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
              crobinson@pszjlaw.com
              pkeane@pszjlaw.com
              ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*