# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YF LOGISTICS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-10361 (TMH) |
| In re:<br><br>POLISHED.COM INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-10353 (TMH) |

### DYNAMIC MARKETING INC.'S WITNESS AND EXHIBIT LIST FOR HEARING ON APRIL 30, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME)

Dynamic Marketing Inc. ("DMI") respectfully files this Witness and Exhibit List identifying the exhibits DMI may introduce into evidence at the hearing to be held on April 30, 2024 at 10:00 a.m. (ET) (the "Hearing") before The Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware, 19801.

### Witnesses

DMI may call the following witnesses at the Hearing:

1. **Alan Joskowicz, Executive Director of Dynamic Marketing Inc. d/b/a DMI Appliance Group**: Mr. Joskowicz will testify via declaration in support of the *Emergency Motion to Compel the Chapter 7 Trustee to Immediately Surrender the Premises or Alternatively, Pay the Full Amount of Any Holdover Rent*. At this time, counsel for the Trustee intends to cross-examine Mr. Joskowicz.

2. Any witness called by any other party;

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

3. Rebuttal or impeachment witnesses, as necessary;

4. Any witness necessary for the purpose of authenticating documents; and

5. DMI reserves the right to cross-examine any witness called by another party.

## **Exhibits**

| Exhibit No. | Description | Docket No.[2] |
|---|---|---|
| 1 | Declaration of Alan Joskowicz | D.I. 31 |
| 2 | Invoice for April 2024 rent under the Multi-Tenant Industrial Triple Net Lease dated August 2, 2013 between DMI and Icon 400 Cabot Owner Pool 4 NJ, LLC, successor-in-interest to 400 Cabot Drive, LLC | D.I. 30, Ex. 1 |
| 3 | Sublease dated May 31, 2009 between DMI and debtor YF Logistics LLC d/b/a 1 Stop Camera | D.I. 30, Ex. 2 |
| 4 | November 30, 2023 letter terminating Sublease | D.I. 30, Ex. 3 |

## **Reservation of Rights**

DMI reserves the right to call or introduce one or more, or none, of these witnesses or exhibits listed above at the Hearing. DMI also reserves the right to supplement, add to, subtract from or otherwise amend this Witness and Exhibit List at any time prior to the Hearing.

Dated: April 29, 2024       **COLE SCHOTZ P.C.**

*/s/ Stacy L. Newman*
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: snewman@coleschotz.com

*Counsel to Dynamic Marketing Inc.*

---

[2] The docket numbers refer to filings in the *In re Polished.com, Inc.*, 24-10353 case.

67466/0001-47581649