# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | Case No. 24-10353 (TMH) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear for Bank of America, N.A., as Administrative Agent in the above-captioned adversary case, and, pursuant to Rules 2002, 3017 and 9010 of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), request that all notices given or required in this case, and all documents and all other papers served in this case, be given to and served upon:

> Jody C. Barillare, Esq. (#5107)
> Morgan, Lewis & Bockius LLP
> 1201 N. Market Street, Suite 2201
> Wilmington, Delaware 19801
> Telephone: (302) 574-3000
> Facsimile: (302) 574-3001
> Email: jody.barillare@morganlewis.com
>
> Jennifer Feldsher, Esq.
> Graham L. Fisher, Esq.
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, New York 10178
> Telephone: (212) 309-6000
> Facsimile: (212) 309-6001
> Email: jennifer.feldsher@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Bank of America may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: April 30, 2024  
Wilmington, Delaware

**MORGAN, LEWIS & BOCKIUS LLP**

By:  /s/ *Jody C. Barillare, Esq.*  
Jody C. Barillare, Esq. (#5107)  
1201 N. Market Street, Suite 2201  
Wilmington, Delaware 19801  
Telephone: (302) 574-3000  
Facsimile: (302) 574-3001  
Email: jody.barillare@morganlewis.com

*- and -*

Jennifer Feldsher, Esq.  
Graham L. Fisher, Esq.  
101 Park Avenue  
New York, New York 10178  
Telephone: (212) 309-6000  
Facsimile: (212) 309-6001  
Email: jennifer.feldsher@morganlewis.com  
graham.fisher@morganlewis.com

*Counsel to Bank of America, N.A., as Administrative Agent*