# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | Case No. 24-10353 (TMH) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 and the certification below, counsel hereby moves for the admission *pro hac vice* of Graham L. Fisher, Esq. to represent Bank of America, N.A., as Administrative Agent in the above-captioned chapter 7 cases.

Dated: April 30, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Jody C. Barillare, Esq.*
Jody C. Barillare, Esq. (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone: (302) 574-7294
Email: jody.barillare@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

*/s/ Graham L. Fisher, Esq.*
Graham L. Fisher, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Email: graham.fisher@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: April 30th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).