**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YF LOGISTICS LLC,<br><br>           Debtor. | Chapter 7<br><br>Case No. 24-10361 (TMH)<br><br>**Re: Docket Nos. 21 and 27** |
| In re:<br><br>POLISHED.COM INC., et al.,<br><br>           Debtors.[1] | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>**Re: Docket Nos. 30 and 47** |

**NOTICE OF WITHDRAWAL OF DYNAMIC MARKETING INC.'S
EMERGENCY MOTION TO COMPEL THE CHAPTER 7 TRUSTEE TO
IMMEDIATELY SURRENDER THE PREMISES OR ALTERNATIVELY,
PAY THE FULL AMOUNT OF ANY HOLDOVER RENT**

**PLEASE TAKE NOTICE** that *Dynamic Marketing Inc.'s Emergency Motion to Compel the Chapter 7 Trustee to Immediately Surrender the Premises or Alternatively, Pay the Full Amount of Any Holdover Rent* [Docket No. 30 in Case No. 24-10353] and [Docket No. 21 in Case No. 24-10361] filed on April 26, 2024 is hereby withdrawn without prejudice.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629);Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

Dated:  May 2, 2024

**COLE SCHOTZ P.C.**

*/s/ Stacy L. Newman*
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117
Email:    snewman@coleschotz.com

*Counsel to Dynamic Marketing Inc.*