**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING SHARING AGREEMENT PROVIDING FOR, AMONG OTHER THINGS, (I) DETERMINATION AND ALLOWANCE OF CERTAIN PRE-PETITION SECURED CLAIMS AND LIENS; (II) TRUSTEE'S SALE OF THE DEBTORS' ASSETS AND SECURED LENDERS' COLLATERAL; (III) SPECIFIED CARVE-OUT FROM THE SECURED LENDERS' LIENS; AND (IV) RELATED AGREEMENTS**

The undersigned counsel for George L. Miller, the duly appointed chapter 7 Trustee ("Trustee") for the estates ("Estates") of the above-captioned debtors ("Debtors") hereby certifies as follows:

1. On March 7, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 7 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") commencing the above-captioned bankruptcy cases (the "Bankruptcy Cases").

2. On March 12, 2024, George L. Miller was appointed as the Chapter 7 Trustee by the Office of the United States Trustee for the District of Delaware.

3. As of the Petition Date, the Debtors were indebted to the Administrative Agent and the Lenders (collectively with all other Secured Parties (as defined in the Credit Agreement (as

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

defined below)), the "Prepetition Secured Parties") pursuant to the Credit Agreement for principal, interest, fees, costs, charges and other expenses (collectively, with all other Secured Obligations (as defined in the Credit Agreement) (the "Prepetition Obligations") and collectively, with all other obligations arising postpetition whether under the Bankruptcy Code or otherwise, the "Secured Obligations"). The Prepetition Obligations were secured by liens on substantially all of the Debtors' assets (collectively, the "Prepetition Collateral").

4. The Estates have and will incur substantial administrative expenses preserving the value of the Prepetition Collateral. The Trustee requires the ability to use cash and other proceeds of the Prepetition Collateral to administer the Estates and recover, preserve, market, and sell the Prepetition Collateral for the benefit of the Estates' creditors.

5. The Trustee and Bank of America, N.A. ("BofA", and together with the Trustee, the "Parties"), in its capacity as Administrative Agent under that certain Credit Agreement, dated as of May 9, 2022, by and among the Debtors, the Lenders (as defined in the Credit Agreement) from time to time party thereto and BofA (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "Credit Agreement"), entered into good faith negotiations to reach agreement on BofA turning over to the Trustee cash in the Debtors' bank accounts, the Trustee's consensual use of Cash Collateral to administer, recover, preserve, market, and sell the Prepetition Collateral and for the parties' coordination on the sale of the Prepetition Collateral and monetization of the other assets in these Bankruptcy Cases.

6. On May 7, 2024, the Trustee and BofA (on behalf of itself and the Lenders) entered into a Sharing Agreement ("Sharing Agreement"), that provides for, among other things, the consensual use of Cash Collateral, determination and allowance of the Secured Parties' claims and liens and the Parties' rights and interests in the proceeds of the sales of the Prepetition Collateral

and in certain Excluded Collateral. Notably, in return for the agreements contained therein, the Sharing Agreement includes waivers under section 506(c) and 552(b) of the Bankruptcy Code and, subject to a challenge period, releases in favor of the Secured Parties as set forth in the Sharing Agreement.

7. Accordingly, the Trustee respectfully requests that this Court enter the proposed order, attached hereto as **Exhibit A,** approving the Sharing Agreement, a copy of which is attached to the Proposed Order as **Exhibit 1**.

Dated: May 9, 2024
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*

Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Proposed Counsel to George L. Miller, Chapter 7 Trustee*