**Exhibit 1**

**Bid Procedures**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) ) | Case No. 24-10353 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

**POLISHED.COM INC., *ET AL.***

**BID PROCEDURES IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

These bidding procedures (the "Bid Procedures") shall govern the disposition of all or a portion of the Debtors' assets (the "Assets") that are property of the estates of the above-captioned debtors (collectively, the "Debtors").

**1.    Determining Potential Bidders**

To participate in the bidding process, each person or entity who wishes to receive non-public information concerning the Assets (a "Potential Bidder") must contact George L. Miller, the appointed chapter 7 trustee (the "Seller" or "Trustee") in the above-captioned cases and his counsel, Pachulski Stang Ziehl & Jones LLP, attn: Bradford J. Sandler (bsandler@pszjlaw.com) and Colin R. Robinson, (crobinson@pszjlaw.com), to express an interest in receiving information about the Assets.

**2.    Qualified Bids and Qualified Bidders**

To become a Qualified Bidder, each Potential Bidder must deliver to the Trustee and his counsel a "Qualified Bid" on or before **June 18, 2024 at 12:00 p.m. (prevailing Eastern Time)** (the "Bid Deadline").  To constitute a Qualified Bid, a bid must:

    a.    be in writing;

    b.    provide an irrevocable offer in the form of an asset purchase agreement ("APA") marked to show all changes requested by the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are:  Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

Potential Bidder (including those related to purchase price) from the form of APA;

c. offer to pay a price equal to or greater than an amount that the Trustee, in consultation with the Consultation Party, determines constitutes a fair and adequate price for all or a portion of the Assets, the acceptance of which would be in the best interests of the estates (the "<u>Minimum Bid</u>");

d. indicate whether the Potential Bidder will be able to remove the Assets from the applicable Debtors' leased premises on or before June 30, 2024 or if not, confirm the Minimum Bid will include rental payments due on July 1, 2024 for the applicable leased premises;

e. provide proof of sufficient insurance coverage naming both the landlord and sublandlord of the applicable Debtors' leased premises as additional insureds on such insurance policies;

f. provide a clean version of the APA containing all of the requested changes described above executed by the Potential Bidder;

1. The Trustee, in consultation with the Consultation Party, may conclude, in his reasonable business judgment, in consultation with the Consultation Party, that any such changes are detrimental to creditors or the Debtors' estates and, based on such determination, decline to designate the Potential Bidder and the Potential Bid as qualified to participate in the Auction, unless such requested changes are acceptably modified or are eliminated.

2. The APA shall not include any financing, due diligence, or other contingencies and must, by its terms, remain open and binding on the Potential Bidder until the conclusion of the Auction. If a Potential Bidder and a Potential Bid are deemed qualified to participate in the Auction, and the Auction concludes with such Qualified Bid being determined by the Trustee, in his reasonable business judgment, in consultation with the Consultation Party, as the highest or otherwise best received at the Auction (the "<u>Prevailing Bid</u>"), the APA with respect to such Qualifying Bid, by its terms, shall remain binding upon the Prevailing Bidder submitting such Qualified Bid.

3. If the Auction concludes with the Qualified Bid being determined by the Trustee, in his reasonable business judgment, in consultation with the Consultation Party, to be

    the second highest or otherwise best, the APA, by its terms, shall remain binding as the backup bid (the "Backup Bid") until the closing of a transaction. If the Prevailing Bidder fails timely to close the transaction pursuant to the terms of the Prevailing Bid APA, the Trustee may, in his reasonable business judgment, in consultation with the Consultation Party, elect to deem the Backup Bid as the Prevailing Bid and the Backup Bidder as the Prevailing Bidder, and such bidder shall be obligated to close the transaction no later than five (5) days following such election pursuant to the terms of its Backup Bid, or such later time as the Trustee, in consultation with the Consultation Party, and the Backup Bidder may agree. If a Qualified Bid is neither the Prevailing Bid nor the Backup Bid, the APA, by its terms, shall cease to be binding and any deposit shall be returned to the Qualified Bidder as soon as practicable following the conclusion of the Auction.

g.     provide a clean and redline version of the proposed sale order to approve the APA, marked to show all changes requested by the Potential Bidder from the form of sale order attached to the Debtors' bid procedures motion as Exhibit D;

h.     include a good faith deposit (the "Deposit") in an amount equal to ten percent (10%) of the Purchase Price offered to purchase all or a portion of the Assets, which Deposit must be submitted in the form of a certified or bank check (or other form acceptable to the Trustee, in consultation with the Consultation Party) payable to the order of the Trustee. All Deposits will be held in a segregated account by the Trustee until no later than ten (10) days after the Auction and thereafter returned to the respective bidders in accordance with these Bid Procedures, unless the bidder has been selected as the successful bidder, or, in the case of the Backup Bidder, the Deposit shall be held by the Trustee until the Closing of the Sale to the Prevailing Bidder;

i.     fully disclose the identity of the Potential Bidder and the Potential Bidder's sponsors (the "Sponsors") (if any), and the representatives thereof who are authorized to appear and act on their behalf for all purposes regarding the contemplated transaction. A Qualified Bid also shall identify if any of the principals, investors, officers, or directors of the Potential Bidder are principals, investors, officers, directors, or employees of any of the Debtors or the Trustee;

j.     contain written evidence reasonably acceptable to the Trustee indicating that the Potential Bidder is authorized to submit a bid;

      k.      not contain a request for any break-up fee, termination fee, expense reimbursement, or similar type of payment. Moreover, neither the tendering of a Potential Bid, nor the determination that a Potential Bid is a Qualified Bid, shall entitle the Potential Bidder to any break-up fee, termination fee, expense reimbursement, or similar type of payment; and

      l.      contain a written statement that the bidder: (a) has not and will not engage in any collusion with respect to the bidding process; and (b) has made its bid as a good faith bona fide offer that it intends to consummate if selected as the Prevailing Bidder.

The Trustee, in his reasonable discretion, and after consultation with the Consultation Party, may agree to waive some or all of the requirements set forth above. Each Potential Bidder shall comply with all reasonable requests for information and access by the Trustee or his advisors regarding the ability of such Potential Bidder, as applicable, to consummate a proposed Sale. Promptly after a Potential Bidder delivers the documents set forth above, the Trustee shall provide copies of such documents to the Consultation Party.

**3.**      **Notification of Qualified Bidders**

The Trustee shall identify and notify the Qualified Bidders of their selection on or before **June 19, 2024**.

A "Qualified Bidder" under the Bid Procedures is a Potential Bidder who, no later than the Bid Deadline, delivers the Potential Bid Package to the Trustee and counsel that satisfies the requirements for a "Qualified Bid" under the Bid Procedures. The Trustee shall determine, in consultation with the Consultation Party, whether a Potential Bidder has submitted a bid that qualifies as a Qualified Bid.

**4.**      **Minimum Overbid**

The Minimum Overbid proposed by the Potential Bid, other than a credit bid, can include only cash, and the aggregate consideration of the Potential Bid must equal or exceed the Initial Bid plus the required Overbid increment of $250,000, plus, such other amount as the Trustee may determine in his business judgment, in consultation with the Consultation Party.

**5.**      **Due Diligence**

The Trustee shall provide access to due diligence materials for the Assets to each Potential Bidder. The Trustee may designate an employee or other representative to coordinate all reasonable requests for additional information and due diligence access from such bidders. The Trustee shall not be obligated to furnish any due diligence information after the Bid Deadline. Potential Bidders acknowledge that the sale of the Assets is a sale "as is," "where is," and with all faults. Neither the Trustee nor any of his representatives will be obligated to furnish any information relating to the Assets to any person except to a Potential Bidder. Potential Bidders

will be advised to exercise their own judgment and discretion before relying on any information regarding the Assets provided by anyone other than the Trustee or his representatives.

**6.     [Intentionally Omitted].**

**7.     Notice of Auction or of Absence of Qualified Bids**

To the extent that the Trustee selects Qualified Bids, an auction (the "<u>Auction</u>") will be held telephonically and/or via Zoom videoconference on **June 20, 2024 at 1:00 p.m. (prevailing Eastern Time)** or such later time or other place as the Trustee may determine, in consultation with the Consultation Party. The Trustee or his counsel will distribute arrangements to participate in the Auction to all Qualified Bidders.

The Trustee may, in consultation with the Consultation Party, disregard any Potential Bids received after the Bid Deadline, and any such bids shall not be Qualified Bids.

**8.     The Auction**

The Auction shall be governed by the following procedures:

a.     Attendance at and Participation in the Auction.

> In addition to the Trustee and his representatives and advisors, the only parties (and their respective representatives and advisors) eligible to participate in the Auction shall be: (i) those parties who have been selected as Qualified Bidders; (ii) the Office of the United States Trustee; and (iii) the Consultation Party; and (iv) any creditor who requests to listen telephonically on or before two (2) business days before the Auction.

b.     The Auction Process.

1.     The Trustee Shall Conduct the Auction.

> A.     The Trustee and his professionals shall direct and preside over the Auction. At the commencement of the Auction, bidding shall commence with the highest or otherwise best Qualified Bid (the "<u>Initial Bid</u>"), as determined by the Trustee in his reasonable business judgment, in consultation with the Consultation Party. The foregoing determination shall take into account any factors the Trustee reasonably deems relevant to the value and benefit to the Debtors' estates of the Qualified Bid, including, inter alia, the following: (A) the amount and nature of the consideration; (B) the ability of the Qualified Bidder timely to close the transaction; (C) the proposed closing date; and (D) the likelihood, extent, and impact of any potential delays in closing (collectively, the "<u>Bid Criteria</u>"). The Trustee or his representative will determine and

announce the bidding order. The Trustee or his representative will solicit an oral Bid from each Bidder in each round. In the event that there are more than two Bidders, each Bidder must bid in its round of bidding or forfeit their standing in the Auction. All Bids made following the Initial Bid shall be Overbids (as defined below) and shall be made and received on an open basis, and all material terms of each Bid shall be fully disclosed to all other Qualified Bidders. The Trustee shall maintain a transcript of all Bids made and announced at the Auction, all Overbids, and the Prevailing Bid.

B. <u>Terms of Overbids</u>. An "<u>Overbid</u>" is any bid made at the Auction subsequent to the Trustee's announcement of the Initial Bid. To submit an Overbid for purposes of this Auction, a Qualified Bidder must comply with the following conditions:

   i. Minimum Overbid Increment. Each Overbid after the Initial Bid shall be made in increments of at least $250,000, plus, such other amount as the Trustee may determine in his business judgment, in consultation with the Consultation Party.

   ii. Remaining Terms are the Same as for Qualified Bids. Except as modified below, an Overbid must comply with the conditions for a Qualified Bid set forth above; *provided, however*, that the Bid Deadline shall not apply. Any Overbid must remain open and binding on the Bidder until and unless the Trustee accepts a higher or better Qualified Bid as an Overbid.

C. <u>Consideration of Overbids</u>. The Trustee reserves the right, in his reasonable business judgment, in consultation with the Consultation Party, to vary the Bid Procedures prior to or after the Auction has commenced aimed at maximizing value to the Debtors' estates. By way of example, and not by way of limitation, the Trustee may take breaks during the Auction to facilitate discussions between the Trustee and his representatives and advisors, the Consultation Party, as well as with individual bidders and their respective representatives and advisors; allow individual Bidders to consider how they wish to proceed; and give Bidders the opportunity to provide the Trustee with such additional evidence as the Trustee, in his reasonable business judgment, in consultation with the Consultation Party, may require, that the Bidder has sufficient internal resources to consummate the proposed transaction at the prevailing Overbid amount.

      D.      <u>Announcing Overbids</u>.  The Trustee shall announce at the Auction the material terms of each Overbid, the basis for the calculation of the total consideration offered in each such Overbid, and the resulting benefit to the Debtors' estates based, among other things, on the Bid.

      E.      <u>Conditions to, and the Closing of, the Auction</u>.  The Auction shall continue until there is only one Qualified Bid that the Trustee determines, in his reasonable business judgment, in consultation with the Consultation Party, is the highest or otherwise best Qualified Bid.  In making this decision, the Trustee shall consider the Bid Criteria.  The Auction shall not close unless and until all Qualified Bidders have been given a reasonable opportunity to submit an Overbid at the Auction to the then-existing Overbid.  Thereafter, the Trustee shall identify which Qualified Bidder, in the Trustee's reasonable business judgment, in consultation with the Consultation Party, has made the highest or otherwise best bid, as determined by, among other things, the Bid Criteria.  The Auction shall then be closed.  The Trustee retains the authority, in the exercise of his reasonable business judgment, not to move forward with any Prevailing Bid.

      F.      <u>Additional Procedures</u>.  The Trustee may announce at the Auction additional procedural rules that are reasonable under the circumstances (*e.g.*, and not by way of limitation, the amount of time to make subsequent overbids) for conducting the Auction.

      G.      <u>Consent to Jurisdiction as Condition to Bidding</u>.  All Bidders at the Auction shall be deemed to have consented to the core jurisdiction of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") and waived any right to a jury trial in connection with any disputes relating to the Auction, the sale of the Assets, and the enforcement of the applicable APA.

**9.    Bankruptcy Court Approval and Authorization of the Transaction**

The Prevailing Bid and, if necessary, the Backup Bid will be presented to the Bankruptcy Court at the Sale Hearing, as defined in the Bid Procedures Order, scheduled for **June 27, 2024 at 9:00 a.m. (prevailing Eastern Time)**, and the Trustee will request the Bankruptcy Court's approval thereof and authorization for the Trustee to consummate the transaction pursuant to the terms of the Prevailing Bid (or the Backup Bid, if necessary).

**10.    Rights of Prepetition Secured Parties; Right to Credit Bid**.

For purposes hereof, Bank of America, N.A., in its capacity as Administrative Agent under that certain Credit Agreement, dated as of May 9, 2022, by and among the Debtors, the Lenders

(as defined in the Credit Agreement) from time to time party thereto and Bank of America, N.A. (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "Credit Agreement") and/or other Prepetition Secured Party shall be entitled to credit bid any portion of its outstanding Secured Obligations pursuant to section 363(k) of the Bankruptcy Code with respect to any Assets on which it holds liens (prepetition or postpetition) (a "Credit Bid"), provided, however, any Credit Bid by BofA and/or other Prepetition Secured Party for any of the Assets shall include a cash component for any Excluded Assets on which the Prepetition Secured Parties do not have liens as well the Estate Recovery with respect to such Asset(s), unless otherwise agreed by the Trustee.  Notwithstanding the foregoing, any Credit Bid by HYG Financial Services, Inc. shall not be required to include a cash component for an Estate Recovery.  For the avoidance of doubt, Bank of America, N.A. and/or any other Prepetition Secured Party shall not be permitted to submit a credit bid on the Excluded Collateral.  Bank of America, N.A. and/or any other Prepetition Secured Party shall be deemed a Qualified Bidder at all times and for all purposes and its bid (including any credit bids at the Auction) shall be considered a Qualified Bid for all purposes without compliance with any participation requirements in the Bid Procedures, and any Credit Bid by HYG Financial Services, Inc. shall not be subject to the Minimum Overbid requirement.  Notwithstanding anything to the contrary herein, from and after the submission of a credit bid by the Consultation Party, the Trustee shall not be required to consult with the Consultation Party submitting such credit bid or obtain the consent of the Consultation Party in connection with the sale of the Assets subject to such credit bid unless and until such credit bid is withdrawn in writing by the Consultation Party.

11. **Reservation of Rights**

These Bid Procedures and the Auction are solely for the benefit of the Debtors' estates. The Trustee reserves the right, in his reasonable business judgment, in consultation with the Consultation Party, to vary these Bid Procedures prior to or after the Auction has commenced. Nothing contained herein, or in any order approving these Bid Procedures, shall create any rights in favor of any other person or bidder (including, without limitation, rights as third party beneficiaries or otherwise).  The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of any Order approving these Bid Procedures.