IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) Case No. 24-10353 (TMH) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 21, 2024 AT 11:00 A.M. (EASTERN TIME)**

This proceeding will be conducted in-person before the **Honorable Thomas M. Horan, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, DE 19801**.

All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website

**UNCONTESTED MATTER GOING FORWARD**

1. Motion for Entry of Order Modifying the Automatic Stay, to the Extent Applicable, to Permit Payments Under Debtors Director and Officer Liability Insurance Policies [Filed: 8/7/24] (Docket 114)

    Response Deadline:      August 14, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:     Informal comments from the George L. Miller, chapter 7 trustee (the "Trustee").

    Related Documents:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

4860-8056-9304.1 57099.00001

(a) Notice of Motion of Maria Johnson's, Albert Fouerti's, and Douglas Moore's Motion for Entry of Order Modifying the Automatic Stay, to the Extent Applicable, to Permit Payments Under Debtors' Director and Officer Liability Insurance Policies [Filed 8/7/24] (Docket 116)

Status: The Movants and the Trustee are finalizing a revised proposed order that will be submitted under certification of counsel prior to the hearing. No hearing will be necessary unless the Court has questions regarding the revised proposed order.

| | |
|---|---|
| Dated:  August 19, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>/s/ Colin R. Robinson<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward A. Corma (DE Bar No. 6718)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>*Counsel to George L. Miller, Chapter 7 Trustee* |