UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Case No. 24-10353-TMH |
| POLISHED.COM INC., *et al.*, | Chapter 7 |
| Debtor(s). | Hon. Thomas M Horan |
| | (Jointly Administered) |
| _____/ | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES**

TO:  Clerk of the Court
US Bankruptcy Court
824 Market St.
3rd Floor
Wilmington, DE  19801

George L. Miller
1628 John F. Kennedy Blvd.
Ste. 950
Philadelphia, PA  19103-2110

Scott D. Cousins
Lewis Brisbois
500 Delaware Ave., Ste. 700
Wilmington, DE  19801

     PLEASE ENTER THE APPEARANCE of Jeanmarie Miller, Assistant Attorney General, as attorney for the State of Michigan, Department of Treasury, in the above-titled case.  This appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.  Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

     */s/  Jeanmarie Miller*
Jeanmarie Miller  (P44446)
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd. Ste. 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

E-Mail: millerj51@michigan.gov

Dated: September 24, 2024