UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Case No. 24-10353-TMH |
| POLISHED.COM INC., *et al.*, | Chapter 7 |
| Debtor(s). | Hon. Thomas M Horan |
| | (Jointly Administered) |
| _____/ | |

## PROOF OF SERVICE

The undersigned certifies that on September 24, 2024, a copy of the Notice of Appearance and Request for Service of Notices, was served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

| | |
|---|---|
| Scott D. Cousins<br>Attorney for Debtor<br>Lewis Brisbois<br>500 Delaware Ave., Ste. 700<br>Wilmington, DE  19801 | George L. Miller<br>Chapter 7 Trustee<br>1628 John F. Kennedy Blvd, Ste. 950<br>Philadelphia, PA  19103-2110 |

/s/ *Christina LaMothe*
Christina LaMothe
Secretary to:
Jeanmarie Miller (P44446)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI  48202
(313) 456-0140

Dated:  September 24, 2024