IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) Case No. 24-10353 (TMH) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 30, 2024 AT 10:00 A.M. (EASTERN TIME)**

> This proceeding will be conducted in-person before the **Honorable Thomas M. Horan, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3RD Floor, Courtroom No. 7, Wilmington, DE 19801**.
>
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website

## MATTER GOING FORWARD

1. Motion of Toyota Industries Commercial Finance, Inc., for Relief From Automatic Stay Due to Lack of Adequate Protection [Filed: 5/6/24] (Docket 56)

    Response Deadline:    May 31, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    (a) Re-Notice of Motion for Relief From Automatic Stay Due to Lack of Adequate Protection [Filed 9/16/24, Docket No. 123]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

4884-0773-2456.1 57099.00001

1

<u>Responses Received</u>:

(a) Chapter 7 Trustee's Objection to Motion of Toyota Industries Commercial Finance, Inc. for Relief From the Automatic Stay [Filed 5/31/24] (Docket 80)

<u>Status</u>: The parties are discussing adjourning this matter but as of the time of the filing of the agenda have not reached agreement. The hearing on this matter will go forward if no agreement is reached to adjourn.

Dated:  September 26, 2024    **PACHULSKI STANG ZIEHL & JONES LLP**

 */s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
             crobinson@pszjlaw.com
             pkeane@pszjlaw.com
             ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*