IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) Case No. 24-10353 (TMH) |
| Debtors. | ) (Jointly Administered) |

**AMENDED**[2]**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 30, 2024 AT 10:00 A.M. (EASTERN TIME)**

**AS NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION**

## MATTER GOING FORWARD

1. Motion of Toyota Industries Commercial Finance, Inc., for Relief From Automatic Stay Due to Lack of Adequate Protection [Filed: 5/6/24] (Docket 56)

    Response Deadline:    May 31, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    (a) Re-Notice of Motion for Relief From Automatic Stay Due to Lack of Adequate Protection [Filed 9/16/24, Docket No. 123]

    Responses Received:

    (a) Chapter 7 Trustee's Objection to Motion of Toyota Industries Commercial Finance, Inc. for Relief From the Automatic Stay [Filed 5/31/24] (Docket 80)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

[2] **Amended items appear in bold.**

4890-6450-0202.1 57099.00001

1

**Status**:   This matter is adjourned to October 9, 2024 at 11:00 a.m. by agreement of the parties.

Dated:  September 26, 2024              **PACHULSKI STANG ZIEHL & JONES LLP**

<u>  /s/ Colin R. Robinson  </u>
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:   bsandler@pszjlaw.com
             crobinson@pszjlaw.com
             pkeane@pszjlaw.com
             ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*