# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| POLISHED.COM INC., *et al.*, | ) ) ) | Case No. 24-10353 (TMH) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING POSSESSION OF ABANDONED BOX TRUCK

The undersigned counsel hereby certifies that:

1. On March 7, 2024 (the "Petition Date"), Polished.com Inc. and its related debtors (collectively, the "Debtors") filed their respective petitions for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On March 12, 2024, George L. Miller was appointed as the chapter 7 trustee in the Debtors' chapter 7 cases (the "Chapter 7 Trustee") and is so qualified and acting.

3. Prior to the Petition Date, debtor YF Logistics LLC d/b/a 1 Stop Camera ("YF Logistics") and DMI entered into that certain sublease agreement (as amended, the "Sublease") dated May 31, 2009 pursuant to which YF Logistics subleased from DMI a portion of Unit A (the "Premises") located at a distribution center with a common address of 400 Cabot Drive, Unit B, Hamilton Township, New Jersey (the "Cabot Warehouse").

4. On April 30, 2024, the Court entered the *Order Rejecting Sublease Agreement and Authorizing Abandonment of All Remaining Property of the Estate Located at the Cabot*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

*Warehouse-Unit A* [Docket No. 47] (the "Rejection Order").[2] Among other things, the Rejection Order deemed the Sublease rejected as of April 30, 2024 (the "Rejection Date") and authorized the Chapter 7 Trustee to abandon any of the remaining property of the estate located on the Premises or in the parking lot of 400 Cabot Drive, Hamilton Township, New Jersey (the "Cabot Warehouse") as of the Rejection Date. *See* Rejection Order ¶ 4. The Rejection Order further stated:

> Effective as of the fourteenth day after entry of this Order, any and all Abandoned Property located on the Premises or in the parking lot of the Cabot Warehouse shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code free and clear of all liens, claims, encumbrances and interests of any third parties. Bank of America has consented to the abandonment and release of its interests and liens on the Abandoned Property as of the Rejection Date. DMI shall be permitted to, in its sole discretion and without further notice or order of this Court, utilize and/or dispose of such Abandoned Property without liability and, to the extent applicable, the automatic stay is modified to allow such use or disposition.

*Id.* ¶ 5.

5.      The Abandoned Property included, among other things, a 2003 International 4300 SBA 4X2 box truck bearing VIN 1HTMMAAM24H659477 (the "Box Truck"). The Chapter 7 Trustee does not have the title for the Box Truck, and DMI has been unable to dispose of the Box Truck without first obtaining a title from the New Jersey Motor Vehicle Commission (the "NJMVC"). When DMI applied for a title for the Box Truck, the NJMVC advised that the language in the Rejection Order is not sufficient to issue a title. Rather, the NJMVC requires a Court order that authorizes DMI to take possession of the Abandoned Property.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Order.

6. Accordingly, undersigned counsel hereby submits a proposed form of order (the "Proposed Order"), attached hereto as **Exhibit A**, authorizing DMI to take possession of the Box Truck, which is necessary for DMI to obtain title and dispose of the Box Truck.

7. Undersigned counsel has conferred with counsel for the Chapter 7 Trustee who does not object to entry of the Proposed Order.

**WHEREFORE,** undersigned counsel respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: September 30, 2024      **COLE SCHOTZ P.C.**

/s/ Stacy L. Newman
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: snewman@coleschotz.com

*Counsel to Dynamic Marketing Inc.*