**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| POLISHED.COM INC., *et al.*, | ) ) | Case No. 24-10353 (TMH) |
| Debtors.¹ | ) ) ) | (Jointly Administered) **Re: Docket Nos. 47 and 127** |

**<u>ORDER AUTHORIZING POSSESSION OF ABANDONED BOX TRUCK</u>**

Upon consideration of the *Certification of Counsel Regarding Order Authorizing Possession of Abandoned Box Truck* (the "<u>COC</u>"), and the Court having reviewed the COC; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C § 1334, which was referred to this Court under 28 U.S.C § 157 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; and this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided; and this Court having determined that the legal and factual bases set forth in the COC establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Pursuant to the April 30, 2024 *Order Rejecting Sublease Agreement and Authorizing Abandonment of All Remaining Property of the Estate Located at the Cabot*

---

¹ The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

*Warehouse-Unit A* (the "Rejection Order"), the Chapter 7 Trustee previously abandoned the 2003 International 4300 SBA 4X2 box truck bearing VIN 1HTMMAAM24H659477 (the "Box Truck") pursuant to section 554 of the Bankruptcy Code free and clear of all liens, claims, encumbrances and interests of any third parties.

2. The Rejection Order permitted DMI to, in its sole discretion and without further notice or order of this Court, utilize and/or dispose of the Box Truck without liability and, to the extent applicable, modified the automatic stay to allow such use or disposition.

3. For the avoidance of doubt, DMI is authorized to take possession of the Box Truck and take any other actions necessary to obtain title to and dispose of the Box Truck.

4. This Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation and enforcement of this Order.

*signature: Thomas M. Horan*

**Dated: September 30th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**