**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| POLISHED.COM INC., *et al.*,[1] | ) | Case No. 24-10353 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 9, 2024 AT 11:00 A.M. (EASTERN TIME)**

**MATTER GOING FORWARD**

1.  Motion of Toyota Industries Commercial Finance, Inc., for Relief From Automatic Stay Due to Lack of Adequate Protection [Filed: 5/6/24] (Docket 56)

    Response Deadline:          May 31, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

            (a)     Re-Notice of Motion for Relief From Automatic Stay Due to Lack of Adequate Protection [Filed 9/16/24, Docket No. 123]

    Responses Received:

            (a)     Chapter 7 Trustee's Objection to Motion of Toyota Industries Commercial Finance, Inc. for Relief From the Automatic Stay [Filed 5/31/24] (Docket 80)

    **Status**:     The parties are negotiating a resolution of the motion in conjunction with the sale of the vehicles that are the subject of the motion and intend to adjourn the motion to a future date, subject to the consent of the movant.

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are:  Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

Dated:  October 7, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*