IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | Case No. 24-10353 (TMH) |
| Debtors. | (Jointly Administered) |
| HINNA ZEESHAN and SOPHIA SAADA, on behalf of themselves and all others similarly situated, | Adv. Proc. No. 24-50040 (TMH) |
| Plaintiffs, | |
| v. | |
| POLISHED.COM INC., APPLIANCES CONNECTION, INC., 1 STOP ELECTRONICS CENTER, INC., GOLD COAST APPLIANCES, INC., SUPERIOR DEALS INC., AC GALLERY INC., JOE'S APPLIANCES LLC, YF LOGISTICS LLC, 1847 PARTNERS LLC AND ELLERY W. ROBERTS, | |
| Defendants. | |

**ORDER APPROVING STIPULATION EXTENDING TIME FOR
CHAPTER 7 TRUSTEE TO ANSWER OR RESPOND TO COMPLAINT**

Upon consideration of the stipulation (the "Stipulation") between Plaintiffs, Hinna Zeeshan and Sophia Saada (the "Plaintiffs"), and George L. Miller (the "Trustee"), on behalf of the chapter 7 bankruptcy estates of Polished.com Inc., Appliances Connection, Inc., 1 Stop Electronics Center, Inc., Gold Coast Appliances, Inc., Superior Deals Inc., AC Gallery Inc., Joe's

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

Appliances LLC, and YF Logistics LLC (collectively, the "Polished Defendants"), a copy of which is attached hereto as **Exhibit A**,[2] and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation and all of the terms set forth therein are APPROVED and shall have the full force and effect of an order entered by the Court with respect thereto.

2. The Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order and the Stipulation.

**Dated: October 31st, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.