**Exhibit A**

**Stipulation**

4863-0722-3540.1 57099.00001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered) |
| HINNA ZEESHAN and SOPHIA SAADA, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>POLISHED.COM INC., APPLIANCES CONNECTION, INC., 1 STOP ELECTRONICS CENTER, INC., GOLD COAST APPLIANCES, INC., SUPERIOR DEALS INC., AC GALLERY INC., JOE'S APPLIANCES LLC, YF LOGISTICS LLC, 1847 PARTNERS LLC AND ELLERY W. ROBERTS,<br><br>                  Defendants. | Adv. Proc. No. 24-50040 (TMH) |

**STIPULATION EXTENDING TIME FOR**
**CHAPTER 7 TRUSTEE TO ANSWER OR RESPOND TO COMPLAINT**

Plaintiffs, Hinna Zeeshan and Sophia Saada (the "<u>Plaintiffs</u>"), and George L. Miller (the "<u>Trustee</u>"), on behalf of the chapter 7 bankruptcy estates of Polished.com Inc., Appliances Connection, Inc., 1 Stop Electronics Center, Inc., Gold Coast Appliances, Inc., Superior Deals

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

4863-0722-3540.1 57099.00001

Inc., AC Gallery Inc., Joe's Appliances LLC, and YF Logistics LLC (collectively, the "Polished Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

1. On April 12, 2024, Plaintiffs filed their *Class Action Adversary Proceeding Complaint for Violations of (1) WARN Act 29 U.S.C. § 2101,* et seq*., (2) New York Warn Act, NYLL § 860* et seq. *and (3) New Jersey Millville Dallas Airmotive Plant Job Loss Notification Act* [Adv. Docket No. 1] (the "Complaint") in the above-captioned adversary proceeding.

2. On April 30, 2024, the Clerk of Court issued the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. Docket No. 5] (the "Summons").

3. Pursuant to the Summons, the deadline for the Trustee to answer or otherwise respond to the Complaint (the "Response Deadline") was May 30, 2024. The Court has not yet set a pretrial conference.

4. On June 6, 2024, the Court entered an order approving a stipulation between the Plaintiffs and the Trustee [Adv. Docket No. 9], which extended the Response Deadline to June 28, 2024.

5. On July 2, 2024, the Court entered an order approving a stipulation between the Plaintiffs and the Trustee [Adv. Docket No. 14], which further extended the Response Deadline to July 29, 2024.

6. On July 31, 2024, the Court entered an order approving a stipulation between the Plaintiffs and the Trustee [Adv. Docket No. 16], which further extended the Response Deadline to August 30, 2024.

7. On September 3, 2024, the Court entered an order approving a stipulation between the Plaintiffs and the Trustee [Adv. Docket No. 18], which further extended the Response Deadline to September 30, 2024.

8. On October 8, 2024, the Court entered an order approving a stipulation between the Plaintiffs and the Trustee [Adv. Docket No. 20], which further extended the Response Deadline to October 30, 2024.

9. To avoid the cost of litigation while the Parties attempt to resolve the asserted claims, Plaintiffs and the Trustee hereby enter into this stipulation (the "Stipulation"), pursuant to which Plaintiffs have agreed to continue the Trustee's time to answer or otherwise respond to the Complaint through December 2, 2024.

**WHEREFORE**, the Parties stipulate that:

1. The Trustee shall have through and including December 2, 2024 to answer or otherwise respond to the Complaint.

2. This Stipulation is without prejudice to any party's rights.

Dated: October 31, 2024                **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

Dated: October 31, 2024

**LOIZIDES, P.A.**

*/s/ Christopher D. Loizides*
Christopher D. Loizides (DE Bar No. 3968)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

-and-

**RAISNER ROUPINIAN LLP**
Jack A. Raisner
René S. Roupinian
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 221-1747
Email: rsr@raisnerroupinian.com
        jar@raisnerroupinian.com

*Counsel to Plaintiffs and the Putative Class Plaintiffs*