# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | Case No. 24-10353 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 22, 2024 AT 10:00 A.M. (EASTERN TIME)**

**MATTERS GOING FORWARD**

1. Motion of Toyota Industries Commercial Finance, Inc., for Relief From Automatic Stay Due to Lack of Adequate Protection [Filed: 5/6/24] (Docket No. 56)

   Response Deadline:   May 31, 2024 at 4:00 p.m. (prevailing Eastern Time)

   Related Documents:

   (a) Re-Notice of Motion for Relief From Automatic Stay Due to Lack of Adequate Protection [Filed 9/16/24] (Docket No. 123)

   Responses Received:

   (a) Chapter 7 Trustee's Objection to Motion of Toyota Industries Commercial Finance, Inc. for Relief From the Automatic Stay [Filed 5/31/24] (Docket 80)

   Status   The Trustee is finalizing a motion for the proposed sale of the vehicles that are the subject of this motion and will seek the movant's consent to further adjourn the hearing to the date of the sale motion.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

2.  Motion of Mitsubishi HC Capital America, Inc. for Relief From the Automatic Stay Pursuant to §362(d)(1) and for Waiver of Rule 4001(a)(3) [Filed: 11/5/24] (Docket No. 142)

    Response Deadline:    November 15, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:    None.

    Responses Received:   None

    Status:    The parties intend to file a stipulation resolving this motion under certification of counsel prior to the hearing.

Dated: November 20, 2024          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*