## EXHIBIT B

**Declaration**

4912-7209-7808.1 57097.001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) ) ) | Case No. 24-10353 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF JOSHUA OLSHIN IN SUPPORT OF APPLICATION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER: (I) AUTHORIZING CHAPTER 7 TRUSTEE TO EMPLOY AND RETAIN AUCTION ADVISORS LLC AS AUCTIONEER, EFFECTIVE AS DECEMBER 27, 2024; (II) APPROVING THE TERMS OF THE ENGAGEMENT AGREEMENT; (III) MODIFYING CERTAIN TIMEKEEPING REQUIREMENTS; AND (IV) GRANTING RELATED RELIEF**

I, Joshua Olshin, declare as follows:

1. I am a managing partner of Auction Advisors LLC ("Auction Advisors").

2. I am duly authorized to make this declaration (the "Declaration") on behalf of Auctions Advisors. I submit this Declaration in support of the *Application of George L. Miller, Chapter 7 Trustee, for Entry of an Order: (i) Authorizing Chapter 7 Trustee to Employ and Retain Auction Advisors LLC as Auctioneer, Effective as of December 27, 2024; (ii) Approving the Terms of the Engagement Agreement; (iii) Waiving Certain Timekeeping Requirements; and (iv) Granting Related Relief* (the "Application").[2]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

4912-7209-7808.1 57097.001

3. Unless otherwise indicated herein, the facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

## Auction Advisors's Qualifications

4. Operating for over 20 years, Auction Advisors is a prominent middle-market firm specializing in brokerage, fiduciary, liquidation & auction services. It assists clients in effectively managing and maximizing the disposition value of their real estate, commercial assets, and businesses. Auction Advisors conducts dozens of auction projects per year, nationally. Auction Advisors has sold 100s of vehicles through auction.

## Services to be Provided

5. In consideration for the compensation contemplated in the Auction Agreement, Auction Advisors has provided and has agreed to provide the following services (the "Services") in the cases:[3]

> (a) The Auction(s) will be conducted as soon as practicable and completed no later than February 28, 2025, with the exact date(s) of the start of the Auction and completion of the Auction to be mutually agreed upon by Trustee and Auctioneer. At all times the Auction will be conducted online through either a propriety or third party platform which Auctioneer customarily uses for vehicle sales (collectively, the "Website").
>
> (b) All Assets in the Auction shall be sold to the highest bidder (subject only to the purchaser's timely payment in full and removal of purchased Assets). Auctioneer, however, does not guarantee that any sale will be completed, and Auctioneer is not responsible in the event that a purchaser fails to live up to its agreement and complete

---

[3] The summary of the Auction Agreement in this Application is qualified in its entirety by reference to the provisions of the Auction Agreement. To the extent that there is any discrepancy between the summary contained herein and the terms set forth in the Auction Agreement, the terms of the Auction Agreement shall govern and control. Capitalized terms used in describing the terms of the Auction Agreement, but not otherwise defined herein, shall have the meanings given to such terms in the Auction Agreement.

a purchase, provided Auctioneer guarantees payment for any asset it authorizes to be removed from the premises..

## Professional Compensation

6. In consideration of the Services, and as more fully described in the Engagement Agreement, subject to the Court's approval, the Trustee has agreed to pay Auction Advisors the proposed compensation (the "Compensation") set forth in the Auction Agreement, which is summarized below:

(a) Auctioneer Advisors will be paid a commission (the "Commission") equal to Fifteen Percent (15%) of the bid amount of any sale of the Vehicles. Additionally, as is customary at auction, the Auctioneer will charge any buyer a "Buyer's Premium" equal to Fifteen Percent (15%) of the bid amount as well. Such Buyer's Premium shall be paid by the buyer and remitted to Auctioneer together with the Commission:

(b) Reimbursement for Marketing Expenses not to exceed $5,000 and only be for actual, reasonably incurred expenses; and

(c) Reimbursement for Vehicle Prep Expenses subject to approval by the Trustee on an itemized basis.

7. The Compensation described above is comparable to compensation generally charged by other firms of similar stature to Auction Advisors for comparable engagements, both in and out of bankruptcy. Auction Advisors and the Trustee believe that the Compensation is reasonable.

## Disinterestedness

8. In connection with its proposed retention by the Trustee in these cases, Auction Advisors undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors'

4912-7209-7808.1 57097.001                           3

estates. Specifically, Auction Advisors obtained from the Trustee and their representatives the names of individuals and entities on the creditor matrices filed in these cases.

9. To the best of my knowledge and belief, Auction Advisors has not represented any potential parties in interest. In connection with matters relating to the Debtors or their estates, assets, or businesses, and Auction Advisors will not represent other entities that are creditors of, or have other relationships to, the Debtors in matters relating to the chapter 7 cases.

10. As of the Petition Date, the Debtors did not owe Auction Advisors any fees or expenses incurred prior to the Petition Date.

11. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, except with respect to the Auction Agreement, Auction Advisors has not been retained to assist any entity or person other than the Trustee on matters relating to, or in direct connection with, the chapter 7 cases.

12. I am not related or connected to, and to the best of my knowledge no other professional of Auction Advisors who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware or any employee in the Office of the United States Trustee for Region 3.

13. Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, none of Auction Advisors, I, nor any employee of Auction Advisors who will work on the engagement holds or represents any interest adverse to the Debtors or their estates, and Auction Advisors is a "disinterested person" as that term is defined in section 101(14) of the

Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that Auction Advisors, its professionals and employees who will work on the engagement:

(a) are not creditors, equity security holders, or insiders of the Debtors;

(b) were not, within two years before the date of filing of the Debtors' petitions, a director, officer, or employee of the Debtors; and

(c) do not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.

14. The Trustee has retained Auction Advisors in the past in matters unrelated to the Debtors' cases.

15. To the extent that Auction Advisors discovers any additional facts bearing in a material respect on its disinterestedness during the period of Auction Advisor's retention in connection with the cases, Auction Advisors will supplement this Declaration as required by Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 15, 2025

        Respectfully Submitted,

        */s/ Joshua Olshin*
        Joshua Olshin
        Managing Partner
        Auction Advisors LLC