IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) Case No. 24-10353 (TMH) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 5, 2025 AT 11:00 A.M. (EASTERN TIME)**

**UNCONTESTED MATTER**

1. Application of George L. Miller, Chapter 7 Trustee for Entry of an Order: (i) Authorizing Chapter 7 Trustee to Employ and Retain Auction Advisors LLC as Auctioneer, Effective as of December 27, 2024; (II) Approving the Terms of the Engagement Agreement; (III) Modifying Certain Timekeeping Requirements; and (IV) Granting Related Relief [Filed: 1/15/25] (Docket No. 160)

    Response Deadline:        January 28, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    (a)    Certification of No Objection Regarding Application of George L. Miller, Chapter 7 Trustee for Entry of an Order: (i) Authorizing Chapter 7 Trustee to Employ and Retain Auction Advisors LLC as Auctioneer, Effective as of December 27, 2024; (II) Approving the Terms of the Engagement Agreement; (III) Modifying Certain Timekeeping Requirements; and (IV) Granting Related Relief [Filed: 2/3/25] (Docket No. 163)

    Responses Received:        None.

    Status        The Trustee filed a certification of no objection and submitted a proposed order to the Court. No hearing is necessary unless the Court has any questions.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

2.  Motion of Toyota Industries Commercial Finance, Inc., for Relief From Automatic Stay Due to Lack of Adequate Protection [Filed: 5/6/24] (Docket No. 56)

    Response Deadline:    May 31, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    (a)  Re-Notice of Motion for Relief From Automatic Stay Due to Lack of Adequate Protection [Filed 9/16/24] (Docket No. 123)

    Responses Received:

    (a)  Chapter 7 Trustee's Objection to Motion of Toyota Industries Commercial Finance, Inc. for Relief From the Automatic Stay [Filed 5/31/24] (Docket 80)

    Status    The Trustee intends to include the vehicles subject to this motion in a sale by the proposed liquidator, Auction Advisors LLC. The Trustee has requested that the movant adjourn this motion pending the proposed sale of the vehicles.

3.  Motion of Mitsubishi HC Capital America, Inc. for Relief From the Automatic Stay Pursuant to §362(d)(1) and for Waiver of Rule 4001(a)(3) [Filed: 11/5/24] (Docket No. 142)

    Response Deadline:    November 15, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    (a)  Certification of Counsel Submitting Order Approving Stipulation Between Chapter 7 Trustee and Mitsubishi HC Capital America Inc. Regarding Stay Relief For Recovery of Vehicles [Filed: 2/__/25] (Docket No. [____])

    Responses Received:    None

    Status:    The parties will submit a stipulation under certification of counsel to grant the relief requested in part. The Trustee intends to include the remaining vehicles subject to this motion in a sale by the proposed liquidator, Auction Advisors LLC. The motion will be adjourned pending the proposed sale of the vehicles.

| | |
|---|---|
| Dated:  February 3, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br> /s/ *Colin R. Robinson*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward A. Corma (DE Bar No. 6718)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:    bsandler@pszjlaw.com<br>              crobinson@pszjlaw.com<br>              pkeane@pszjlaw.com<br>              ecorma@pszjlaw.com<br><br>*Counsel to George L. Miller, Chapter 7 Trustee* |

4912-4136-6806.2 57099.00001