IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| POLISHED.COM INC., *et al.*,[1] | ) | Case No. 24-10353 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 160** |

**ORDER: (I) AUTHORIZING CHAPTER 7 TRUSTEE TO EMPLOY AND RETAIN AUCTION ADVISORS LLC AS AUCTIONEER, EFFECTIVE AS OF DECEMBER 27, 2024; (II) APPROVING THE TERMS OF THE ENGAGEMENT AGREEMENT; (III) MODIFYING CERTAIN TIMEKEEPING REQUIREMENTS; AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the application (the "Application")[2] filed by George L. Miller, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (collectively, the "Debtors"), for entry of an order (this "Order"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-2(h) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"): (i) authorizing the Trustee to employ and retain Auction Advisors LLC as auctioneer for the Trustee, effective as of the Petition Date (as defined below) in accordance with the terms and conditions set forth in that

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

1

certain Asset Disposition & Auction Services Agreement (the "Auction Agreement"), a copy of which is attached hereto as **Exhibit 1**; (ii) approving the terms of the Auction Agreement and related provisions set forth therein; (iii) modifying certain information requirements of Local Rule 2016-2; and (iv) granting related relief, all as more fully set forth in the Application; and upon consideration of the Declaration attached to the Application as Exhibit B; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Application and a hearing on the Application was sufficient under the circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein and that the terms and conditions of Auction Advisor's engagement, including but not limited to the fee and expense structure set forth in the Auction Agreement and summarized in the Application, are reasonable as required by section 328(a) of the Bankruptcy Code; and the Court having found that Auction Advisor is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; and the Court having found that the relief requested in the Application is in the best interests of the

Debtors' estates, their creditors, and all other parties in interest; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

The Application is GRANTED as set forth herein.

1. The Trustee is hereby authorized, pursuant to sections 327 and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, to employ and retain Auction Advisors as auctioneer in accordance with the terms and conditions set forth in the Auction Agreement, effective as of the Petition Date, and to pay fees and reimburse expenses to Auction Advisors on the terms and at the times specified in the Auction Agreement, subject to the modifications set forth herein.

2. The terms of the Auction Agreement, attached hereto as **Exhibit 1**, are approved in all respects except as limited or modified herein.

3. Asset purchasers at the Auction shall be deemed to be good faith purchasers pursuant to the provisions of section 363(m) and any other applicable provision of the Bankruptcy Code.

4. Auction Advisors is granted a waiver of the information requirements relating to compensation requests set forth in Local Rule 2016-2(d) to the extent requested in the Application and shall not be required to maintain time records in accordance with Local Rule 2016-2(d).  Auction Advisors shall not be required to file a fee application in these cases.

5. Notwithstanding any Bankruptcy Rule or Local Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

6. To the extent that there may be any inconsistency between the terms of the Application, the Declaration, the Auction Agreement, and this Order, the terms of this Order shall govern.

7. The Trustee is hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: February 3rd, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**