Alexis Ostrander
7555 Mulholland Drive
Los Angeles, CA 90046
iamaostrander@gmail.com
818-914-1303

RECEIVED

2025 MAR 19  AM 10: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

3/13/2025

Clerk's Office
United States Bankruptcy Court
824 N Market Street
Wilmington, DE 19801

Subject: Address Change Notification – Bankruptcy Case No. 24-10356-TMH, Claim No. 33-5

To Whom It May Concern,

I am writing to formally request an update to my mailing address in relation to Appliance Connection Bankruptcy Case No. 24-10356-TMH, Claim No. 33-5.

Please update my records to reflect my new address:

New Address:
7555 Mulholland Drive
Los Angeles, CA 90046

I am no longer residing at my previous address (8617 Allenwood Road, Los Angeles, CA 90046) and request that all future correspondence be directed to my current address listed above.

Additionally, could you please email me a confirmation once my request has been formally received and the changes have been updated in your records? You may reach me at iamaostrander@gmail.com.

If any additional information is required, please let me know at your earliest convenience.

Thank you for your prompt attention to this matter.

Sincerely,

Alexis Ostrander