**<u>Exhibit A</u>**

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_** |

**ORDER GRANTING MOTION OF DYNAMIC MARKETING INC. FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the Motion[2] of Dynamic Marketing Inc. ("DMI") seeking entry of an order (this "Order") pursuant to sections 365(d)(3) and 503(b) of the Bankruptcy Code for the allowance and payment of an administrative expense priority claim (the "Administrative Claim") for amounts due and owing under the Subleases; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the proceedings on the Motion being core proceedings pursuant to 28 U.S.C. § 157(b); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629);Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

notice need be provided; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 7 Trustee is compelled to perform all obligations under the Subleases as such obligations come due pursuant to section 365(d)(3) of the Bankruptcy Code.

3. DMI shall have an allowed administrative expense priority claim pursuant to sections 365(d)(3) and 503(b) of the Bankruptcy Code in the amount of $1,640,677.28 (the "Administrative Claim").

4. The Chapter 7 Trustee shall pay the Administrative Expense Claim within five calendar days of entry of this Order.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.