IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) Case No. 24-10353 (TMH) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 25, 2025, AT 11:00 A.M. (EASTERN TIME) BEFORE COURT
JUDGE FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 3RD
FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**ADJOURNED MATTER:**

1. Motion of Dynamic Marketing Inc. for Allowance and Payment of Administrative Expense Claim [Filed: 07/11/25] (Docket No. 184)

    Response Deadline:    July 18, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:    None

    Responses Received:

    a) Chapter 7 Trustee's Objection and Reservation of Rights to Motion of Dynamic Marketing Inc. for Allowance and Payment of Administrative Expense Claim [Filed 7/17/25] (Docket No. 186)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

4933-3811-7463.1 57099.00001

Status  The hearing on this matter is adjourned to the omnibus hearing on August 25, 2025, at 10:00 a.m. (ET).

**MATTER WITH CERTIFICATION OF COUNSEL:**

2. Motion of Continental Insurance Company for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) [Filed: 6/23/25] (Docket No. 182)

    Response Deadline:  July 7, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:  None

    Responses Received:

    a) Chapter 7 Trustee's Limited Objection and Reservation of Rights to Motion of Continental Insurance Company for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) [Filed 7/4/25] (Docket No. 183)

    b) Certification of Counsel [Filed: TBD] (Docket No. TBD)

    Status  The parties are negotiating a stipulation to resolve this matter and expect to submit the stipulation under certification of counsel once documentation is complete.

Dated: July 23, 2025    **PACHULSKI STANG ZIEHL & JONES LLP**

                 */s/ Peter J. Keane*
                 Bradford J. Sandler (DE Bar No. 4142)
                 Peter J. Keane (DE Bar No. 5503)
                 Edward A. Corma (DE Bar No. 6718)
                 919 North Market Street, 17th Floor
                 P.O. Box 8705
                 Wilmington, DE 19899-8705 (Courier 19801)
                 Telephone:  (302) 652-4100
                 Facsimile:  (302) 652-4400
                 Email: bsandler@pszjlaw.com
                    pkeane@pszjlaw.com
                    ecorma@pszjlaw.com

                 *Counsel to George L. Miller, Chapter 7 Trustee*