IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| POLISHED.COM INC. *et al.*,[1] | ) ) | Case No. 24-10353 (TMH) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | Re: Docket No. 182 |

**CERTIFICATION OF COUNSEL SUBMITTING ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE
AND CONTINENTAL INSURANCE COMPANY REGARDING PAYMENT OF POST-PETITION PREMIUM AND RETROACTIVE CANCELLATION
OF DEBTORS' INSURANCE POLICIES**

The undersigned counsel hereby certifies that:

1. On March 7, 2024, each of the above-captioned debtors (the "Debtors") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). George L. Miller (the "Trustee") was appointed as chapter 7 trustee in these cases on March 12, 2024 and is so qualified and acting.

2. The Trustee and Continental Insurance Company and their applicable North American insurance affiliates (individually or collectively, the "CNA Insurance Companies" or "CNA" and together with the Trustee, the "Parties") have negotiated and entered into the attached stipulation (the "Stipulation") resolving the *Motion of Continental Insurance Company for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)* [Docket No. 182]. A proposed order approving the Stipulation is attached hereto as **Exhibit A**. The Stipulation is attached as Exhibit 1 to the proposed order.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

3. Based on the foregoing, the Parties respectfully request entry of the proposed order at the Court's earliest convenience.

| | |
|---|---|
| Dated: July 24, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:     bsandler@pszjlaw.com
               pkeane@pszjlaw.com
               ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*