IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) Case No. 24-10353 (TMH) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 25, 2025, AT 11:00 A.M. (EASTERN TIME) BEFORE COURT JUDGE FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT AS NO MATTERS ARE GOING FORWARD**

**ADJOURNED MATTER:**

1.  Motion of Dynamic Marketing Inc. for Allowance and Payment of Administrative Expense Claim [Filed: 07/11/25] (Docket No. 184)

    Response Deadline:   July 18, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:   None

    Responses Received:

    a)  Chapter 7 Trustee's Objection and Reservation of Rights to Motion of Dynamic Marketing Inc. for Allowance and Payment of Administrative Expense Claim [Filed 7/17/25] (Docket No. 186)

    Status    The hearing on this matter is adjourned to the omnibus hearing on August 25, 2025, at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

[2] **For ease of reference, amended items appear in bold font.**

4933-3811-7463.2 57099.00001

1

**MATTER WITH CERTIFICATION OF COUNSEL:**

2.  Motion of Continental Insurance Company for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) [Filed: 6/23/25] (Docket No. 182)

    Response Deadline:   July 7, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:   None

    Responses Received:

    a)  Chapter 7 Trustee's Limited Objection and Reservation of Rights to Motion of Continental Insurance Company for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) [Filed 7/4/25] (Docket No. 183)

    b)  **Certification of Counsel Submitting Order Approving Stipulation Between Chapter 7 Trustee and Continental Insurance Company Regarding Payment of Post-Petition Premium and Retroactive Cancellation of Debtors Insurance Policies [Filed: 7/24/25] (Docket No. 190)**

    c)  **Order Approving Stipulation Between Chapter 7 Trustee and Continental Insurance Company Regarding Payment of Post-Petition Premium and Retroactive Cancellation of Debtors Insurance Policies [Filed: 7/25/25] (Docket No. 191)**

    Status   **An order approving the stipulation was entered by the Court. No hearing is necessary.**

Dated: July 25, 2025                   **PACHULSKI STANG ZIEHL & JONES LLP**

                                                                */s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:   bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*