**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., et al.,1 | Case No. 24-10353-TMH |
| Debtor | (Jointly Administered) |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND FOR ENTRY OF ORDER WAIVING THE PROVISION OF FED. R. BANKR. P. 4001(a)(4)**

NOW COMES Ally Bank, a secured creditor in the above-captioned bankruptcy case, by its counsel, Orlans Law Group PLLC, as and for a motion pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001(a)(4), seeking an Order granting relief from the Automatic Stay in order to obtain possession and dispose of its collateral, namely one 2020 RAM Promaster and states the following as grounds therefore:

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 1334(b) and § 157(a) and 11 U.S.C. § 362(d). Upon information and belief, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2. On March 7, 2024, the Debtor, above-named, filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the District of Delaware.

3. Ally Bank (the "Creditor") is a secured creditor and the holder of a duly perfected security interest in one (1) 2020 RAM Promaster VIN No. 3C6TRVDG2LE118190 (the

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connections Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

"Vehicle") pursuant to a Retail Installment Sale Contract Simple Finance Charge (with Arbitration Provision) (the “Contract”), a retail installment contract between the Debtor YF Logistics LLC and Queens 26 Motors Corp (the “Seller”) entered into on November 23, 2021, whereby the Debtor agreed to pay a total of $55,759.68 in 72 monthly payments of $774.44 each in connection with the purchase of the Vehicle. Thereafter, pursuant to its terms, the Contract was duly assigned by the Seller to Ally Bank and the latter is now the holder and owner of the same. True and correct redacted versions of the Contract and Proof of Lien Perfection are attached as Exhibits “A” and “B”, respectively.

4. Pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the Court shall grant relief from the automatic stay for cause, including lack of adequate protection of an interest in property of such party in interest.

5. As of July 26, 2025, the net total balance due on the obligation to Creditor was $35,511.91 as the vehicle was impounded on June 13, 2025.

6. That Creditor has ascertained that the clean retail value of the Vehicle is $25,300.00 based on N.A.D.A. Used Car Guide's estimated value of the Vehicle. A copy of the N.A.D.A. Guide for valuation of the Vehicle is attached hereto as Exhibit “C”.

7. Upon information and belief, there is no other encumbrance affecting the Vehicle, and there is no other collateral securing the indebtedness.

8. It is respectfully asserted that the Creditor’s interest in the Vehicle will not be adequately protected if the automatic stay is allowed to remain in effect.

9. Accordingly, sufficient cause exists to grant the Creditor relief from the automatic stay.

WHEREFORE, the Creditor, Ally Bank, respectfully requests that the Court issue an Order, pursuant to 11 U.S.C. §362(d), either:

a. Granting the Creditor relief from the automatic stay in order to obtain possession and dispose of the Vehicle, the entry of which order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(4); and

b. For such other and further relief as the Court may deem just and proper.

Date: September 5, 2025
Wilmington, Delaware

Respectfully submitted,

*/s/ Elizabeth A. Trachtman*

Elizabeth A. Trachtman (DE #6941)
Melanie J. Thompson (DE #3588)
Orlans Law Group PLLC
4250 Lancaster Pike, Suite 140
Wilmington, DE 19805
(302) 339-8800
Attorneys for Ally Bank
etrachtman@orlans.com
mthompson@orlans.com

**CERTIFICATE OF SERVICE**

The undersigned states that on September 5, 2025, copies of the foregoing Motion for Relief from Automatic Stay were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

George L. Miller
1628 John F. Kennedy Blvd., Suite 950
Philadelphia, PA 19103-2110
gmiller@mctllp.com
*Bankruptcy Trustee*

Scott D. Cousins
Lewis Brisbois
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
scott.cousins@lewisbrisbois.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion for Relief from Automatic Stay to the following non-ECF participants:

YF Logistics LLC
1870 Bath Avenue
Brooklyn, NY 11214
*Debtor*

Dated: September 5, 2025
Wilmington, Delaware

Orlans Law Group PLLC

*/s/ Elizabeth A. Trachtman*
Elizabeth A. Trachtman (DE #6941)
Melanie J. Thompson (DE #3588)