**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | Case No. 24-10353-TMH |
| Debtor | (Jointly Administered) |
| | **Objections due by: September 15, 4:00 p.m.** |
| | **Hearing Date: September 22, 2025** |

## NOTICE OF MOTION OF ALLY BANK FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:

| | | |
|---|---|---|
| YF Logistics LLC | Scott D. Cousins, Esquire | George L. Miller |
| 1870 Bath Avenue | Lewis Brisbois | 1628 John F. Kennedy |
| Brooklyn, NY 11214 | 500 Delaware Avenue, Suite 700 | Blvd., Suite 950 |
| Debtor | Wilmington, DE 19801 | Philadelphia, PA 19103-2110 |
| | Attorney for Debtor | Trustee |

Ally Bank ("Movant") has filed a Motion for Relief from Automatic Stay which seeks the following relief:

relief from the Automatic Stay to exercise Movant's rights and remedies under a mortgage or similar encumbrances with regard to a parcel of real property located at:

**HEARING ON THE MOTION WILL BE HELD ON SEPTEMBER 22 ,2025 AT 1:00 PM., AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DE 19801. ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE SEPTEMBER 15, 2025, AT 4:00 P.M. EASTERN TIME. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connections Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

You are required to file a response (and the supporting documentation required by Local rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

> Elizabeth A. Trachtman
> Melanie J. Thompson
> 4250 Lancaster Pike, Suite 140
> Wilmington, DE 19805
> (302) 339-8800
> Attorneys for Ally Bank

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Date: September 5, 2025
Wilmington, Delaware

Respectfully submitted,

*/s/ Elizabeth A. Trachtman*
Elizabeth A. Trachtman (DE #6941)
Melanie J. Thompson (DE #3588)
Orlans Law Group PLLC
4250 Lancaster Pike, Suite 140
Wilmington, DE 19805
(302) 339-8800
Attorneys for Ally Bank
etrachtman@orlans.com
mthompson@orlans.com