# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | Case No. 24-10353-TMH |
| Debtor. | (Jointly Administered) |
| | **Re: Docket No. 200** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Motion for Relief from the Automatic Stay* filed on September 5, 2025, filed by Ally Bank (Docket No. 200). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of Motion*, objections to the Motion were to be filed and served no later than September 15, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Date: September 16, 2025
Wilmington, Delaware

Respectfully submitted,

*/s/ Elizabeth A. Trachtman*
Elizabeth A. Trachtman (DE #6941)
Melanie J. Thompson (DE #3588)
Orlans Law Group PLLC
4250 Lancaster Pike, Suite 140
Wilmington, DE 19805
(302) 339-8800
etrachtman@orlans.com
mthompson@orlans.com
Attorneys for Ally Bank

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connections Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).