# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*, | Case No. 24-10353 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SERVICE OF DYNAMIC MARKETING INC.'S (I) FIRST SET OF INTERROGATORIES TO CHAPTER 7 TRUSTEE AND (II) REQUEST FOR PRODUCTION OF DOCUMENTS TO CHAPTER 7 TRUSTEE

**PLEASE TAKE NOTICE** that Dynamic Marketing Inc. ("DMI"), by its undersigned counsel, served a copy of *Dynamic Marketing Inc.'s (I) First Set of Interrogatories to Chapter 7 Trustee and (II) Request for Production of Documents to Chapter 7 Trustee* via U.S. Mail and electronic mail on October 3, 2025 to the below counsel for George L. Miller, Chapter 7 Trustee:

> Bradford J. Sandler (bsandler@pszjlaw.com)
> Peter J. Keane (pkeane@pszjlaw.com)
> Edward A. Corma (ecorma@pszjlaw.com)
> Pachulski Stang Ziehl & Jones LLP
> 919 North Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705

Dated: October 3, 2025  **COLE SCHOTZ P.C.**

*/s/ Stacy L. Newman*
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: snewman@coleschotz.com

*Counsel to Dynamic Marketing Inc.*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

67466/0001-51498341v1