# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE OF OBJECTIONS AND RESPONSES OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, TO DYNAMIC MARKETING INC.'S (I) FIRST SET OF INTERROGATORIES TO CHAPTER 7 TRUSTEE AND (II) REQUEST FOR PRODUCTION OF DOCUMENTS TO CHAPTER 7 TRUSTEE

**PLEASE TAKE NOTICE** that on October 30, 2025, a true and correct copy of the *Objections and Responses of George L. Miller, Chapter 7 Trustee, to Dynamic Marketing Inc.'s (I) First Set of Interrogatories to Chapter 7 Trustee and (II) Request for Production of Documents to Chapter 7 Trustee* was served via email upon Dynamic Marketing, Inc. as set forth below:

Stacy L. Newman, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: snewman@coleschotz.com

*Counsel to Dynamic Marketing Inc.*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

|  |  |
|---|---|
| Dated: October 31, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>/s/ *Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward A. Corma (DE Bar No. 6718)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:   bsandler@pszjlaw.com<br>           pkeane@pszjlaw.com<br>           ecorma@pszjlaw.com<br><br>*Counsel to George L. Miller, Chapter 7 Trustee* |

4898-5963-4550.1 57099.00001