## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| POLISHED.COM INC., *et al.*,[1] | ) | Case No. 24-10353 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 6th day of November, 2025, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Section 542 of the Bankruptcy Code to Compel Turnover of Bank Records [Docket No. 209]**

Dated:  November 7, 2025

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are:  Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

## Service List

*Via Certified Mail*
Paypal, Inc. Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

*Via Certified Mail*
PayPal
2211 North First Street
San Jose, CA 95131

*Via Certified Mail*
Registered Agent:
Manufacturers And Traders Trust Company
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Via Certified Mail*
M&T Bank
One M&T Plaza
8th Floor
Buffalo, NY 14203

*Via Certified Mail*
M&T Bank Corporation
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

*Via Certified Mail*
Corporate Headquarters:
Capital One Financial Corporation
1680 Capital One Drive
McLean, VA 22102

*Via Certified Mail*
Registered Agent:
Capital One Financial Corporation
Corporation Service Company,
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

**FIRST CLASS MAIL**
Bank of America, N.A., as Agent,
Agency Management,
540 W. Madison Street,
Chicago, IL 60601

**FIRST CLASS MAIL**
Larry Carlson
2004 W. 3rd Street Ext.
Boone, IA 50036-3868

**FIRST CLASS MAIL**
New York State Department of Taxation &
Finance
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

**FIRST CLASS MAIL**
Marilyn Rappaport
5 Bloomingdale Dr
Scarsdale, NY 10583

**FIRST CLASS MAIL**
Raymond Cartade
2497 Breakwater Way, Apt. 4-101
Naples, FL 34112

**ELECTRONIC MAIL**
*(Counsel to Debtor)*
Scott D. Cousins, Esq.
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Avenue Suite 700
Wilmington, Delaware 19801
**Email: scott.cousins@lewisbrisbois.com;**

**ELECTRONIC MAIL**
*(Counsel to Bank of America)*
Bank of America, N.A., as Agent
c/o Morgan Lewis
Attn: Jennifer Feldsher
101 Park Ave
New York, NY 10178-0060
**Email:**
**jennifer.feldsher@morganlewis.com;**

**ELECTRONIC MAIL**
*(Counsel to Pinnacle Express)*
Gray Robinson, P.A.
Jeffrey M. Schlerf
1007 North Orange St., 4th Floor #127
Wilmington, DE 19801
**Email: valerie.taylor@gray-robinson.com;**

**ELECTRONIC MAIL**
U.S. Trustee
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
**Email: USTPRegion03.wl.ecf@usdoj.gov;**

**ELECTRONIC MAIL**
*(Counsel to Hinna Zeeshan and Sophia Saada,*
*on behalf of themselves and similarly*
*situated plaintiffs)*
Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
**Email: loizides@loizides.com;**

**ELECTRONIC MAIL**
*(Counsel to Hinna Zeeshan and Sophia Saada,*
*on behalf of themselves and similarly*
*situated plaintiffs)*
Jack A. Raisner
Raisner Roupinian LLP
270 Madison Avenue, Suite 1801
New York, NY 10010
**Email: jar@raisnerroupinian.com;**

**ELECTRONIC MAIL**
*(Counsel to Hinna Zeeshan and Sophia Saada, on behalf of themselves and similarly situated plaintiffs)*
René S. Roupinian
Raisner Roupinian LLP
270 Madison Avenue, Suite 1801
New York, NY 10010
**Email: rsr@raisnerroupinian.com;**

***ELECTRONIC MAIL***
*(Counsel to Westgate 200 LLC)*
Ashby & Geddes, P.A.
Gregory A. Taylor, Esq.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
**Email: gtaylor@ashbygeddes.com;**

***ELECTRONIC MAIL***
*(Counsel to Westgate 200 LLC)*
Thompson Coburn LLP
David A. Warfield, Esq.
One US Bank Plaza
St. Louis, MO 63101
**Email: dwarfield@thompsoncoburn.com;**

***ELECTRONIC MAIL***
*(Counsel to Toyota Industries Commercial Finance, Inc.)*
McCabe, Weisberg & Conway, LLC
Chase N. Miller, Esq.
1415 Foulk Road, Suite 100
Wilmington, DE 19803
**Email: chasemiller@mwc-law.com;**

***ELECTRONIC MAIL***
Broadridge Financial Solutions
1155 long Island Avenue
Edgewood, NY 11717
 **Email:
creditadministration@broadridge.com;**

***ELECTRONIC MAIL***
Joseph Simonowich
Mediant Communications, Inc.
400 Regency Forest Drive
Suite 200
Cary, NC 27518
**Email: joseph.simonowich@betanxt.com;**

***ELECTRONIC MAIL***
Nicholas Andrew
AlixPartners, LLP
2000 Town Center, #2400
Southfield, MI 48075
**Email: nandrew@alixpartners.com;**

***ELECTRONIC MAIL***
Michael B. McKeon
605 Begonia Ct.
Jackson, NJ 08527
**Email: mbm1562@yahoo.com;**

***ELECTRONIC MAIL***
Ahmed Serour
67-18 52nd Road
Queens, NY 11378
**Email: aserour.metro@gmail.com;**

***ELECTRONIC MAIL***
Datasite LLC
The Baker Center
733 S. Marquette Ave, Suite 600
Minneapolis, MN 55402
**Email: leif.simpson@datasite.com;**

***ELECTRONIC MAIL***
Rakesh Doshi and Gita Doshi
Ronald J. Morgan
Kirsch, Stone & Morgan
50 Park Place, Ste. 401
Newark, NJ 07102
**Email: rmorgan@ksmlawoffice.com;**

***ELECTRONIC MAIL***
Fernley Repair, LLC
118 Country Ranch Rd
Fernley, NV 89408-118
**Email: fernleyrepair@gmail.com;**

***ELECTRONIC MAIL***
Ferrell's Home and Outdoor, Inc.
2401 South Harper Road
Corinth, MS 38834
**Email: andrew@ferrells.com;**

*ELECTRONIC MAIL*
Tennessee Department of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
**Email: TDOR.bankruptcy@tn.gov;**

*ELECTRONIC MAIL*
Whitehall Products, LLC
1625 Warner Street
Whitehall, MI 49461
**Email:
tstefanits@whitehallproducts.com;**

*ELECTRONIC MAIL*
112 Cooper LLC
Attn: Aaron Yassin
174 Vanderbilt Ave, Apt 409
Brooklyn, NY 11205
**Email: aaron@hivedevelopers.nyc;**

*ELECTRONIC MAIL*
Christopher S. Perkins
9203 Central Green St
Lorton, VA 22079-9203
**Email: chris.perkins@21nm.com;**

*ELECTRONIC MAIL*
GB Best Service LLC
615 22nd St Apt 2R
Union City, NJ 07087
**Email: gbbestservicellc@gmail.com;**

*ELECTRONIC MAIL*
TS Logistic Service LLC
532 Court ST
Elizabeth, NJ 07206
**Email: tslogisticservices@outlook.com;**

*ELECTRONIC MAIL*
Liberty Mutual Insurance
100 Liberty Way
Dover, NH 03820
**Email:
jacquelyn.lawson@libertymutual.com;**

*ELECTRONIC MAIL*
State of New Jersey
Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245
**Email:  munir.samad@treas.nj.gov**;

*ELECTRONIC MAIL*
*(Counsel to Dynamic Marketing Inc.)*
Stacy L. Newman, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
**Email:  snewman@coleschotz.com;**

*ELECTRONIC MAIL*
Noah McKelvin
Colorado Department of Revenue
Bankruptcy Unit, Room 104
1881 Pierce Street
Denver, CO 80214
**Email:  dor_tac_bankruptcy@state.co.us;**

*ELECTRONIC MAIL*
Arizona Fireplaces
3435 E Atlanta Ave
Phoenix, AZ 85040
**Email: cdavis@arizonafireplaces.com;**

*ELECTRONIC MAIL*
Gregory J. DaLuz
11511 Rolling Green Dr
Lakewood Ranch, FL 34211
**Email: daluzgregory@aol.com;**

*ELECTRONIC MAIL*
Michael Clayton
12906 Caminito De Las Olas
Del Mar, CA 92014
**Email: mclayton70@gmail.com;**

***ELECTRONIC MAIL***
Michael Farrell
4985 Lois Dr
Zanesville, OH 43701
**Email: mfarrell7@columbus.rr.com;**

***ELECTRONIC MAIL***
Robert C. Mathias
4110 W. Bath Rd.
Akron, OH 44333
**Email: rcmathias@live.com;**

***ELECTRONIC MAIL***
Cindy McHale
6728 Benham Way
Sacramento, CA 95831
**Email: cmccpa.rdh@gmail.com;**

***ELECTRONIC MAIL***
Mohammed Islam
640 E 2nd St Apt D4
Brooklyn, NY 11218-5618
**Email: msislam73@gmail.com;**

***ELECTRONIC MAIL***
Debbie Marshall
4060 Glencoe Ave No.208
Marina Del Rey, CA 90292
**Email: deborah.e.marshall@gmail.com;**

***ELECTRONIC MAIL***
Steven J. Malnick
20 Skip Lane
Carlisle, PA 17013
**Email: stevem3827@comcast.net;**

***ELECTRONIC MAIL***
Warren Mills
2986 Farmers Rd
Gretna, VA 24557
**Email: mfw@rsnet.org;**

***ELECTRONIC MAIL***
Middleby Residential
4960 Golden Parkway Bldg. 3A
Buford, GA 30518
**Email:
jfigures@middlebyresidential.com;**

***ELECTRONIC MAIL***
Amy Wandrych
7495 Katerina Drive
Helena, MT 59602
**Email: amywandrych@gmail.com;**

***ELECTRONIC MAIL***
Yonadav Leitersdorf
1021 Lehigh Valley Circle
Danville, CA 94526
**Email: litelite@gmail.com;**

***ELECTRONIC MAIL***
Debra Battaglia
240 Tupelo Lake Dr
Summerville, SC 29486
**Email: debra.battaglia@gmail.com;**

***ELECTRONIC MAIL***
Alvaro Loya
221 N Kansas**,** Suite 820
El Paso, TX 79901
**Email: aloya@loyawilke.com;**

***ELECTRONIC MAIL***
Robert Aglira
1152 Newbury Lane
Chester, PA 19380
**Email: sjane1965@gmail.com;**

***ELECTRONIC MAIL***
Sarah Metcalf
202 Wanda Drive
Winnsboro, TX 75494
**Email: sjane1965@gmail.com;**

***ELECTRONIC MAIL***
Craig Schauffel
1048 Dealy Lane
Napa, CA 94559-1048
**Email: pairsnapavalley@yahoo.com;**

***ELECTRONIC MAIL***
Debbie Chartier
128 N Riverside Drive
Horseshoe Bend, ID 83729
**Email: dsavagechartier@gmail.com;**

***ELECTRONIC MAIL***
Inti Chiu
10796 Pines Blvd 105
Pembroke Pines, FL 33026
**Email: intichiu@gmail.com;**

***ELECTRONIC MAIL***
Chadwick Flowers
3434 Braeburn St
Sacramento, CA 95821-3434
**Email: chadwickflowers@gmail.com;**

***ELECTRONIC MAIL***
Kevin Parker
107 N H St
Indianola, IA 50125
**Email: kpark17@netscape.net;**

***ELECTRONIC MAIL***
James Loehrke
204 Sherrod Hill Rd
Edinboro, PA 16412
**Email: jloehrke6@gmail.com;**

***ELECTRONIC MAIL***
Mark Koehler
P.O. Box 35
Sheridan, MT 59749
**Email: A11supercub@gmail.com;**

***ELECTRONIC MAIL***
The CIT Group Commercial Services, Inc.
134 Wooding Ave
Danville, VA 24541
**Email: jennifer.reese@firstcitizens.com;**

***ELECTRONIC MAIL***
Jeanne Lancaster
205 Oak St
Neptune Beach, FL 32266
**Email: lancaster2020@comcast.net;**

***ELECTRONIC MAIL***
Russell Albrycht
63 Home Ave
Meriden, CT 06451-63
**Email: russell.albrycht@gmail.com;**

***ELECTRONIC MAIL***
Rosemarie Massaro
3383 Heyl Rd
Wooster, OH 44691
**Email: massaro.rose@gmail.com;**

***ELECTRONIC MAIL***
Maxine Gomez
305 E 40th St
Apt 11E
New York, NY 10016-2021
**Email: maxine.gomez@gmail.com;**

***ELECTRONIC MAIL***
ADCO Service
7575 E Redfield Rd No.129
Scottsdale, AZ 85260
**Email: hbenecke@adcoservice.com;**

***ELECTRONIC MAIL***
Louise Koch
942 Tidewater Grove Court
Annapolis, MD 21401
**Email: rkoch5988@verizon.net;**

*ELECTRONIC MAIL*
Angela Gilchrist
1700 N Irby Street
Florence, SC 29501
**Email: adg1273@yahoo.com**;

*ELECTRONIC MAIL*
Jewel McIntyre
2959 Murray Town Rd
Burgaw, NC 28425-3785
**Email: jewelmcintyre@yahoo.com**;

*ELECTRONIC MAIL*
Candace Leas
3115 S Silvertip Ln
Meridian, ID 83642
**Email: candaceleas@msn.com**;

*ELECTRONIC MAIL*
Rutherford Equipment, Inc.
14230 Lochridge Blvd, M-P
Covington, GA 30014-4953
**Email: rjr@rutherfordequipment.com**;

*ELECTRONIC MAIL*
James Pedigo
3927 4th Ave
East Moline, IL 61244
**Email: jimpedi49@hotmail.com**;

*ELECTRONIC MAIL*
Kevin Westphal
124 Wildflower Ave
Vallejo, CA 94591
**Email: kw7072016@gmail.com**;

*ELECTRONIC MAIL*
Robert F. Howe
6905 W Strabane Trail
Sioux Falls, SD 57106
**Email: robhowegpa@gmail.com**;

*ELECTRONIC MAIL*
Imperial Industrial Supply
5798 Ontario Mills Pkwy

Ontario, CA 91764
**Email:**
**shels@imperialindustrialsupply.com**;

*ELECTRONIC MAIL*
1STOP Electronics
1870 Bath Avenue
Brooklyn, NY 11214
**Email: jlherendeen@yahoo.com**;

*ELECTRONIC MAIL*
Beverly Merriweather
1213 Golf Course Dr.
Gastonia, NC 28054
**Email: bmerriweather@yahoo.com**;

*ELECTRONIC MAIL*
Echo Global Logistics
Attn: Jeff Short
600 W. Chicago Ave., Suite 200
Chicago, IL 60654
**Email: jshort@echo.com**;

*ELECTRONIC MAIL*
Jennifer A Lagana
6423 Waterthrush Way
Las Vegas, NV 89103
**Email: jenndigf16@yahoo.com**;

*ELECTRONIC MAIL*
Bridgette Brown
4864 100th St SW
Pillager, MN 56473
**Email: earlbridgette2005@gmail.com**;

*ELECTRONIC MAIL*
Miranda Velonis
10 Carriage Lane
New Fairfield, CT 06812
**Email: mirandaek@yahoo.com**;

***ELECTRONIC MAIL***
Pennsville, NJ, USA
193 Lincoln Dr
Pennsville, NJ 08070
**Email: lisazrtrcv99@verizon.net**;

***ELECTRONIC MAIL***
Spencer Reed
892 S 25 E
Cedar City, UT 84720
**Email: spencermreed@gmail.com**;

***ELECTRONIC MAIL***
Media Swazo
18 Laurie Way
Burlington, NJ 08016
**Email: mediamswazo@gmail.com**;

***ELECTRONIC MAIL***
Lauren Costa
88 Washington Place Apt 5A
New York, NY 10011
**Email: lauren.costa@gmail.com**;

***ELECTRONIC MAIL***
State of New Jersey
Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245
**Email: munir.samad@treas.nj.gov**;

***ELECTRONIC MAIL***
Turbo Air Inc
4184 E Conant Street
Long Beach, CA 90808-1789
**Email: sunny@turboairinc.com**;

***ELECTRONIC MAIL***
Julio A Urena
107-17 80th Street
Ozone Park, NY 11417
**Email: blmaxima04@gmail.com**;

***ELECTRONIC MAIL***
Andrea Curl
673 Brush Creek Road
Lawrenceburg, TN 38464
**Email: john.andi.curl@gmail.com**;

***ELECTRONIC MAIL***
Sullivan Construction Company
5310 NW 22nd Avenue
Fort Lauderdale, FL 33309
**Email: maria@buildwithsullivan.com**;

***ELECTRONIC MAIL***
The Stock Market
PO Box 2940
Newport News, VA 23609-2940
**Email: kristy.gibson@the-stockmarket.com**;

***ELECTRONIC MAIL***
Sherry Kidd
3311 48th Street
Snyder, TX 79549
**Email: wjkidd@sbcglobal.net**;

***ELECTRONIC MAIL***
Bejide Legania
305 Woodmont St
Gretna, LA 70056
**Email: bejidelegania@yahoo.com**;

***ELECTRONIC MAIL***
Corinne Madonna
22 Bakley Terrace
West Orange, NJ 07052-22
**Email: corinnemadonna@gmail.com**;

***ELECTRONIC MAIL***
Barbara Garcia
640 Ridgewood Dr
Kooskia, ID 83539
**Email: barbara2you100@yahoo.com**;

***ELECTRONIC MAIL***
Pleune Service Company
750 Himes Street
Temple, MI 49548
**Email: mbeimers@pleuneservice.com;**

***ELECTRONIC MAIL***
Fotile America LLC
6 Campus Drive
Suite 210
Parsippany, NJ 07054-4406
**Email: leisw@fotile.com;**

***ELECTRONIC MAIL***
Dave Prizer
218 Las Flores
Aliso Viejo, CA 92656
**Email: dave.b.prizer@gmail.com;**

***ELECTRONIC MAIL***
Dennis J. Faulkner
9737 Wintergardens Bl #26
Lakeside, CA 92040-3817
**Email: appleimacdude@mac.com;**

***ELECTRONIC MAIL***
Gina Derosa
145 Whitman Road
Waltham, MA 02453
**Email: ginajderosa@gmail.com;**

***ELECTRONIC MAIL***
Goran Cederwall
34522 N Scottsdale Rd 120-652
Scottsdale, AZ 85266
**Email: goran.cederwall@gmail.com;**

***ELECTRONIC MAIL***
Jeremy Wolkenbreit
7466 CR 111A
Salida, CO 81201
**Email: jamosw@hotmail.com;**

***ELECTRONIC MAIL***
Justine Cowan
640 Elmwood Dr NE
Atlanta, GA 30306-640
**Email: justineisabelle@gmail.com;**

***ELECTRONIC MAIL***
1STOP Electronics
1870 Bath Avenue
Brooklyn, NY 11214
**Email: m.mares1448@att.net;**

***ELECTRONIC MAIL***
Kristen Dunn
4522 Cleveland Ave
Rockford, IL 61108-4522
**Email: krisdunn67@gmail.com;**

***ELECTRONIC MAIL***
Jon Pribyl
9353 S. 96th St
Franklin, WI 53132
**Email: aircarboat@gmail.com;**

***ELECTRONIC MAIL***
Brenda Kice Jeffries
22416 E Layton Cir
Aurora, CO 80015
**Email: kiceb@att.net;**

***ELECTRONIC MAIL***
Chasity Gates
185 Gregory Road
El Dorado, AR 71730
**Email: chasitygates0921@gmail.com;**

***ELECTRONIC MAIL***
Sebastiano Alighieri
1559 74th Street
Brooklyn, NY 11228
**Email: sebastiano@alighieri.us;**

***ELECTRONIC MAIL***
Erin O'Brien
1420 Wilson Avenue
Pensacola, FL 32507
**Email: irisheob55@hotmail.com;**

***ELECTRONIC MAIL***
Service Care
3804 3rd Avenue South
Birmingham, AL 35222
**Email: kari.turner@servicecare.net;**

***ELECTRONIC MAIL***
Alex Levental
36 Sagamore Dr
Andover, MA 01810
**Email: erinlevental@gmail.com;**

***ELECTRONIC MAIL***
Mila Sterling
11732 Moorpark St. I
Studio City, CA 91604
**Email: sterlingmila@gmail.com;**

***ELECTRONIC MAIL***
Angelica De Abreu
3355 Club Dr 2312
Lawrenceville, GA 30044
**Email: angelicadabreu@gmail.com;**

***ELECTRONIC MAIL***
Meri Rosa-Pyrce
41558 Eagle Point Way
Temecula, CA 92591
**Email: merirosapyrce@gmail.com;**

***ELECTRONIC MAIL***
Veronica Child
155 E 38 St Apt 3J
New York, NY 10016
**Email: vachild@me.com;**

***ELECTRONIC MAIL***
Amba Products LLC
790 Pickens Industrial Drive
Marietta, GA 30062
**Email: erica@ambaproducts.com;**

***ELECTRONIC MAIL***
Robert Greene
4012 Gift Blvd
Johns Island, SC 29455
**Email: ragreene02@gmail.com;**

***ELECTRONIC MAIL***
Nicole Farran
348 Abby Circle
Greenville, SC 29607
**Email: nicole.farran13@gmail.com;**

***ELECTRONIC MAIL***
Carter & Carter Construction, LLC
Attn: Jimmica
730 N Dean Rd Ste 200
Auburn, AL 36830
**Email: jimmica@carter-carter.net;**

***ELECTRONIC MAIL***
Donnelly Industries Inc.
557 Route 23
Wayne, NJ 07470-557
**Email: dortiz@donnellyind.com;**

***ELECTRONIC MAIL***
Tom Terbell
719 27th Street
San Francisco, CA 94131
**Email: terbell@gmail.com;**

***ELECTRONIC MAIL***
James Kuenzinger
1898 Vista Del Sol
Nipomo, CA 93444-9394
**Email: james.kuenzinger@gmail.com;**

**ELECTRONIC MAIL**
Pam McDonald
11 Mallard Lane
Santa Rosa Beach, FL 32459-11
**Email: decodiva15@gmail.com;**

**ELECTRONIC MAIL**
Wendy Weeks
9117 Valley Brook Court
Waxhaw, NC 28173
**Email: dougweeks3@icloud.com;**

**ELECTRONIC MAIL**
DNP Builders LLC dba O+D Builders
134 Columbia Turnpike
Florham Park, NJ 07932-134
**Email: tbenedetti@abllclaw.com;**

**ELECTRONIC MAIL**
Celia E Foster
900 Country Club Road
Ann Arbor, MI 48105-900
**Email: celiafoster@sbcglobal.net;**

**ELECTRONIC MAIL**
Janee Po
1608 Stoney Run Dr
Wilmington, DE 19803
**Email: janee1278@gmail.com;**

**ELECTRONIC MAIL**
Stephen Olson
22 W. 56th St., Ste. 107, Box 146
Kearney, NE 68847
**Email: slim.pickens7770@yahoo.com;**

**ELECTRONIC MAIL**
Qualarc
11300 Trade Center Drive
Suite A
Rancho Cordova, CA 95742-6330
**Email: michelle@customhomex.com;**

**ELECTRONIC MAIL**
Austin H.I.Borrower LLC; DBA HI Austin
Midtown
6000 Middle Fiskville Road
Austin, Texas 78752
**Email: tbreen@hiausmid.com;**

**ELECTRONIC MAIL**
Eye4fraud
114 Sandford Street
Brooklyn, NY 11205
**Email: yoels@eye4fraud.com;**

**ELECTRONIC MAIL**
ESF Trading Inc.
3035 Richmond Terrace
Staten Island, NY 10303-1301
**Email: marta@esfusa.com;**

**ELECTRONIC MAIL**
Gloria Verdin
1616 West Wabansia Avenue
Chicago, IL 60622
**Email: rverdin2@gmail.com;**

**ELECTRONIC MAIL**
Emerald Home Furnishings
3025 Pioneer Way E
Tacoma, WA 98443
**Email: tcabral@emeraldhome.com;**

**ELECTRONIC MAIL**
Thor International
4651 E Airport Dr
Ontario, CA 91761
**Email:
jair_lopez@thorinternational.com;**

**ELECTRONIC MAIL**
Timothy Wiles
6524 Stonley Cir SW
Ocean Isle Beach, NC 28469
**Email: wiles_tim@yahoo.com;**

***ELECTRONIC MAIL***
James Solomon
166 Sonterra Dr.
Alto, NM 88312
**Email: jsolomon45@windtream.net;**

***ELECTRONIC MAIL***
Charlotte Kuperwasser
149 Old County Rd
Lincoln, MA 01773-3506
**Email: ckuperwa@gmail.com;**

***ELECTRONIC MAIL***
Florida Department of Revenue, Bankruptcy
Frederick F. Rudzik, Esquire
Post Office Box 6668
Tallahassee, FL 32314
**Email: fred.rudzik@floridarevenue.com;**
**FDOR_bankruptcy@floridarevenue.com;**

***ELECTRONIC MAIL***
Bluestar
318 June Ave
Blandon, PA 19510-9566
**Email: pciraulo@bluestarcooking.com;**

***ELECTRONIC MAIL***
K&J Partners LLC dba Neve Distributing
4945 E Hunter Ave
Anaheim, CA 92807
**Email: jasonw@nevedistributing.com;**

***ELECTRONIC MAIL***
American Eagle Furniture
15700 Don Julian Rd
City Of Industry, CA 91745-1031
**Email: sales@aefurniture.com;**

***ELECTRONIC MAIL***
New York State Department Of Labor
State Campus Bldg 12 Rm 256
Albany, NY 12240
**Email: bankruptcy@labor.ny.gov;**

***ELECTRONIC MAIL***
Ariam Asmerom
2355 Lakeview Drive
San Leandro, CA 94577
**Email: asmerom.ariam@gmail.com;**

***ELECTRONIC MAIL***
Kathi Bart's Galeria Two-0-Six
8772 Oak Grove Ave.
Sebastopol, CA 95472
**Email:  kathibart@gmail.com;**

***ELECTRONIC MAIL***
Unique Gas Products Ltd
2245 Wyecroft Road,
No.5
Oakville, ON L6L 5L7
**Email:  pedja@uniqueappliances.com;**

***ELECTRONIC MAIL***
Jennifer Lopes
499 E Newlove Dr Apt L
Santa Maria, CA 93454
**Email:  jennyllopes@gmail.com;**

***ELECTRONIC MAIL***
Nicole Martin
1201 Race Street, Apt 7
Denver, CO 80206
**Email: nmarti2010@gmail.com;**

***ELECTRONIC MAIL***
John Boomhower
1107 W Broadway Ave
Maryville, TN 37801
**Email: john.boomhower@gmail.com;**

***ELECTRONIC MAIL***
Julie Merson
720 Clinton St
Unit 305
Hoboken, NJ 07030
**Email: jewel21862@yahoo.com;**

***ELECTRONIC MAIL***
Jerry Wilt
22603 Big Sky Dr
Katy, TX 77450-3721
**Email: jbw857@yahoo.com;**

***ELECTRONIC MAIL***
Natasha Erickson
21122 Sailors Bay Ln
Huntington Beach, CA 92646
**Email: natashaerickson13@gmail.com;**

***ELECTRONIC MAIL***
Oversee Rentals LLC
1231 County Highway 283 S
Santa Rosa Beach, FL 32459
**Email: carol@oversee.us;**

***ELECTRONIC MAIL***
Kucht LLC
700 Route 46 West
Unit 3
Clifton, NJ 07013-1501
**Email: luciana@kucht.com;**

***ELECTRONIC MAIL***
Jin Hong
630 Angela Ct
Santa Maria, CA 93455
**Email: haewonjk@gmail.com;**

***ELECTRONIC MAIL***
Hans Futterman
265 West 122nd Street PH
New York, NY 10027
**Email: hfutterman@rgsholdings.com;**

***ELECTRONIC MAIL***
Dale Harrison
32 McKenzie Drive
Bella Vista, AR 72715
**Email: dale_harrison1@cox.net;**

***ELECTRONIC MAIL***
Kristina Brimijoin
28 Villard Ave
Hastings-On-Hudson, NY 10706
**Email: krissy.brimijoin@gmail.com;**

***ELECTRONIC MAIL***
Zurine Ruiz De Gordejuela
545 Fort Laramie Dr.
Sunnyvale, CA 94087
**Email: zuriruiz@hotmail.com;**

***ELECTRONIC MAIL***
Tommy Owen
803 Bell Farm Rd
Edison, GA 39846
**Email: owenflyingservice@yahoo.com;**

***ELECTRONIC MAIL***
Michael Carson
435 Chippendale Ln
Boiling Springs, SC 29316
**Email: mlcarson113@gmail.com;**

***ELECTRONIC MAIL***
Jane Pryor
10 Ann St, Apt 307
Norwalk, CT 06854-10
**Email: jlpryr@gmail.com;**

***ELECTRONIC MAIL***
Mark Page
Grace Fellowship Church
3170 Redhill Ave.
Costa Mesa, CA 92626
**Email:
mpage@gracefellowshipchurch.org;**

***ELECTRONIC MAIL***
Donna Rollins
1080 East River Road
Glemora, LA 71433
**Email: donnakrol@centurytel.net;**

***ELECTRONIC MAIL***
Georgia Canipe
228 Idlewild Rd
Macon, GA 31210
**Email: georgiakcanipe@gmail.com;**

***ELECTRONIC MAIL***
Bruce Patrick
222 Riverside Drive
Apt 2A
New York, NY 10025-6809
**Email: brucepatrick@mac.com;**

***ELECTRONIC MAIL***
Alicja Bucior
12302 Wellesley Dr
Sterling Heights, MI 48312
**Email: alicjabucior@yahoo.com;**

***ELECTRONIC MAIL***
Richard Fine
612 West 25th Street
Richmond, VA 23225
**Email: rafine73@gmail.com;**

***ELECTRONIC MAIL***
Charlie C. West
1846 Declaration Street
Salinas, CA 93906
**Email: charliejr4811@att.net;**

***ELECTRONIC MAIL***
Christel Doremieux
7750 S. Lakeview Court
Littleton, CO 80120
**Email: christel@doremieux.com;**

***ELECTRONIC MAIL***
Paul Schroeder
18003 Muirland St
Detroit, MI 48221
**Email: pschroeder711@gmail.com;**

***ELECTRONIC MAIL***
James Aresty
c/o Joel M. Aresty, Esq.
309 1st Ave S
Tierra Verde, FL 33715
**Email: aresty@icloud.com;**
**aresty@me.com;**

***ELECTRONIC MAIL***
Lucas Graham
7565 Parkdale Ave, 1E
Clayton, MN 63105
**Email: grahaml@claycorp.com;**

***ELECTRONIC MAIL***
Nadim Islas-Ruther
24408 E. Typo Dr. NE
Stacy, MN 55079
**Email: nadims.island@gmail.com;**

***ELECTRONIC MAIL***
Julie Lyford
22685 Via Pegaso
Red Bluff, CA 96080
**Email: lyford.julie@yahoo.com;**

***ELECTRONIC MAIL***
Teryn Robinson
18801 Lewis Rd
Wanette, OK 74878
**Email: teryn.robinson@gmail.com;**

***ELECTRONIC MAIL***
Ren Kuykendall
608 Rosemont Pl
Tyler, TX 75701
**Email: kuykendallren@yahoo.com;**

***ELECTRONIC MAIL***
Fox Rothschild LLP
Seth A. Niederman
1201 North Market Street, Suite 1200
Wilmington, DE 19801
**Email: sniederman@foxrothschild.com;**

***ELECTRONIC MAIL***
Bankruptcy Servicer for Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
**Email:  ECFNotices@aisinfo.com;**

***ELECTRONIC MAIL***
TForce Freight
234040 Wrangler Road
Calgary AB T1X 0K2
**Email:
bankruptcy@ar.tforcefreight.com;**

***ELECTRONIC MAIL***
HYG Financial Services, Inc.
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404
**Email:
bankruptcynoticesdfvendor@wellsfargo.c
om**