# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>POLISHED.COM INC., *et al.* [1]<br>Debtors. | Case No. 24-10353 (TMH)<br>(Jointly Administered)<br>Chapter 7<br>Hearing Date: December 18, 2025 at 11:00 am (ET)<br>Objection Deadline: December 9, 2025 at 4:00 pm (ET) |

## SECOND INTERIM APPLICATION OF MILLER COFFEY TATE LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE FOR THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2025

| | |
|---|---|
| Name of Applicant: | Miller Coffey Tate LLP |
| Authorized to Provide Professional Services to: | Trustee |
| Date of Retention: | Retention Application Filed: April 4, 2024<br>Seeking employment effective as of September 1, 2024<br>Order entered May 29, 2024 |
| Period for which compensation and Reimbursement is sought: | September 1, 2024 through September 30, 2025 |
| Amount of Compensation sought as actual, reasonable and necessary: | $353,602.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,044.04 |

This is an __X__ Interim _____ Final Application

---

[1] The Debtors are: Polished.Com Inc. 24-10353, 1 Stop Electronics Center Inc. 24-10354, AC Gallery Inc. 24-10355, Appliances Connection Inc. 24-10356, Gold Coast Appliances, Inc. 24-10357, Joe's Appliances LLC 24-10359, Superior Deals Inc. 24-10360 and YF Logistics LLC 24-10361.

# ATTACHMENT
## LOCAL FORM 102/RULE 2016-2
## FEE SUMMARY
## SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2025

| Name of Professional Person | Certification Date | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate 2024 | Hourly Billing Rate 2025 | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Matthew R. Tomlin, CPA | 1994 | Partner (2006) | $620 | $645 | 158.00 | $ 100,935.00 |
| Jack J. Reynolds | N/A | Manager (2022) | $405 | $435 | 204.50 | 87,565.50 |
| Vincent L. Capitolo, CPA | 2022 | Senior Accountant (2022) | $350 | $375 | 18.60 | 6,927.50 |
| Lauren E. Martin | N/A | Senior Accountant (2025) | N/A | $340 | 210.50 | 71,570.00 |
| Victor J. Stott | N/A | Staff Accountant (2016) | $285 | $325 | 9.70 | 2,872.50 |
| Anthony F. Archer | N/A | Staff Accountant (2023) | $265 | $285 | 122.00 | 34,770.00 |
| Sara J. Durika | N/A | Staff Accountant (2024) | $275 | N/A | 18.00 | 4,950.00 |
| Jaxon L. Tomlin | N/A | Staff Accountant (2024) | $250 | $270 | 154.90 | 41,663.00 |
| Aidan S. O'Rahilly | N/A | Staff Accountant (2025) | N/A | $270 | 8.70 | 2,349.00 |
| | **TOTAL** | | | | 904.90 | $ 353,602.50 |

**Blended rate  $        390.76**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Tax Issues | 99.20 | $ 40,087.00 |
| Asset Preservation and Recovery | 764.90 | 296,932.50 |
| Avoidance Action | 29.00 | 11,084.00 |
| Fee Application | 11.80 | 5,499.00 |
| **Total** | **904.90** | **$ 353,602.50** |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Faxes | MCT | $ 13.25 |
| FedEx | Various | 312.23 |
| Pacer | MCT | 86.80 |
| Photocopies | MCT | 250.10 |
| Postage | MCT | 381.66 |
| | Total | $ 1,044.04 |

## PRIOR FEE APPLICATIONS

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 10/11/24 | 3/8/2024 through 8/31/24 | $ 233,374.00 | $ 584.66 | $ 233,374.00 | $ 584.66 |
| 11/25/25 | 9/1/2024 through 9/30/25 | $ 353,602.50 | $ 1,044.04 | Pending | Pending |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>POLISHED.COM INC., *et al.* [1]<br>Debtors. | Case No. 24-10353 (TMH)<br>(Jointly Administered)<br>Chapter 7<br>**Hearing Date: December 18, 2025 at 11:00 am (ET)**<br>**Objection Deadline: December 9, 2025 at 4:00 pm (ET)** |

## SECOND INTERIM APPLICATION OF MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Miller Coffey Tate LLP ("MCT") hereby applies (the "Application") for an award of reasonable compensation in the above-captioned chapter 7 cases of Polished.Com Inc., et. al. (the "Debtors"), for professional services rendered as Accountants and Bankruptcy Consultants to the Trustee in the amount of $353,602.50 together with reimbursement for actual and necessary expenses incurred in the amount of $1,044.04 for the period commencing from September 1, 2024 through and including September 30, 2025 (the "Application Period"). In support of the Application, MCT respectfully represents as follows:

### Background

1. On March 7, 2024, Polished.Com Inc., 1 Stop Electronics Center, Inc., AC Gallery Inc., Appliances Connection Inc., Gold Coast Appliances, Inc., Joe's Appliances LLC, Superior Deals Inc. and YF Logistics LLC (collectively the "Debtors") filed voluntary petitions for relief under chapter 7 of Title 11 of the Bankruptcy Code.

---

[1] The Debtors are: Polished.Com Inc. 24-10353, 1 Stop Electronics Center Inc. 24-10354, AC Gallery Inc. 24-10355, Appliances Connection Inc. 24-10356, Gold Coast Appliances, Inc. 24-10357, Joe's Appliances LLC 24-10359, Superior Deals Inc. 24-10360 and YF Logistics LLC 24-10361.

2. On or about September 1, 2024, the Office of the United States Trustee appointed George L. Miller as Trustee (the "Trustee") of the Debtors.

3. On April 3, 2024, the Trustee filed a motion seeking to have the Debtors' bankruptcy cases jointly administered. On May 6, 2026 the Court entered an Order directing joint administration and procedural consolidation.

4. An Application of the Trustee for an Order Authorizing the Retention and Employment of Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants for the Trustee effective September 1, 2024 (the "Retention Application") was filed on or about April 4, 2024 and the Order was entered on May 29, 2024. The Retention Application requests that MCT be compensated on an hourly basis and be reimbursed for actual and necessary out-of-pocket expenses it incurred. At all relevant times, MCT has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code (the "Code") and has not represented nor held any interest adverse to the interest of the Debtors or Debtors' estates.

## Compensation Paid and its Source

5. All services for which MCT requests Compensation were performed for or on behalf of the Trustee.

## Relief Requested

6. This Application is the Second Interim Fee Application to be filed by MCT in these cases. In connection with the professional services described below, by this Application, MCT seeks compensation in the amount of $353,602.50 and expense reimbursement of $1,044.04.

7. Exhibits A-1 through A-6 reflect the services performed as follows:

A-1 Summary of Time Charges by Individual - this summary reflects the aggregate time by individual.

A-2 Summary of Time Charges by Category - this summary reflects the charges for services rendered by category.

A-3 through A-6 reflects the explanation individual with the category as follows: and detailed time charges by category and by

    A-3    Tax Issues

    A-4    Asset Preservation and Recovery

    A-5    Avoidance Action

    A-6    Fee Application

### Summary of Services Rendered

8. Applicant has performed numerous services for the Trustee, which are fully described in Exhibits A-3 through A-6 which are attached hereto and incorporated herein by reference.

Staffing provided by the Applicant along with their responsibilities for the engagement is as follows:

| | |
|---|---|
| Matthew R. Tomlin, CPA | John J. Reynolds |
| Vincent L. Capitolo, CPA | Lauren E. Martin |
| Victor J. Stott | Sara J. Durika |
| Anthony F. Archer | Jaxon L. Tomlin |
| Aidan S. O'Rahilly | |

In addition, since each Applicant's staff person is responsible for separate and distinct assignments, it is necessary to have organization meetings between the staff persons as well as with the Trustee's attorneys and other professionals in order to properly administer the estates.

9. For the Application Period, MCT seeks allowance of compensation in the amount $353,602.50 in connection with the professional services described above.

10. During the Application Period, MCT incurred or disbursed the actual and necessary costs and expenses related to this case in the amount of $1,044.04 as identified on Exhibit B.

11. Pursuant to Local Rule No. 2016-2 of this Court, MCT represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

a) Copy charges are $.10 per page, which charge is reasonable and customary in the accounting industry representing costs of copy materials, acquisition maintenance, storage and operation of copy machines, together with a margin for recovery of lost expenditures.

12. MCT has reviewed the requirements of Local Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, and this Application complies with Local Rule 2016-2.

**WHEREFORE**, MCT respectfully requests that the Court enter an order allowing compensation in the sum of $353,602.50 for professional services rendered, and the sum of $1,044.04 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from September 1, 2024 through September 30, 2025 and that the Trustee be authorized to pay MCT all outstanding amounts.

Dated: November 25, 2025

MILLER COFFEY TATE LLP

/s/ Matthew R. Tomlin
MATTHEW R. TOMLIN, CPA
MILLER COFFEY TATE LLP
Eight Penn Center; Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: 215-561-0950
Telecopy: 215-561-0330
Accountants and Bankruptcy Consultants to the Trustee