EXHIBIT "A-1"

POLISHED.COM INC., ET AL.

SUMMARY OF TIME CHARGES BY INDIVIDUAL

FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2025

| Name | Rate | Hours | Total |
|---|---|---|---|
| **2024** | | | |
| Matthew R. Tomlin, CPA | $620 | 39.00 | $ 24,180.00 |
| Jack J. Reynolds | $405 | 46.40 | 18,792.00 |
| Vincent L. Capitolo, CPA | $350 | 1.90 | 665.00 |
| Victor J. Stott | $285 | 7.00 | 1,995.00 |
| Sara J. Durika | $275 | 18.00 | 4,950.00 |
| Jaxon L. Tomlin | $250 | 8.00 | 2,000.00 |
| | | 120.30 | $ 52,582.00 |
| **2025** | | | |
| Matthew R. Tomlin, CPA | $645 | 119.00 | $ 76,755.00 |
| Jack J. Reynolds | $435 | 158.10 | 68,773.50 |
| Vincent L. Capitolo, CPA | $375 | 16.70 | 6,262.50 |
| Lauren E. Martin | $340 | 210.50 | 71,570.00 |
| Victor J. Stott | $325 | 2.70 | 877.50 |
| Anthony F. Archer | $285 | 122.00 | 34,770.00 |
| Jaxon L. Tomlin | $270 | 146.90 | 39,663.00 |
| Aidan S. O'Rahilly | $270 | 8.70 | 2,349.00 |
| | | 784.60 | $301,020.50 |
| **Total** | | 904.90 | $353,602.50 |