EXHIBIT "A-2"

POLISHED.COM INC., ET AL.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2025

| | | |
|---|---|---:|
| Tax Issues | $ | 40,087.00 |
| Asset Preservation and Recovery | | 296,932.50 |
| Avoidance Action | | 11,084.00 |
| Fee Application | | 5,499.00 |
| **Total** | $ | 353,602.50 |