EXHIBIT "A-3"

POLISHED.COM INC., ET AL.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2025

**Tax Issues**

Services rendered in this category include the preliminary identification, compilation, review, analysis and reconstruction of the Debtors' books and records for the preparation of Debtors' income tax, payroll and information returns and other required reporting by the Debtors. Additionally, services also include interaction with Debtors' payroll reporting provider (Rippling) necessary to obtain copies of previously filed payroll reports and to coordinate ongoing payroll return and reporting required by the Debtors. Also included in this category is the preliminary investigation and compilation of the Debtors' records and data necessary for the defense of alleged WARN Act claim damages asserted in Adversary action 24-50040, filed on behalf of approximately 270 former Debtor employees against the Debtors' estates in the State of New York. This category also includes analyses and responses to inquiries from government tax agencies.

Hours: 99.20    Dollars:    $40,087.00

# Time List

Page 1

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: Polished - Taxes | | | | | |
| MRT | 9/4/2024 | POLI05 | Review and analysis of information and basic support for tax impact of sale | 0.60 | $372.00 |
| JJR | 9/11/2024 | POLI05 | Challenge 2023 trial balance and adjustments to Debtor books | 0.80 | $324.00 |
| MRT | 9/11/2024 | POLI05 | Review of information and planning of tax return preparation | 0.60 | $372.00 |
| JJR | 9/13/2024 | POLI05 | Review of 2023 consolidated trial balance | 2.10 | $850.50 |
| JJR | 9/13/2024 | POLI05 | Analyze and review prior year filings for federal and state | 1.00 | $405.00 |
| JJR | 9/13/2024 | POLI05 | Challenge revised 2023 trial balance | 0.70 | $283.50 |
| SJD | 9/13/2024 | POLI05 | Preparation of 2023 consolidated trial balance | 2.80 | $770.00 |
| SJD | 9/13/2024 | POLI05 | Review and analysis of Ch. 7 activity regarding 2023 trial balance preparation | 1.90 | $522.50 |
| SJD | 9/13/2024 | POLI05 | Prepare adjusting entries and details for subsidiary trial balances | 1.30 | $357.50 |
| MRT | 9/19/2024 | POLI05 | Review and challenge trial balance and adjustment analysis | 1.40 | $868.00 |
| MRT | 9/19/2024 | POLI05 | Review trial balance issues with S. Durika | 0.20 | $124.00 |
| MRT | 9/19/2024 | POLI05 | Investigate and reconciliation asset and CGS information for adjustment needed for tax return | 2.20 | $1,364.00 |
| MRT | 9/19/2024 | POLI05 | Review and challenge revised trial balance and analysis | 0.90 | $558.00 |
| SJD | 9/19/2024 | POLI05 | Meet with M. Tomlin regarding trial balance updates | 0.20 | $55.00 |
| SJD | 9/20/2024 | POLI05 | Revision and update of 2023 trial balance and adjustments | 2.00 | $550.00 |
| SJD | 9/20/2024 | POLI05 | Prepare memorandum regarding tax return preparation and Debtor records | 1.20 | $330.00 |
| MRT | 9/24/2024 | POLI05 | Review and challenge revised trial balance and reconciliation analysis | 1.90 | $1,178.00 |
| JJR | 9/26/2024 | POLI05 | Preliminary review of 2023 tax return and attachments | 0.80 | $324.00 |
| JJR | 9/27/2024 | POLI05 | Challenge revised 2023 tax return | 0.60 | $243.00 |
| SJD | 9/27/2024 | POLI05 | Prepared tax return for period ending 12/31/2023 | 3.40 | $935.00 |
| MRT | 9/30/2024 | POLI05 | Review of information for tax return and status | 0.30 | $186.00 |
| MRT | 9/30/2024 | POLI05 | Review and challenge revised trial balance and reconciliation analysis | 0.90 | $558.00 |
| MRT | 10/1/2024 | POLI05 | Review and challenge draft return and supporting analysis | 2.30 | $1,426.00 |
| JJR | 10/3/2024 | POLI05 | Review revised 2023 tax return and attachments | 0.60 | $243.00 |
| SJD | 10/3/2024 | POLI05 | Revision and update of 2023 tax return and supporting details | 2.00 | $550.00 |

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| JJR | 10/4/2024 | POLI05 | Review of consolidating attachments for 2023 tax return | 0.50 | $202.50 |
| MRT | 10/8/2024 | POLI05 | Review and challenge revised return and reconciliation | 1.40 | $868.00 |
| JJR | 10/14/2024 | POLI05 | Review and analysis of Debtor payroll records for audit requests | 0.60 | $243.00 |
| MRT | 10/14/2024 | POLI05 | Final review and signing of Tax return and support | 0.50 | $310.00 |
| SJD | 10/15/2024 | POLI05 | Prepare consolidated attachments for 2023 tax return | 0.90 | $247.50 |
| JJR | 10/16/2024 | POLI05 | Review and analysis of Debtor records regarding payroll confirmation and informational return preparation | 0.60 | $243.00 |
| MRT | 10/16/2024 | POLI05 | Review status of payroll record - data access | 0.30 | $186.00 |
| SJD | 10/18/2024 | POLI05 | Review of Debtor records and prepare amended NY quarterly payroll returns | 2.30 | $632.50 |
| MRT | 10/31/2024 | POLI05 | Review status of records and potential payroll reporting | 0.30 | $186.00 |
| JJR | 11/4/2024 | POLI05 | Analysis and review status of payroll record access for 2024 and correspondence with C Robinson | 0.60 | $243.00 |
| JJR | 11/11/2024 | POLI05 | Follow up with C Robinson and Rippling regarding payroll for 2024 | 0.40 | $162.00 |
| MRT | 12/5/2024 | POLI05 | Research of BOI requirements for Debtor | 1.40 | $868.00 |
| MRT | 12/6/2024 | POLI05 | Further research on Debtor BOI requirements | 1.80 | $1,116.00 |
| MRT | 12/12/2024 | POLI05 | Review and assess tax refunds | 0.20 | $124.00 |
| MRT | 12/19/2024 | POLI05 | Review updated calculations and prepare edits | 0.30 | $186.00 |
| VJS | 12/19/2024 | POLI05 | Review and transfer receipts and disbursement activity provided by Trustee to accounts receivable analysis | 0.90 | $256.50 |
| VJS | 12/19/2024 | POLI05 | Discuss with J. Reynolds current accounts receivable data provided to the Debtor | 0.10 | $28.50 |
| JJR | 12/19/2024 | POLI05 | Meet with V Stott regarding accounts receivable support | 0.10 | $40.50 |
| MRT | 12/20/2024 | POLI05 | Telephone conference with J. Reynolds regarding issues with reporting and calculations | 0.70 | $434.00 |
| JJR | 12/30/2024 | POLI05 | Meet with M. Tomlin regarding 2024 payroll status | 0.20 | $81.00 |
| MRT | 12/30/2024 | POLI05 | Review information and assess payroll reporting and information needed | 0.40 | $248.00 |
| MRT | 12/30/2024 | POLI05 | Discuss payroll with J. Reynolds | 0.20 | $124.00 |
| MRT | 1/2/2025 | POLI05 | Review updates and issues on BOI reporting | 0.50 | $322.50 |
| MRT | 1/10/2025 | POLI05 | Review and assess payroll and year end reporting issues | 0.70 | $451.50 |

Page   3

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| MRT | 1/15/2025 | POLI05 | Review of information and status of activity for year end reporting | 0.40 | $258.00 |
| JLT | 1/21/2025 | POLI05 | Discuss pre and post petition status for 1099 with J. Reynolds | 0.30 | $81.00 |
| JJR | 1/21/2025 | POLI05 | Meet with J. Tomlin regarding 1099 status | 0.30 | $130.50 |
| MRT | 1/22/2025 | POLI05 | Review of reporting issues with J. Reynolds | 0.20 | $129.00 |
| JJR | 1/22/2025 | POLI05 | Meet with M. Tomlin regarding reporting support and details | 0.20 | $87.00 |
| MRT | 1/23/2025 | POLI05 | Review status of year end reporting and analysis | 0.20 | $129.00 |
| JJR | 1/24/2025 | POLI05 | Review of IRS notice regarding Form 4626 | 0.20 | $87.00 |
| JJR | 1/24/2025 | POLI05 | Review of 2024 informational returns status | 0.10 | $43.50 |
| JLT | 1/24/2025 | POLI05 | Prepare form 4626 for tax return | 1.10 | $297.00 |
| VJS | 1/24/2025 | POLI05 | Investigation of Debtor records for support regarding informational return recipients | 0.80 | $260.00 |
| JLT | 1/27/2025 | POLI05 | Review and analysis of disbursement details for 1099 preparation | 0.80 | $216.00 |
| VJS | 1/27/2025 | POLI05 | Investigation of Debtor records for support regarding informational return recipients | 1.00 | $325.00 |
| MRT | 1/27/2025 | POLI05 | Review update and issues for year ending reporting analysis | 0.30 | $193.50 |
| JJR | 1/28/2025 | POLI05 | Attend to status of 2024 payroll processing with Rippling | 0.50 | $217.50 |
| MRT | 1/28/2025 | POLI05 | Review of payroll reporting status | 0.30 | $193.50 |
| MRT | 1/31/2025 | POLI05 | Review and challenge W-2 analysis for filing | 0.90 | $580.50 |
| MRT | 1/31/2025 | POLI05 | review and analysis of reporting and address reconciliation issues | 0.90 | $580.50 |
| MRT | 2/3/2025 | POLI05 | Review of accounts receivable data and planning for demands | 0.90 | $580.50 |
| JJR | 2/18/2025 | POLI05 | Draft email to Rippling regarding payroll access | 0.10 | $43.50 |
| JJR | 2/18/2025 | POLI05 | Attend to Rippling payroll access with C Robinson | 0.50 | $217.50 |
| MRT | 2/19/2025 | POLI05 | Review and challenge preliminary calculations of costs and updates to calculations by Debtor | 0.80 | $516.00 |
| JJR | 2/20/2025 | POLI05 | Meet with J. Tomlin regarding 2024 tax return | 0.20 | $87.00 |
| JLT | 2/20/2025 | POLI05 | Analysis and review of activity for trial balance preparation | 3.00 | $810.00 |
| MRT | 2/20/2025 | POLI05 | Review of reporting and calculation analysis | 0.30 | $193.50 |
| JLT | 2/20/2025 | POLI05 | Meet with J. Reynolds regarding 2024 tax return updates | 0.20 | $54.00 |

Page 4

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| JJR | 2/24/2025 | POLI05 | Preliminary review of 2024 informational return details | 0.50 | $217.50 |
| JJR | 2/26/2025 | POLI05 | Prepare memorandum regarding informational return preparation | 0.30 | $130.50 |
| JJR | 2/26/2025 | POLI05 | Review of updated 2024 informational returns | 0.50 | $217.50 |
| JLT | 2/26/2025 | POLI05 | Finalize informational returns and supporting details | 1.70 | $459.00 |
| VJS | 2/26/2025 | POLI05 | Investigation into outstanding informational return recipient details | 0.90 | $292.50 |
| MRT | 2/28/2025 | POLI05 | Review and comment on Rippling response regarding payroll data | 0.20 | $129.00 |
| JJR | 3/4/2025 | POLI05 | Analysis of outstanding tax issues for 2024 | 0.30 | $130.50 |
| JJR | 3/7/2025 | POLI05 | Review of 2024 trial balance issues regarding asset sale | 1.00 | $435.00 |
| JJR | 3/7/2025 | POLI05 | Review and comment on Rippling stipulation | 0.30 | $130.50 |
| MRT | 3/7/2025 | POLI05 | Review issues and planning for tax preparation | 0.40 | $258.00 |
| MRT | 3/24/2025 | POLI05 | Review and planning for tax return preparation | 0.40 | $258.00 |
| JJR | 3/25/2025 | POLI05 | Review update of trial balance preparation and asset sale support | 0.80 | $348.00 |
| MRT | 3/31/2025 | POLI05 | Review and comment on Rippling Stipulation | 0.20 | $129.00 |
| JJR | 4/9/2025 | POLI05 | Prepare 2024 extensions | 0.10 | $43.50 |
| MRT | 4/9/2025 | POLI05 | Review status of tax preparation | 0.30 | $193.50 |
| JLT | 4/23/2025 | POLI05 | Discuss asset sale and trial balance with J. Reynolds | 0.20 | $54.00 |
| JLT | 4/23/2025 | POLI05 | Examine Debtor records for general ledger support for asset sale reconciliation | 2.30 | $621.00 |
| JJR | 4/23/2025 | POLI05 | Analysis of asset sale details and calculations for tax return | 0.70 | $304.50 |
| MRT | 4/23/2025 | POLI05 | Review and analysis of information for tax reporting of sale | 0.70 | $451.50 |
| JJR | 4/23/2025 | POLI05 | Meet with J. Tomlin regarding trial balance updates and revisions | 0.20 | $87.00 |
| JJR | 4/29/2025 | POLI05 | Review of Debtor records and support for insurance audit | 0.40 | $174.00 |
| JLT | 4/30/2025 | POLI05 | Compilation of W-2 support and details for review | 0.50 | $135.00 |
| JJR | 6/2/2025 | POLI05 | Review status of payroll requests and stipulation | 0.40 | $174.00 |
| AFA | 6/2/2025 | POLI05 | Review chargeback invoice support from accounts receivable response | 0.80 | $228.00 |
| AFA | 6/5/2025 | POLI05 | Review chargeback invoices and support | 0.80 | $228.00 |

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| AFA | 9/17/2025 | POLI05 | Review tax correspondence and notices regarding: potential credit balance on accounts | 0.60 | $171.00 |
| AFA | 9/22/2025 | POLI05 | Review tax correspondence and mailings for debtor record preservation | 0.40 | $114.00 |
| AFA | 9/29/2025 | POLI05 | Analyze and review tax correspondence and notices regarding: credit balances on accounts | 0.50 | $142.50 |
| Total: Polished - Taxes | | | | 99.20 | $40,087.00 |
| **Grand Total** | | | | 99.20 | $40,087.00 |