EXHIBIT "A-5"

POLISHED.COM INC., ET AL.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2025

**Avoidance Action**

Services rendered in this category include the investigation, identification and preliminary analyses of transactions during the 90-day period, and one-year period for "insiders", preceding the petition date to evaluate potential preferential transfer recoveries. The analysis included numerous amounts of transfers totaling in excess of $50 million. Additionally, a significant amount of time was incurred reviewing the Debtors' records to identify information substantiating these transfers including but not limited to bank statements, wire documentation, and vendor invoices and agreements. The Trustee anticipates sending out demands to vendors by year end.

Hours: 29.00        Dollars:      $11,084.00

# Time List

Page 1

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: Polished - Avdnce Action | | | | | |
| MRT | 10/17/2024 | POLI04 | Review status of potential avoidance payments and information | 0.60 | $372.00 |
| MRT | 11/25/2024 | POLI04 | Review status of preference analysis | 0.30 | $186.00 |
| MRT | 2/4/2025 | POLI04 | Review and planning of receivables pursuit | 0.60 | $387.00 |
| JJR | 4/24/2025 | POLI04 | Review of Debtor records regarding invoice copies and additional support for targets | 0.60 | $261.00 |
| JJR | 6/17/2025 | POLI04 | Review and analysis of accounts payable details and payment records from Netsuite platform | 1.30 | $565.50 |
| MRT | 6/17/2025 | POLI04 | Review and analysis of support for chapter 5 claims | 1.30 | $838.50 |
| AOR | 6/25/2025 | POLI04 | Investigated Bank Statements for Check Payments in Bank of America Accounts for AC Gallery Inc | 0.60 | $162.00 |
| AOR | 6/25/2025 | POLI04 | Investigated Bank Statements for Check Payments in Bank of America Accounts for Appliances Connection | 0.50 | $135.00 |
| AOR | 6/25/2025 | POLI04 | Investigated Bank Statements for Check Payments in Bank of America Accounts for Polished.com | 0.50 | $135.00 |
| AOR | 6/25/2025 | POLI04 | Investigated Bank Statements for Check Payments in Bank of America Accounts for YF Logistics | 0.70 | $189.00 |
| MRT | 7/7/2025 | POLI04 | Review and assess responses of Steller and Solil | 0.30 | $193.50 |
| MRT | 7/16/2025 | POLI04 | Review status of chapter 5 claim analysis | 0.50 | $322.50 |
| JJR | 8/1/2025 | POLI04 | Preliminary review and analysis of disbursement activity | 0.90 | $391.50 |
| JLT | 8/1/2025 | POLI04 | Prepare disbursement analysis for 1 Stop BOA Account 1049 | 1.30 | $351.00 |
| JLT | 8/1/2025 | POLI04 | Prepare disbursement analysis for 1 Stop BOA Account 9327 | 1.10 | $297.00 |
| JLT | 8/4/2025 | POLI04 | Schedule out debits and withdrawals in preference period for AC Gallery | 0.40 | $108.00 |
| JLT | 8/4/2025 | POLI04 | Schedule out debits and withdrawals in preference period for Appliances Connection | 2.50 | $675.00 |
| JLT | 8/4/2025 | POLI04 | Schedule out debits and withdrawals in preference period for Gold Coast | 0.60 | $162.00 |
| JLT | 8/4/2025 | POLI04 | Schedule out debits and withdrawals in preference period for Polished | 0.90 | $243.00 |
| JLT | 8/4/2025 | POLI04 | Schedule out debits and withdrawals in preference period for Superior Deals | 0.40 | $108.00 |
| JLT | 8/4/2025 | POLI04 | Schedule out debits and withdrawals in preference period for YF Logistics | 0.50 | $135.00 |
| MRT | 8/4/2025 | POLI04 | Review of status of preference analysis and planning | 0.30 | $193.50 |
| LEM | 8/6/2025 | POLI04 | Review and analysis of disbursement analysis and payee details | 0.80 | $272.00 |

Page 2

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| LEM | 8/6/2025 | POLI04 | Update of disbursement analysis including invoice details and payee breakouts | 2.80 | $952.00 |
| LEM | 8/6/2025 | POLI04 | Revision and update of disbursement analysis including additional payee details | 1.40 | $476.00 |
| JLT | 8/7/2025 | POLI04 | Add payee and preference information into preference analysis for Gold Coast and Joes Appliances | 0.70 | $189.00 |
| JLT | 8/7/2025 | POLI04 | Add payee and preference information into preference analysis for Polished and Superior Deals | 1.50 | $405.00 |
| JLT | 8/7/2025 | POLI04 | Add payee and preference information into preference analysis for Appliances Connection | 1.70 | $459.00 |
| MRT | 8/8/2025 | POLI04 | Review of status and planning of analysis of data | 0.60 | $387.00 |
| MRT | 8/28/2025 | POLI04 | Review of bank statement support and assess outstanding information needed | 0.80 | $516.00 |
| MRT | 8/28/2025 | POLI04 | Planning of analysis with J. Reynolds | 0.40 | $258.00 |
| JJR | 8/28/2025 | POLI04 | Meet with M. Tomlin regarding disbursement analysis details and support | 0.40 | $174.00 |
| JJR | 9/17/2025 | POLI04 | Review and update of BOA reporting for lenders | 0.70 | $304.50 |
| JJR | 9/17/2025 | POLI04 | Meet with M. Tomlin regarding BOA reporting calculations | 0.20 | $87.00 |
| MRT | 9/24/2025 | POLI04 | Review updates on cash activity analysis and invoices | 0.30 | $193.50 |

Total: Polished - Avdnce Action                                                29.00    $11,084.00

**Grand Total**                                                                29.00    $11,084.00