EXHIBIT "A-6"

POLISHED.COM INC., ET AL.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2025

## Fee Application

This category represents services rendered during the first Application period in connection with the Applicant's first interim fee application.

Hours: 11.80    Dollars:    $5,499.00

# Time List

Page   1

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: Polished - Fee App | | | | | |
| JJR | 10/8/2024 | POLI22 | Preliminary preparation of interim fee application | 1.20 | $486.00 |
| VJS | 10/9/2024 | POLI22 | Review and verify classifications and details for interim fee application | 2.20 | $627.00 |
| JJR | 10/10/2024 | POLI22 | Continued update of interim fee application | 2.50 | $1,012.50 |
| MRT | 10/10/2024 | POLI22 | Review and edit fee application and categories | 2.10 | $1,302.00 |
| JJR | 10/11/2024 | POLI22 | Revision to interim fee application | 0.50 | $202.50 |
| VJS | 10/11/2024 | POLI22 | Update of interim fee application regarding classifications | 0.40 | $114.00 |
| MRT | 10/11/2024 | POLI22 | Review and edit fee application | 2.10 | $1,302.00 |
| MRT | 10/11/2024 | POLI22 | Discuss fee application issues with J. Reynolds | 0.20 | $124.00 |
| JJR | 10/11/2024 | POLI22 | Meet with M. Tomlin regarding fee application updates | 0.20 | $81.00 |
| MRT | 10/29/2024 | POLI22 | Correspondence with counsel regarding no response to fee application | 0.10 | $62.00 |
| MRT | 10/31/2024 | POLI22 | Review status of 11/01 hearing | 0.20 | $124.00 |
| MRT | 11/12/2024 | POLI22 | Correspondence with C. Robinson regarding status of fee hearing | 0.10 | $62.00 |
| Total: Polished - Fee App | | | | 11.80 | $5,499.00 |
| Grand Total | | | | 11.80 | $5,499.00 |