EXHIBIT "B"

POLISHED.COM INC., ET AL.

SUMMARY OF OUT OF POCKET EXPENSES

FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2025

| **Type** | | **Total** |
|---|---|---:|
| Faxes | $ | 13.25 |
| FedEx | | 312.23 |
| Pacer | | 86.80 |
| Photocopies | | 250.10 |
| Postage | | 381.66 |
| **Total** | **$** | **1,044.04** |

# Expense Report

Page    1

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Faxes** | | | |
| Fax tax return to CIO | Administrative | $9.50 | 10/31/2024 |
| Fax - Form 4626, 15397 and 1 Stop Form 15397 - CIO | Administrative | $3.75 | 1/31/2025 |
| Total: Polished - Case Admin | | $13.25 | |
| Total: Faxes | | $13.25 | |

Page 2

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Federal Express | | | |
| Fed Ex - ship support to buyers | Administrative | $286.63 | 9/12/2025 |
| Fed Ex - ship support to buyers | Administrative | $25.60 | 9/17/2025 |
| Total: Polished - Case Admin | | $312.23 | |
| Total: Federal Express | | $312.23 | |

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Pacer | | | |
| September Pacer Charges | Administrative | $4.30 | 9/30/2024 |
| October Pacer Charges | Administrative | $29.20 | 10/31/2024 |
| November Pacer Charges | Administrative | $0.60 | 11/30/2024 |
| December Pacer Charges | Administrative | $10.10 | 12/31/2024 |
| February Pacer charges | Administrative | $5.40 | 2/28/2025 |
| March Pacer Charges | Administrative | $6.70 | 3/31/2025 |
| April Pacer charges | Administrative | $3.20 | 4/30/2025 |
| May Pacer charges | Administrative | $1.70 | 5/31/2025 |
| June Pacer charges | Administrative | $13.90 | 6/30/2025 |
| July Pacer charges | Administrative | $8.80 | 7/31/2025 |
| August Pacer charges | Administrative | $2.90 | 8/31/2025 |

Total: Polished - Case Admin
$86.80

Total: Pacer
$86.80

Page 4

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Photocopies - B/W | | | |
| Photocopies | Administrative | $2.20 | 9/30/2024 |
| Photocopies | Administrative | $0.10 | 10/31/2024 |
| Photocopies | Administrative | $0.10 | 11/30/2024 |
| Photocopies | Administrative | $0.20 | 1/31/2025 |
| Photocopies | Administrative | $154.10 | 2/28/2025 |
| Photocopies | Administrative | $2.00 | 4/30/2025 |
| Photocopies | Administrative | $0.30 | 5/31/2025 |
| Photocopies | Administrative | $75.70 | 6/30/2025 |
| Photocopies | Administrative | $12.00 | 7/30/2025 |
| Photocopies | Administrative | $3.40 | 8/31/2025 |

Total: Polished - Case Admin $250.10

Total: Photocopies - B/W $250.10

Page    5

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Postage | | | |
| Postage | Administrative | $0.69 | 9/9/2024 |
| Postage | Administrative | $0.69 | 9/18/2024 |
| Postage | Administrative | $0.69 | 10/7/2024 |
| Postage | Administrative | $12.10 | 10/14/2024 |
| Postage | Administrative | $1.38 | 1/30/2025 |
| Postage | Administrative | $0.69 | 2/6/2025 |
| Postage | Administrative | $0.69 | 2/6/2025 |
| Postage | Administrative | $96.60 | 2/26/2025 |
| Postage | Administrative | $91.08 | 2/27/2025 |
| Postage | Administrative | $35.19 | 2/28/2025 |
| Postage | Administrative | $11.04 | 3/19/2025 |
| Postage | Administrative | $0.69 | 5/7/2025 |
| Postage | Administrative | $2.98 | 6/10/2025 |
| Postage | Administrative | $9.66 | 6/17/2025 |
| Postage | Administrative | $44.16 | 6/20/2025 |
| Postage | Administrative | $68.31 | 6/23/2025 |
| Postage | Administrative | $0.74 | 7/15/2025 |
| Postage | Administrative | $1.03 | 7/16/2025 |
| Postage | Administrative | $1.03 | 7/21/2025 |
| Postage | Administrative | $0.74 | 7/31/2025 |
| Postage | Administrative | $1.48 | 8/27/2025 |

Total: Polished - Case Admin
　　　　$381.66

Total: Postage
　　　　$381.66

| Description | Employee | Expense | Date |
|---|---|---|---|
| Grand Total $1,044.04 | | | |