**EXHIBIT "C"**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.* [1]<br><br>        Debtors. | Case No. 24-10353 (TMH)<br>(Jointly Administered)<br>Chapter 7 |

**DECLARATION OF ACCOUNTANT**

1.      I am a partner in the firm of Miller Coffey Tate LLP ("MCT"), which has served as Accountants and Bankruptcy Consultants for the Trustee in the above-captioned chapter 7 cases.

2.      I have read the foregoing Application of MCT for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      There is no agreement or understanding between MCT and any other person for a division of compensation as Accountants and Bankruptcy Consultants for the Trustee.

4.      No division prohibited by the Bankruptcy Code will be made by MCT.

5.      No agreement prohibited by Title 18, Section 155 has been made.

6.      Our firm has one scale of billing rates for all clientele for services rendered which is based on the costs of operation of the firm plus a reasonable compensation to partners.

7.      The billing rates for the firm are as follows:

**2024**

| | |
|---|---|
| Partners | $500.00 - $850.00 |
| Managers | $375.00 - $495.00 |
| Senior Accountants | $295.00 - $370.00 |
| Staff Accountants/Para-Professionals | $150.00 - $290.00 |

**2025**

| | |
|---|---|
| Partners | $500.00 - $1,000.00 |
| Managers | $395.00 - $495.00 |
| Senior Accountants | $300.00 - $390.00 |
| Staff Accountants/Para-Professionals | $150.00 - $295.00 |

---

[1] The Debtors are: Polished.Com Inc. 24-10353, 1 Stop Electronics Center Inc. 24-10354, AC Gallery Inc. 24-10355, Appliances Connection Inc. 24-10356, Gold Coast Appliances, Inc. 24-10357, Joe's Appliances LLC 24-10359, Superior Deals Inc. 24-10360 and YF Logistics LLC 24-10361

8.      The above billing rates are reasonable when compared to rates charged by other firms for comparable services in bankruptcy matters.

9.      Out-of-pocket expenses are separately billed to each client.

10.     I declare under penalty of perjury that I best of my knowledge and belief, the foregoing is true and correct.


Dated:  November 25, 2025                    MILLER COFFEY TATE LLP

                                             /s/ Matthew R. Tomlin
                                             MATTHEW R. TOMLIN, CPA
                                             Eight Penn Center; Suite 950
                                             1628 John F. Kennedy Blvd.
                                             Philadelphia, PA  19103
                                             Telephone:  215-561-0950
                                             Accountants and Bankruptcy Consultants to the Trustee