# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>POLISHED.COM INC., *et al.*[1]<br>Debtors. | Case No. 24-10353 (TMH)<br>(Jointly Administered)<br>Chapter 7<br>Related Docket No. \_\_\_\_ |

### ORDER ALLOWING MILLER COFFEY TATE LLP COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

Miller Coffey Tate LLP, ("MCT") Accountants and Bankruptcy Consultants for the Trustee, having filed a Second Interim application for allowance of compensation and reimbursement of expenses ("the Application"); and creditors and other parties in interest having received notice of the date, time and place to file and Objection to the Application; and no Objections having been filed, and the Court having considered the Application; it is

**ORDERED** that the Application of MCT is granted; and it is further

**ORDERED** that MCT is granted, on an interim basis, compensation in the sum of $353,602.50 for services rendered and $1,044.04 as reimbursement for actual, necessary expenses incurred; and it is further

**ORDERED** that the Trustee is authorized and directed to make payment of $354,646.54 to MCT for such allowed compensation and expenses. Nothing contained herein shall preclude objections to the approval on a final basis of the fees and expenses approved herein; and it is further

---

[1] The Debtors are: Polished.Com Inc. 24-10353, 1 Stop Electronics Center Inc. 24-10354, AC Gallery Inc. 24-10355, Appliances Connection Inc. 24-10356, Gold Coast Appliances, Inc. 24-10357, Joe's Appliances LLC 24-10359, Superior Deals Inc. 24-10360 and YF Logistics LLC 24-10361

**ORDERED** that the interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the Chapter 7 Trustee's final report.