IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) Case No. 24-10353 (TMH) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 18, 2025, AT 11:00 A.M. (EASTERN TIME)

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website**

**RESOLVED MATTER:**

1. Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Section 542 of the Bankruptcy Code to Compel Turnover of Bank Records [Filed: 11/06/25] (Docket No. 209)

    Response Deadline:         November 20, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:         None

    (a)    Certificate of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Section 542 of the Bankruptcy Code to Compel Turnover of Bank Records [Filed: 11/21/25] (Docket No. 212)

    (b)    Order Granting Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Section 542 of the Bankruptcy Code to Compel Turnover of Bank Records [Filed: 11/25/25] (Docket No. 216)

    Responses Received:        None

    Status: The order granting the motion was entered.  No hearing is necessary.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are:  Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

4920-1942-0290.1 57099.00001

**MATTERS FILED UNDER CERTIFICATION OF NO OBJECTION**

2.  Second Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period From September 1, 2024 Through September 30, 2025 [Filed: 11/25/25] (Docket No. 214)

    Response Deadline:    December 9, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:    None

    (a)    Certificate of No Objection Regarding Order Granting Second Interim Application of Miller Coffey Tate LLP for Compensation and Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period From September 1, 2024 Through September 30, 2025 [Filed: 12/10/25] (Docket No. 219)

    Responses Received:    None

    Status: A certification of no objection was filed. No hearing is necessary, unless the Court has any questions.

| | |
|---|---|
| Dated:  December 16, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br> */s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward A. Corma (DE Bar No. 6718)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:    bsandler@pszjlaw.com<br>             pkeane@pszjlaw.com<br>             ecorma@pszjlaw.com<br><br>*Counsel to George L. Miller, Chapter 7 Trustee* |