# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | Case No. 24-10353 (TMH) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## ENTRY OF NEW APPEARANCE

**PLEASE TAKE NOTICE** that Timothy R. Powell ("Mr. Powell") hereby withdraws his appearance as counsel to Alyssa Cook, individually and as next friend of Isla Cook (a minor), and Justin Cook (the "Claimants"), and Claimants hereby substitute the undersigned counsel in the above-captioned cases (these "Cases") and request that Mr. Powell be removed from any applicable service lists in these Cases.

**PLEASE TAKE FURTHER NOTICE** that Young Conaway Stargatt & Taylor, LLP ("Young Conaway") will continue to represent the Claimants in these Cases, and the undersigned attorney hereby enters his appearance on behalf of the Claimants. Young Conaway requests that copies of all notices and pleadings given or filed in these Cases be served at the following address:

S. Alexander Faris
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 571-6600
Email:              afaris@ycst.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

Dated: February 10, 2026
Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        */s/ S. Alexander Faris*
        S. Alexander Faris (No. 6278)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone:    (302) 571-6600
        Facsimile:     (302) 571-1253
        Email:           afaris@ycst.com

        *Counsel for Claimants*