Polished.com 24-10353
February 19, 2026

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| George | Miller | Miller Coffey Tate LLP | Chapter 7 Trustee | Video and Audio |
| David | Bass | Cole Schotz P.C. | Dynamic Marketing Inc. | Video and Audio |
| Stacy | Newman | Cole Schotz P.C. | Dynamic Marketing Inc. | Video and Audio |
| Steven | Coren | Coren & Ress, P.C. | George L. Miller, Chapter 7 Trustee | Video and Audio |
| Peter | Keane | Pachulski Stang Ziehl & Jones LLP | George L. Miller, Chapter 7 Trustee | Video and Audio |
| Benjamin | Mather | Coren & Ress, P.C. | George L. Miller, Chapter 7 Trustee | Video and Audio |
| Bradford | Sandler | Pachulski Stang Ziehl & Jones LLP | George L. Miller, Chapter 7 Trustee | Video and Audio |
| Matthew | Williams | Coren & Ress, P.C. | George L. Miller, Chapter 7 Trustee | Video and Audio |