**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| POLISHED.COM INC., *et al.*, | ) ) | Case No. 24-10353 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Benjamin M. Mather of Coren & Ress, P.C., to represent George L. Miller, the Chapter 7 Trustee, in connection with the above-captioned cases and any related adversary proceedings.

Dated:  February 18, 2026

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
pkeane@pszjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  February 18, 2026

*/s/ Benjamin M. Mather*
Benjamin M. Mather
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 665-1578
bmather@kcr-law.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: February 20th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

4909-8374-9776.1 57099.00001