IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | Case No. 24-10353 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 16, AT 2:00 P.M. (EASTERN TIME)**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website**

### ADJOURNED MATTER:

1. Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 2/10/26] (Docket No. 235)

    Response Deadline:   February 27, 2026 at 4:00 p.m. (ET) (Extended to March 11, 2026 for the Chapter 7 Trustee)

    Related Documents:   None

    Responses Received:

    a) Limited Objection and Reservation of Rights to Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 2/27/26] (Docket No. 300)

    (b) Chapter 7 Trustee's Objection and Reservation of Rights to Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

Payment of Administrative Expense Claims [Filed 3/11/26] (Docket No. 371)

Status: This matter has been adjourned to the omnibus hearing on April 29, 2026 at 2:00 p.m. (ET)

**MATTER WITH CERTIFICATION OF NO OBJECTION:**

2. Application of Chapter 7 Trustee for an Order: (A) Authorizing the Employment and Retention Saldutti Law Group as Special Counsel, Nunc Pro Tunc to February 2, 2026; and (B) Waiving Timekeeping Requirements [Filed 2/20/26](Docket No. 294)

   Response Deadline: March 6, 2026 at 4:00 p.m. (ET)

   Related Documents:

   a) Certification of No Objection Regarding Application of Chapter 7 Trustee for an Order: (A) Authorizing the Employment and Retention Saldutti Law Group as Special Counsel, Nunc Pro Tunc to February 2, 2026; and (B) Waiving Timekeeping Requirements [Filed 3/12/26] (Docket No. 372)

   Responses Received: None

   Status: A certification of no objection has been filed. No hearing is necessary unless the Court has questions.

Dated: March 12, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*