**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 7 |
|  | ) |
| POLISHED.COM INC., *et al.*,[1] | ) Case No. 24-10353 (TMH) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of POLISHED.COM INC., et al., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| ECKSTROM, NYC, LLC., | ) Adv. Proc. No. 26-50101 (TMH) |
|  | ) |
| SUPPLY KING USA, LLC, | ) Adv. Proc. No. 26-50129 (TMH) |
|  | ) |
| BOZZUTO MANAGEMENT COMPANY, | ) Adv. Proc. No. 26-50089 (TMH) |
|  | ) |
| DIRECT SUPPLIES WAREHOUSE INC., | ) Adv. Proc. No. 26-50090 (TMH) |
|  | ) |
| GILBANE BUILDING COMPANY, | ) Adv. Proc. No. 26-50116 (TMH) |
|  | ) |
| SD BUILDERS AND CONSTRUCTION LLC, | ) Adv. Proc. No. 26-50107 (TMH) |
|  | ) |
| CLINTON MANAGEMENT, LLC, | ) Adv. Proc. No. 26-50114 (TMH) |
|  | ) |
| Defendants. | ) |
|  | ) |

**CERTIFICATION OF NO OBJECTION REGARDING SECOND OMNIBUS
MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, TO APPROVE
SETTLEMENT AGREEMENTS (ACCOUNTS RECEIVABLE)**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Accounts Receivable)* (the "Motion").  The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice, objections to the Motion were to be filed and served no later than May 20, 2026 at 4:00 p.m. (ET).

It is hereby respectfully requested that the attached Order be entered at the earliest convenience of the Court.

Dated:  May 21, 2026                          **PACHULSKI STANG ZIEHL & JONES LLP**

 */s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*