**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 384** |

**AGREED ORDER GRANTING MOTION OF DYNAMIC MARKETING INC. RE: DOCKET NO. 384**

Upon consideration of the Motion[2] of Dynamic Marketing Inc. ("DMI") seeking entry of an order (this "Order") pursuant to Federal Rule 37(a)(5)(A), made applicable pursuant to Bankruptcy Rules 7037 and 9014, for the payment of reasonable attorneys' fees and expenses, and the Bass Declaration in support thereof; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the proceedings on the Motion being core proceedings pursuant to 28 U.S.C. § 157(b); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); SuperiorDeals Inc. (0096); and YF Logistics LLC (8373).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

67466/0001-52631088

1.      The Motion is GRANTED as set forth herein.

2.      The Trustee shall cause to be paid from paragraph 12.i. of the estate's Carve-Out[3] in the Sharing Stipulation the amount of $57,847.50 within five (5) business days from the date of this Order, with payment instructions (either check or wire) to be provided by DMI or its counsel.

3.      Following entry of this Order, the Trustee and DMI will work in good faith to schedule and participate in a global mediation of all remaining disputes between them, provided that DMI shall not be required to pay any mediator fees or other fees and costs in connection with mediation.

4.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**Dated: May 22nd, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[3] *See* Order Approving Sharing Agreement Among Chapter 7 Trustee and Bank of America, N.A. Providing for, Among Other Things, (I) Determination and Allowance of Certain Pre-Petition Secured Claims and Liens; (II) Trustee's Sale of the Debtors' Assets and Secured Lenders' Collateral; (III) Specified Carve-Out from the Secured Lenders' Liens; and (IV) Related Agreements [Docket No. 65] (the "Sharing Stipulation").

2

67466/0001-52631088