**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of POLISHED.COM INC., *et al*.,<br><br>        Plaintiff,<br><br>vs.<br><br>BOZZUTO MANAGEMENT COMPANY,<br><br>        Defendant. | Adv. Proc. No. 26-50089 (TMH) |

**NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

PLEASE TAKE NOTICE that, George L. Miller, chapter 7 trustee (the "Trustee" and "Plaintiff") for the estates of the above-captioned debtors (the "Debtors") hereby dismisses the above-referenced adversary proceeding with prejudice against defendant Bozzuto Management Company ("Defendant"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure. The parties shall bear their own attorneys' fees and costs.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

4938-0701-3554.1 57099.00001

2

Dated:  June 2, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:   bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7*
*Trustee of Polished.Com Inc., et al.,*

2

4938-0701-3554.1 57099.00001