**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| POLISHED.COM INC., *et al.*,[1] | ) | Case No. 24-10353 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 23, 2026 AT 2:00 P.M. (EASTERN TIME)**

> **PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTERS:**

1.   Motion of Dynamic Marketing Inc. to Seal Certain Confidential Material in Connection With Reply of Dynamic Marketing Inc. in Support of Motion for Reasonable Attorneys' Fees Pursuant to Federal Rule 37 (related document(s)[393] [Filed 5/27/26] (Docket No. 400)

   Response Deadline:          June 10, 2026 at 4:00 p.m. (ET)

   Related Documents:

   (a)   [REDACTED] Reply of Dynamic Marketing Inc. in Support of Motion for Reasonable Expenses and Attorneys' Fees Pursuant to Federal Rule 37 [Filed: 5/27/26] (Docket No. 401)

   (b)   Certificate of No Objection Regarding Motion of Dynamic Marketing Inc. to Seal Certain Confidential Material in Connection With Reply of Dynamic Marketing Inc. in Support of Motion for Reasonable Attorneys' Fees Pursuant to Federal Rule 37 [Filed: 6/11/26] (Docket No. 404)

   (c)   Order Granting Motion of Dynamic Marketing Inc. to Seal Certain Confidential Material in Connection With Reply of Dynamic Marketing Inc. in Support of Motion for Reasonable Attorneys' Fees Pursuant to Federal Rule 37 [Filed: 6/12/26] (Docket No. 406)

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are:  Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

Responses Received:          None.

Status:  The order was entered.  No hearing is necessary.

**ADJOURNED MATTERS:**

2.      Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 2/10/26] (Docket No. 235)

Response Deadline:          February 27, 2026 at 4:00 p.m. (ET) (Extended to March 11, 2026 for the Chapter 7 Trustee)

Related Documents:          None.

Responses Received:

(a)     Limited Objection and Reservation of Rights to Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 2/27/26] (Docket No. 300)

(b)     Chapter 7 Trustee's Objection and Reservation of Rights to Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 3/11/26] (Docket No. 371)

Status:  The hearing on this matter has been adjourned to the next omnibus hearing date.

3.      Pretrial Scheduling Conference [*George L. Miller v. Albert Fouerti, et al.,*] [*Adv. Proc. No. 26-50213*]

Related Documents:

(a)     Complaint [Filed 3/5/26] (Docket No. 1)

(b)     Order Approving Stipulation Extending Response and Reply Deadlines and Page Limitations In Connection with Briefing on Defendants' Motions to Dismiss [Filed 6/16/26] (Docket No. 37)

Status:  The pretrial scheduling conference in the adversary proceeding has been adjourned to a date to be determined following briefing on the Defendants' motions to dismiss.

4897-8597-2659.4 57099.00001

Dated:  June 18, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

4897-8597-2659.4 57099.00001

3