**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) | Case No. 24-10353 (TMH) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 3, 2026 AT 10:00 A.M. (EASTERN TIME)**

**PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTERS:**

1. Third Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Preference Actions) [Filed 8/5/26] (Docket No. 409)

   Response Deadline: August 19, 2026 at 4:00 p.m. (ET)

   Related Documents:

   (a) Certificate of No Objection Regarding Third Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Preference Actions) [Filed: 8/27/26] (Docket No. 411)

   Responses Received: None.

   Status: A certification of no objection has been filed. The Court has advised that the order will be entered and no hearing is necessary.

2. Fourth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Accounts Receivable) [Filed 8/11/26] (Docket No. 410)

   Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

   Related Documents:

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

(a) Certificate of No Objection Regarding Fourth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Preference Actions) [Filed: 8/28/26] (Docket No. 412)

(b) Order Granting Fourth Omnibus Motion of George L. Miller, Chapter 7 Trustee to Approve Settlement Agreements (Accounts Receivable) [Filed 9/1/26] (Docket No. 413)

Responses Received: None.

Status: An order was entered. No hearing is necessary.

Dated: September 1, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*