**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al*., | Case No. 24-10353 (TMH) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010–1 and the attached certification, counsel moves for the admission *pro hac vice* of James W. Walker of Pachulski Stang Ziehl & Jones LLP to represent the Chapter 7 Trustee in the above-captioned chapter 7 cases and any related adversary proceedings.

Dated: September 15, 2026

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: pkeane@pszjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: September 15, 2026

*/s/ James W. Walker*
James W. Walker, Esq.
Pachulski Stang Ziehl & Jones LLP
735 Plaza Blvd., Ste. 200
Coppell, TX 75019
Telephone: (713) 691-9385
Email: jwalker@pszjlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

**Dated: September 16th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**