**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: November 19, 2026 at 11:00 am (ET)**<br>**Obj. Deadline: October 27, 2026 at 4:00 pm (ET)** |

**AMENDED NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on September 14, 2026, Bank of America, N.A. (the "Administrative Agent"), in its capacity as Administrative Agent on behalf of the Secured Parties (as defined in the Credit Agreement[2]), filed the *Motion of Bank of America, N.A., to Enforce the Court-Approved Sharing Agreement [Dkt. No. 65]* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be filed on or before **October 27 2026, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned counsel to the Administrative Agent so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **NOVEMBER 19, 2026, AT 11:00 A.M. (ET)** BEFORE THE HONORABLE THOMAS M. MORAN, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF**

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

[2] As used herein, "Credit Agreement" means that certain Credit Agreement, dated as of May 9, 2022, by and among the Debtors, the Lenders (as defined in the Credit Agreement) from time to time party thereto and the Administrative Agent, as amended, restated, amended and restated, supplemented, or otherwise modified from time to time.

**REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
September 23, 2026

**MORGAN, LEWIS & BOCKIUS LLP**

By: *\/s/ Jody C. Barillare*

Jody C. Barillare (Bar No. 5107)
Brian Loughnane (Bar No. 6835)
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone: (302) 574-3000
Email: jody.barillare@morganlewis.com
brian.loughnane@morganlewis.com

- and –

Jennifer Feldsher (admitted *pro hac vice*)
Stephan Hornung (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Telephone: (302) 574-3000
Email: jennifer.feldsher@morganlewis.com
stephan.hornung@morganlewis.com

*Attorneys for Bank of America, N.A.*