**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered) |

**BANK OF AMERICA, N.A.'S WITNESS AND EXHIBIT LIST FOR THE HEARING OF MATTERS SCHEDULED FOR NOVEMBER 19, 2026 AT 11:00 A.M. (ET)**

Bank of America, N.A. (the "Administrative Agent") respectfully files this Witness and Exhibit List identifying the witnesses the Administrative Agent may call and exhibits the Administrative Agent may introduce into evidence at the hearing to be held on November 19, 2026 at 11:00 a.m. (ET) (the "Hearing") before The Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware, 19801.

**Witnesses**

The Administrative Agent may call the following witnesses at the Hearing:

1. Jonathan Emerson, Director of Berkley Research Group, LLC;
2. Jennifer Feldsher, Partner at Morgan, Lewis & Bockius LLP;
3. Colin R. Robsinon, Partner at Landis Rath & Cobb LLP;
4. George L. Miller, chapter 7 trustee;

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

5. Any witness listed, offered or called by any other party;
6. Rebuttal or impeachment witnesses, as necessary;
7. Any witness necessary for the purpose of authenticating documents; and
8. The Administrative Agent reserves the right to cross-examine any witness called by another party.

**Exhibits**

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 1 | Sharing Agreement Among Chapter 7 Trustee and Bank of America, N.A., Providing for, Among Other Things, (i) Determination and Allowance of Certain Pre-Petition Secured Claims and Liens; (ii) Trustee's Sale of the Debtors' Assets and Secured Lenders' Collateral; (iii) Specified Carve-Out from the Secured Lenders' Liens; and (iv) Related Agreements | D.I. 65-1 |
| 2 | Declaration of Jonathan Emerson in Support of Motion of Bank of America, N.A. to Enforce Court-Approved Sharing Agreement [Dkt. No. 65] | D.I. 418 |
| 3 | Annotated Trustee Reporting as of July 31, 2026 | D.I. 418-1 |
| 4 | Supplemental Declaration of Jonathan Emerson in Support of Motion of Bank of America, N.A. to Enforce Court-Approved Sharing Agreement [Dkt. No. 65] | D.I. 430 |
| 5 | Email from John Reynolds to Jonathan Emerson, Matt Tomlin, George Miller, and John Esposito with attached reporting, dated April 2, 2025 | D.I. 430-1 |
| 6 | Chapter 7 Trustee's most recent Cash Report, dated September 30, 2026 | D.I. 430-2 |
| 7 | Declaration of Jennifer Feldsher in Support of Motion of Bank of America, N.A. to Enforce Court-Approved Sharing Agreement [Dkt. No. 65] | D.I. 431 |
| 8 | Emails between Jennifer Feldsher and Colin R. Robinson, dating from July 16, 2024 and July 22, 2024 | D.I 431-1 |
| 9 | Email from Colin R. Robinson to Jennifer Feldsher with attached proceeds analysis, dated July 23, 2024 | D.I 431-2 |
| 10 | Email from Jennifer Feldsher to Colin R. Robinson, dated July 24, 2024 | D.I 431-3 |
| 11 | Email from Jennifer Feldsher to Colin R. Robinson, dated July 24, 2024 | D.I 431-4 |
| 12 | Email from Jennifer Feldsher to Colin R. Robinson, dated August 8, 2024 | D.I 431-5 |

| | | |
|---|---|---|
| 13 | Emails from Jennifer Feldsher to Colin R. Robinson, dating from August 13, 2024 and August 14, 2024 | D.I 431-6 |
| 14 | Email from Jennifer Feldsher to Colin R. Robinson and Bradford J. Sandler, dated August 27, 2024 | D.I 431-7 |
| 15 | Emails between Colin R. Robinson to Jennifer Feldsher, dating from September 23, 2024 and September 26, 2024 | D.I 431-8 |
| 16 | Emails from Jennifer Feldsher to Colin R. Robinson and Bradford J. Sandler, dated October 15, 2024 and October 16, 2024 | D.I 431-9 |
| 17 | Email from Jennifer Feldsher to Colin R. Robinson and Bradford J. Sandler, dated November 15, 2024 | D.I 431-10 |
| 18 | Emails between Jennifer Feldsher and Colin R. Robinson, dating from November 26, 2024, December 2, 2024, December 10, 2024, and December 16, 2024 | D.I 431-11 |
| 19 | Email from Colin R. Robinson to Jennifer Feldsher with attached reporting, dated December 30, 2024 | D.I 431-12 |
| 20 | Email from Jennifer Feldsher to Colin R. Robinson, dated February 3, 2025 | D.I 431-13 |
| 21 | Emails between Jennifer Feldsher and Colin R. Robinson, dating from February 11, 2025, February 12, 2025, February 20, 2025, February 25, 2025, and March 3, 2025 | D.I 431-14 |
| 22 | Emails between Jennifer Feldsher and Colin R. Robinson, dating from March 6, 2025 and March 7, 2025 | D.I 431-15 |
| 23 | Email from Jonathan Emerson to Colin R. Robinson, Jennifer Feldsher, George Miller, John Reynolds, Matt Tomlin, and Bradford J. Sandler, dated April 16, 2025 | D.I 431-16 |
| 24 | Email from Jennifer Felsher to Colin R. Robinson, dated April 25, 2025 | D.I 431-17 |
| 25 | Email from Jennifer Feldsher to Jonathan Emerson and Colin R. Robinson, dated May 19, 2025 | D.I 431-18 |
| 26 | Email from Jennifer Feldsher to Colin R. Robinson, dated May 27, 2025 | D.I 431-19 |
| 27 | Any exhibits listed, designated, or offered by any other party | |
| 28 | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | |
| 29 | Any pleading or other document filed with the Court on the docket of the above-captioned cases | |

**Reservation of Rights**

The Administrative Agent reserves the right to (i) ask the Court to take judicial notice of pleadings, orders, transcripts, and/or documents filed in, or in connection with, the above-captioned cases, (ii) offer rebuttal exhibits, and (iii) supplement, modify, or amend this Witness

and Exhibit List at any time prior to the Hearing. Designation of any exhibit above does not waive any objections the Administrative Agent may have to any exhibit listed on any other party's exhibit list.

Dated: Wilmington, Delaware
November 16, 2026

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jody C. Barillare, Esq.*

Jody C. Barillare, Esq. (#5107)
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Tel: 302-574-3000
jody.barillare@morganlewis.com

- and –

Jennifer Feldsher (admitted *pro hac vice*)
Stephan Hornung (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Telephone: (302) 574-3000
Email: jennifer.feldsher@morganlewis.com
stephan.hornung@morganlewis.com

*Attorneys for Bank of America, N.A*

**CERTIFICATE OF SERVICE**

I, Jody C. Barillare, Esq., certify that on November 16, 2026, I caused a true and correct copy of the foregoing to be served (1) via CM/ECF on all parties who have subscribed for electronic notice in this case and (2) via email on counsel for the Chapter 7 Trustee and Dynamic Marketing Inc.

*/s/ Jody C. Barillare, Esq.*
Jody C. Barillare, Esq.