**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | ) | Case No. 24-10353 (TMH) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 19, 2026, AT 11:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website**

**RESOLVED MATTER:**

1. Fifth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Accounts Receivable and Preferences) [Filed 10/30/26](Docket No. 425)

Response Deadline: November 13, 2026 at 4:00 p.m. (ET)

Related Documents:

a) Certification of No Objection Regarding Fifth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Accounts Receivable and Preferences) [Filed 11/16/26] (Docket No. 426)

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

b) Order Granting Fifth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Accounts Receivable and Preferences) [Filed 11/16/26] (Docket No. 428)

Responses Received: None

Status: The order was entered. No hearing is necessary.

**CONTESTED MATTER:**

2. Motion of Bank of America, N.A. to Enforce Court-Approved Sharing Agreement [Dkt. No. 65] [Filed 9/14/26] (Dkt. No. 417)

Response Deadline: October 27, 2026 at 4:00 p.m. (ET)

Related Documents:

a) Declaration of Jonathan Emerson in Support of Motion of Bank of America, N.A. to Enforce Court-Approved Sharing Agreement [Dkt. No. 65] [Filed 9/18/26] (Docket No. 418)

b) Amended Notice of Motion [Filed 9/23/26] (Docket No. 423)

c) Chapter 7 Trustee's Witness and Exhibit List for Hearing on November 19, 2026 at 11:00 a.m. (ET) [Filed 11/16/26] (Docket No. 427)

d) Bank of America, N.A.'s Witness and Exhibit List for the Hearing of Matters Scheduled for November 19, 2026 at 11:00 A.M. (ET) [Filed 11/16/26] (Docket No. 432)

Responses Received:

a) Dynamic Marketing Inc.'s Limited Objection and Reservation of Rights Regarding Motion of Bank of America, N.A. to Enforce Court-Approved Sharing Agreement [Dkt. No. 65] [Filed 9/22/26] (Docket No. 422)

b) Chapter 7 Trustee's Objection to Motion of Bank of America, N.A. to Enforce Court-Approved Sharing Agreement [Dkt. No. 65] [Filed 10/27/26] (Docket No. 424)

Reply:

a) Reply of Bank of America, N.A. in Support of Motion to Enforce Court-Approved Sharing Agreement [Filed 11/16/26] (Docket No. 429)

b) Supplemental Declaration in Support of Motion of Bank of America, N.A. to Enforce Court-Approved Sharing Agreement of Jonathan Emerson [Filed 11/16/26] (Docket No. 430)

c) Declaration in Support of Motion of Bank of America, N.A. to Enforce Court-Approved Sharing Agreement of Jennifer Feldsher [Filed 11/16/26] (Docket No. 431)

Status: The hearing on this matter is going forward.

Dated: November 17, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
James W. Walker (*admitted pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
jwalker@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*